**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Texas

Case number (if known): _____    Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Preferred Ready-Mix LLC |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**    8 3 – 3 5 4 6 3 4 1

**4. Debtor's address**

**Principal place of business**

Number        Street
8750 Scranton Street

Houston, TX 77041
City                                State        ZIP Code

Harris
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City                                State        ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                                State        ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Preferred Ready-Mix LLC
       Name                                           Case number *(if known)* _____

**7. Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
    4    8    4    1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                  MM / DD / YYYY

      District _____ When _____ Case number _____
                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

      District _____ When _____
                                      MM / DD / YYYY

      Case number, if known _____

Debtor   Preferred Ready-Mix LLC
         Name                                                    Case number (if known)

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* | |
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. | |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

_____

_____
City                                State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

         Contact name       _____

         Phone              _____

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | | | |
|---|---|---|---|---|
| ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 ☐ 50,000-100,000 |
| ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor   Preferred Ready-Mix LLC
         Name

Case number *(if known)* _____

| 16. | **Estimated liabilities** | | | | |
|---|---|---|---|---|---|
| | | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | **Declaration and signature of authorized representative of debtor** | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|
| | | ■ I have been authorized to file this petition on behalf of the debtor. |
| | | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/14/2021
              MM/ DD/ YYYY

**X** /s/ Lincoln M. Catchings, III                                    Lincoln M. Catchings, III
Signature of authorized representative of debtor        Printed name

Title _____ Vice President _____

| 18. | **Signature of attorney** | **X** _____ /s/ Jessica Hoff _____   Date 10/14/2021 |
|---|---|---|

Signature of attorney for debtor                                    MM/ DD/ YYYY

Jessica Hoff
Printed name

Hoff Law Offices, P.C.
Firm name

440 Louisiana St 850
Number          Street

Houston                                    TX          77002
City                                       State       ZIP Code

(720) 739-3599                             jhoff@hofflawoffices.com
Contact phone                              Email address

24093963                                   TX
Bar number                                 State

Fill in this information to identify the case:

Debtor name _____ Preferred Ready-Mix LLC _____

United States Bankruptcy Court for the:
_____ Southern District of Texas _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. Cash on hand** _____

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 Chase | Checking account | 0766 | ($11,237.54) |

**Additional Page Total** - *See continuation page for additional entries* ($169.20)

**4. Other cash equivalents** *(Identify all)*
**None**

**5. Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | ($11,406.74) |

### Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**
☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1 Alisons Inc LLC | $3,100.00 |
|---|---|

Debtor      **Preferred Ready-Mix LLC**                                          Case number *(if known)* _____
Name

---

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

**9.**  **Total of Part 2**

Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                    **$3,100.00**

---

| Part 3: | Accounts receivable |
|---|---|

**10.**  **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11.**  **Accounts Receivable**

11a. 90 days old or less:  _____ - _____ = ...... → _____
                            face amount       doubtful or uncollectible accounts

11b. Over 90 days old:     _____ - _____ = ...... → _____
                            face amount       doubtful or uncollectible accounts

**12.**  **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                                         **$0.00**

---

| Part 4: | Investments |
|---|---|

**13.**  **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.**  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

**15.**  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock:                              % of ownership:

**None**

**16.**  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

---

Debtor    **Preferred Ready-Mix LLC**
          Name                                                            Case number *(if known)*

---

**None**

17. **Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                    $0.00

---

| **Part 5:** | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| **19.** **Raw materials** | | | | |
| None | | | | |
| **20.** **Work in progress** | | | | |
| None | | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| None | | | | |
| **22.** **Other inventory or supplies** | | | | |
| None | | | | |

23. **Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                    $0.00

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

| **Part 6:** | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

---

Debtor   **Preferred Ready-Mix LLC**
_____     Case number *(if known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.   Crops — either planted or harvested**

   None

**29.   Farm animals** *Examples:* Livestock, poultry, farm-raised fish

   None

**30.   Farm machinery and equipment** (Other than titled motor vehicles)

   None

**31.   Farm and fishing supplies, chemicals, and feed**

   None

**32.   Other farming and fishing-related property not already listed in Part 6**

   None

**33.   Total of Part 6**
   Add lines 28 through 32. Copy the total to line 85.                                        $0.00

**34.   Is the debtor a member of an agricultural cooperative?**
   ☑ No
   ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

**35.   Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   ☑ No
   ☐ Yes

**36.   Is a depreciation schedule available for any of the property listed in Part 6?**
   ☑ No
   ☐ Yes

**37.   Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

**38.   Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
   ☐ No. Go to Part 8.
   ☑ Yes. Fill in the information below.

Debtor     **Preferred Ready-Mix LLC**                                Case number *(if known)* _____
           Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** Office furniture | | | |
| 39.1 File cabinets, chairs, desks, cubicle stations | (Unknown) | | $5,000.00 |
| **40.** Office fixtures | | | |
| **None** | | | |
| **41.** Office equipment, including all computer equipment and communication systems equipment and software | | | |
| 41.1 TV, computers, printers, AC unit, Refridgerator, security cameras | (Unknown) | | $6,000.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **None** | | | |
| **43.** Total of Part 7 Add lines 39 through 42. Copy the total to line 86. | | | $11,000.00 |

**44.** Is a depreciation schedule available for any of the property listed in Part 7?

☑ No
☐ Yes

**45.** Has any of the property listed in Part 7 been appraised by a professional within the last year?

☑ No
☐ Yes

**Part 8:**  Machinery, equipment, and vehicles

**46.** Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1 2003 Ford F25 / VIN: 1FTNF20F23EA34954 Mechanics Truck | (Unknown) | | $100,000.00 |
| 47.2 1999 Peterbilt 357 / VIN: 1NPAL00X6YD500525 Mixer Truck | (Unknown) | | $50,000.00 |

Debtor **Preferred Ready-Mix LLC**                                             Case number *(if known)* _____
       Name

---

47.3 **1997 Peterbilt 379 / VIN: 1NPAL70X7VD440436 Mixer Truck**        (Unknown)        _____        $50,000.00

**Additional Page Total** - *See continuation page for additional entries*                                       $380,000.00

48. **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    **None**

49. **Aircraft and accessories**

    **None**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    **None**

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                                                          $580,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

**Part 9:  Real Property**

---

54. **Does the debtor own or lease any real property?**
    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

| General description<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

    **None**

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.        $0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

---

Debtor  **Preferred Ready-Mix LLC**                          Case number *(if known)* _____
        Name

---

**58.**  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 10:**  Intangibles and Intellectual Property

---

**59.**  **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.**  **Patents, copyrights, trademarks, and trade secrets**

   None

**61.**  **Internet domain names and websites**

   None

**62.**  **Licenses, franchises, and royalties**

   None

**63.**  **Customer lists, mailing lists, or other compilations**

   None

**64.**  **Other intangibles, or intellectual property**

   None

**65.**  **Goodwill**

   None

**66.**  **Total of Part 10**

   Add lines 60 through 65. Copy the total to line 89.                          $0.00

**67.**  **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

**68.**  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.**  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor     **Preferred Ready-Mix LLC**                                    Case number *(if known)*
                Name

---

| Part 11: | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

**None**

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**None**

**73.** **Interests in insurance policies or annuities**

**None**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76.** **Trusts, equitable or future interests in property**

**None**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1  **Shipping storage container**                                                    $500.00

**Other Property Total** - *See continuation page for entries*                $5,000.00

**78.** **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.                          $5,500.00

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Preferred Ready-Mix LLC**            Case number *(if known)* _____
        Name

### Part 12:  Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | ($11,406.74) | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,100.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $11,000.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $580,000.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*............................................... → | | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* + | $5,500.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $588,193.26 | + 91b.  $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................ | | $588,193.26 |

| Debtor | **Preferred Ready-Mix LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

## ▊ Additional Page

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts - *Continued***

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.2 **Chase** | **Checking account** | **1977** | **$507.62** |
| 3.3 **Chase** | **Checking account** | **6192** | **($676.82)** |
| 3.4 **Chase** | **Checking account** | **7028** | **$0.00** |

| General description | Net book value of | Valuation method used | Current value of debtor's |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | debtor's interest (Where available) | for current value | interest |

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles - *Continued***

| | | | |
|---|---|---|---|
| 47.4 **1996 Kenworth / VIN: 1NKWL90X7TS671675 Mixer Truck** | **(Unknown)** | | **$50,000.00** |
| 47.5 **1999 Peterbilt / VIN: 1NPAL00X4XD494173 Mixer Truck** | **(Unknown)** | | **$50,000.00** |
| 47.6 **2000 Peterbilt / VIN: 1NPAL00X4YD535435 Mixer Truck** | **(Unknown)** | | **$50,000.00** |
| 47.7 **1999 Peterbilt / VIN: 1NPAL90X3XD494167 Mixer Truck** | **(Unknown)** | | **$50,000.00** |
| 47.8 **2005 Peterbilt / VIN: 1NPAL50X25D875465 Mixer Truck** | **(Unknown)** | | **$80,000.00** |
| 47.9 **1999 Peterbilt / VIN: 1NPAL00X4YD522751 Mixer Truck** | **(Unknown)** | | **$50,000.00** |
| 47.10 **2000 Peterbilt / VIN: 1NPAL00X0YD522746 Mixer Truck** | **(Unknown)** | | **$50,000.00** |

| | | | Current value of debtor's interest |
|---|---|---|---|

**77.** **Other property of any kind not already listed - *Continued***

| | | | |
|---|---|---|---|
| 77.2 **Tools** | | | **$5,000.00** |

Fill in this information to identify the case:

Debtor name _____Preferred Ready-Mix LLC_____

United States Bankruptcy Court for the:
_____Southern District of Texas_____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

**Creditor's name**
BlueVine Capital

**Creditor's mailing address**
401 Warren St. Suite 300
Redwood City, CA 94063

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Business Debt

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $13,433.19 | unknown |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$54,396.73

| Debtor | Preferred Ready-Mix LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 1: | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
|---|---|---|---|---|

---

**2.2**

**Creditor's name**

FundThrough USA Inc

**Creditor's mailing address**

260 Spadina Avenue

Toronto, ON, Canada m5t 2e4,

**Creditor's email address, if known**

**Date debt was incurred**    06/29/2021

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

Business Debt

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $8,963.54    Column B: unknown

**Remarks:** Secured by all of Debtor's owned accounts, Chattel Paper, Deposit Accounts, Inventory, Equipment, Instruments, Investment Property, Documents, Letter of Credit Rights, Commercial Tort Claims, Reserve Accounts, and General Intangibles and the proceeds thereof.

---

**2.3**

**Creditor's name**

Intuit Quickbooks

**Creditor's mailing address**

2700 Coast Avenue

Mountain View, CA 94043

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

Business Debt

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $22,000.00    Column B: unknown

---

Debtor    Preferred Ready-Mix LLC
          Name                                                  Case number *(if known)*

| Part 1: | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.4**

**Creditor's name**
WEX Bank

**Describe debtor's property that is subject to a lien**
$10,000.00    unknown

**Describe the lien**
Business Debt

**Creditor's mailing address**
Exxon Mobil

Po Box 4337

Carol Stream, IL 60197-4337

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** _____

**As of the petition filing date, the claim is:**
Check all that apply.

**Last 4 digits of account number** ___ ___ ___ ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

Debtor     Preferred Ready-Mix LLC                         Case number *(if known)* _____
           Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____ | Line _____ | ____ ____ ____ ____ |
| _____ | | |
| _____ | | |

**Fill in this information to identify the case:**

Debtor name _____Preferred Ready-Mix LLC_____

United States Bankruptcy Court for the: _____

Southern District of Texas

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _____ **Is the claim subject to offset?** ☐ No ☐ Yes | _____ | _____ |
| Date or dates debt was incurred _____ Last 4 digits of account number ___ ___ ___ ___ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | | | |
| **2.2** Priority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _____ **Is the claim subject to offset?** ☐ No ☐ Yes | _____ | _____ |
| Date or dates debt was incurred _____ Last 4 digits of account number ___ ___ ___ ___ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | | | |

Debtor    **Preferred Ready-Mix LLC**
_____    Case number *(if known)* _____
          Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

**Active Radiator**

**3675 Amber Street**

**Philadelphia, PA 19134**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $1,879.84

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

---

**3.2** **Nonpriority creditor's name and mailing address**

**AG Barn Management, LLC**

**PO Box 409**

**Mayfield, KY 42066**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $28,508.80

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

---

**3.3** **Nonpriority creditor's name and mailing address**

**Alisons Inc**

**1220 Shotwell Street**

**Houston, TX 77020**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Property Lease**

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: unknown

Date or dates debt was incurred    04/01/2021

Last 4 digits of account number    __ __ __ __

---

**3.4** **Nonpriority creditor's name and mailing address**

**AT&T**

**208 S Akard Street**

**Dallas, TX 75202**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Internet Service**

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: unknown

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

---

**3.5** **Nonpriority creditor's name and mailing address**

**Bank Direct Capital Finance**

**150 N Field Drive Ste 190**

**Lake Forest, IL 60045**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $17,747.17

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

---

Debtor    **Preferred Ready-Mix LLC**                                    Case number *(if known)* _____
                Name

---

**Part 2:** Additional Page

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $180,000.00
| | *Check all that apply.* |
| Cameron Roesle | ☐ Contingent |
| 10457 Royal Andrews Drive | ☐ Unliquidated |
| | ☐ Disputed |
| Conroe, TX 77303 | |
| | Basis for the claim:  Judgment Lien |
| Date or dates debt was incurred  _____ | Is the claim subject to offset? |
| | ☑ No |
| Last 4 digits of account number  ___ ___ ___ ___ | ☐ Yes |

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
| | *Check all that apply.* |
| Cirro Energy | ☐ Contingent |
| 2745 Dallas Parkway Suite 200 | ☐ Unliquidated |
| Plano, TX 75093 | ☐ Disputed |
| | Basis for the claim:  Utility |
| Date or dates debt was incurred  _____ | Is the claim subject to offset? |
| | ☑ No |
| Last 4 digits of account number  ___ ___ ___ ___ | ☐ Yes |

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,207.85
| | *Check all that apply.* |
| Con-Tech Manufacturing Inc. | ☐ Contingent |
| 67079 170th Avenue | ☐ Unliquidated |
| Dodge Center, MN 55927 | ☐ Disputed |
| | Basis for the claim:  Business debt |
| Date or dates debt was incurred  _____ | Is the claim subject to offset? |
| | ☑ No |
| Last 4 digits of account number  ___ ___ ___ ___ | ☐ Yes |

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,000.00
| | *Check all that apply.* |
| Deon Wallace | ☐ Contingent |
| 2911 Ashlyn Arbor Drive | ☐ Unliquidated |
| Fresno, TX 77545 | ☐ Disputed |
| | Basis for the claim:  Business debt |
| Date or dates debt was incurred  _____ | Is the claim subject to offset? |
| | ☑ No |
| Last 4 digits of account number  ___ ___ ___ ___ | ☐ Yes |

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,936.22
| | *Check all that apply.* |
| Gulfgate Dodge | ☐ Contingent |
| 7250 Gulf Fwy | ☐ Unliquidated |
| Houston, TX 77017 | ☐ Disputed |
| | Basis for the claim:  _____ |
| Date or dates debt was incurred  _____ | Is the claim subject to offset? |
| | ☑ No |
| Last 4 digits of account number  ___ ___ ___ ___ | ☐ Yes |

---

| Debtor | **Preferred Ready-Mix LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.11** Nonpriority creditor's name and mailing address

Lopez Concrete Chipping

7802 Pecan Villas Drive

Houston, TX 77061

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business debt

Is the claim subject to offset?
☑ No
☐ Yes

$4,500.00

---

**3.12** Nonpriority creditor's name and mailing address

Mai & Na PLLC

6588 Corporate Drive Ste 188

Houston, TX 77036

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business debt

Is the claim subject to offset?
☑ No
☐ Yes

$7,027.69

---

**3.13** Nonpriority creditor's name and mailing address

Matthew Tyson

5511 Olympiad Drive

Houston, TX 77041

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business debt

Is the claim subject to offset?
☑ No
☐ Yes

$54,386.53

---

**3.14** Nonpriority creditor's name and mailing address

McNielius Truck & Manufacturing Company

14201 Collections Center Drive

Chicago, IL 60693

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business debt

Is the claim subject to offset?
☑ No
☐ Yes

$1,171.64

---

**3.15** Nonpriority creditor's name and mailing address

Medellin Concrete Chipping Ser, Inc.

PO Box 225

South Houston, TX 77587

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business debt

Is the claim subject to offset?
☑ No
☐ Yes

$33,900.00

---

Debtor   **Preferred Ready-Mix LLC**
　　　　　Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.16** Nonpriority creditor's name and mailing address

Rhino Ready Mix LLC

6638 Madden Lane

Houston, TX 77048

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   **$45,619.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.17** Nonpriority creditor's name and mailing address

Robert W. Berleth, Receiver

9950 Cypresswood Drive Suite 200

Houston, TX 77070

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

Texas Truck Parts

2802 N Wayside Drive

Houston, TX 77020

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   **$8,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

Texcon Ready Mix

2078 FM 1314

Porter, TX 77365

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   **$444,381.01**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

Verizon Reveal

1095 Avenue of the Americas

New York, NY 10036

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  GPS Service for trucks

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Preferred Ready-Mix LLC**
          Name                                                   Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

| **3.21** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,000.00 |
|---|---|---|

**3.21** Nonpriority creditor's name and mailing address

Wayne Tyson

19238 San Solomon Springs Court

Cypress, TX 77433

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $30,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Preferred Ready-Mix LLC**                                              Case number *(if known)* _____
                  Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **Jeff Kaiser, Esq.**<br><br>**2211 Norfolk Street Suite 528**<br><br>**Houston, TX 77098** | Line  **3.19**<br><br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor     **Preferred Ready-Mix LLC**                                                    Case number *(if known)* _____
           Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $894,265.75 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $894,265.75 |

Fill in this information to identify the case:

Debtor name _____Preferred Ready-Mix LLC_____

United States Bankruptcy Court for the:

_____Southern District of Texas_____

Case number (if known): _____   Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** **State what the contract or lease is for and the nature of the debtor's interest** — Property Lease / Contract to be ASSUMED  **State the term remaining** — 17 months  **List the contract number of any government contract** — | Alisons Inc LLC  1220 Shotwell Street  Houston, TX 77020 |
| **2.2** **State what the contract or lease is for and the nature of the debtor's interest** — Transportation Agreement / Contract to be ASSUMED  **State the term remaining** — 0 months  **List the contract number of any government contract** — | Cemex Const Materials Houston, LLC  TX |
| **2.3** **State what the contract or lease is for and the nature of the debtor's interest** — Contractor Agreement / Contract to be ASSUMED  **State the term remaining** — 0 months  **List the contract number of any government contract** — | Campbell Concrete & Materials LLC  16155 Park Row Suite 120  Houston, TX 77084 |
| **2.4** **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | |
| **2.5** **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | |

---

**Fill in this information to identify the case:**

Debtor name: Preferred Ready-Mix LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

---

## Official Form 206H

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 Foran, Robert | 9526 BonBrook Bend Lane<br>Street<br><br>Richmond, TX 77469<br>City          State     ZIP Code | BlueVine Capital | ☑ D<br>☐ E/F<br>☐ G |
| | | FundThrough USA Inc | ☑ D<br>☐ E/F<br>☐ G |
| | | Rhino Ready Mix LLC | ☐ D<br>☑ E/F<br>☐ G |
| | | Con-Tech Manufacturing Inc. | ☐ D<br>☑ E/F<br>☐ G |
| | | Texcon Ready Mix | ☐ D<br>☑ E/F<br>☐ G |
| | | Cameron Roesle | ☐ D<br>☑ E/F<br>☐ G |
| | | Robert W. Berleth, Receiver | ☐ D<br>☑ E/F<br>☐ G |

---

Debtor    Preferred Ready-Mix LLC        Case number *(if known)* _____
       Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.2 _____ | Street _____ <br><br> _____ <br><br> City      State   ZIP Code | | |
| 2.3 _____ | Street _____ <br><br> _____ <br><br> City      State   ZIP Code | | |
| 2.4 _____ | Street _____ <br><br> _____ <br><br> City      State   ZIP Code | | |
| 2.5 _____ | Street _____ <br><br> _____ <br><br> City      State   ZIP Code | | |
| 2.6 _____ | Street _____ <br><br> _____ <br><br> City      State   ZIP Code | | |

Fill in this information to identify the case:

Debtor name _____Preferred Ready-Mix LLC_____

United States Bankruptcy Court for the:
_____Southern District of Texas_____

Case number (if known): _____   Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1:  Summary of Assets

**1. Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   **1a. Real Property:**

      Copy line 88 from *Schedule A/B*.................................................................................................

| $0.00 |

   **1b. Total personal property:**

      Copy line 91A from *Schedule A/B*...............................................................................................

| $588,193.26 |

   **1c. Total of all property:**

      Copy line 92 from *Schedule A/B*.................................................................................................

| $588,193.26 |

### Part 2:  Summary of Liabilities

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

| $54,396.73 |

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................

| $0.00 |

   **3b. Total amount of claims of non-priority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................

**+** | $894,265.75 |

**4. Total liabilities**....................................................................................................................

| $948,662.48 |

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Preferred Ready-Mix LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2021 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $726,113.80 |
| **For prior year:** From 01/01/2020 to 12/31/2020<br>MM/ DD/ YYYY  MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $2,385,284.28 |
| **For the year before that:** From 01/01/2019 to 12/31/2019<br>MM/ DD/ YYYY  MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $217,240.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2021 to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** From 01/01/2020 to 12/31/2020<br>MM/ DD/ YYYY  MM/ DD/ YYYY | | |
| **For the year before that:** From 01/01/2019 to 12/31/2019<br>MM/ DD/ YYYY  MM/ DD/ YYYY | | |

Debtor 1 _____  Case number (if known) _____
         First Name      Middle Name      Last Name

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

**3.**   **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | _____<br><br>_____<br><br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.**   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | _____<br><br>_____<br><br>_____ | _____ | _____<br><br>_____<br><br>_____ |
| **Relationship to debtor**<br>_____ | | | |

**5.**   **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. Cameron Roesle<br>Creditor's name<br><br>10457 Royal Andrews Drive<br>Street<br><br><br>Conroe, TX 77303<br>City          State    ZIP Code | Mechanic Truck: 2003 Ford F25; Mixer Trucks:<br>1999 Peterbilt 357, 1997 Peterbilt 379, 1999<br>Peterbilt, 2000 Peterbilt, 1999 Peterbilt, 1999<br>Peterbilt, and 2000 Peterbilt | 09/30/2021 | $450,000.00 |

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br><br>Creditor's name _____<br><br>Street _____<br><br>_____<br><br>City          State     ZIP Code | _____<br><br>XXXX– __ __ __ __ | _____ | _____ |

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity —within 1 year before filing this case.

☐ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Cameron Roesle vs Robert Foran & Nolan Star Trucking LLC | Collection Action against former employer, Nolan Star Trucking LLC. Debtor named in the suit. | 400th Judicial District, Fort Bend County, TX<br>Name _____<br><br>Street _____<br><br>_____<br><br>City          State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Case number**<br>19-DCV-267154 | | | |

| 7.2. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Texcon Ready Mix vs Preferred Ready-Mix | Collection Action | 400th Judicial District, Fort Bend County, TX<br>Name _____<br><br>Street _____<br><br>_____<br><br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>2020-77612 | | | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

First Name      Middle Name      Last Name      Case number *(if known)* _____

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|

Robert W. Berleth
_____
Custodian's name

9950 Cypresswood Drive Ste 200
_____
Street

| | Case title | Court name and address |
|---|---|---|

400th Judicial District, Fort Bend County, TX
Name

Houston, TX 77070
_____
City      State    ZIP Code

| | Case number | Street |
|---|---|---|

_____

| | Date of order or assignment | City      State    ZIP Code |
|---|---|---|

06/24/2020

---

## Part 4:   Certain Gifts and Charitable Contributions

**9.**   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Recipient's name
_____

Street
_____

_____

City      State    ZIP Code

| Recipient's relationship to debtor |
|---|

_____

---

## Part 5:   Certain Losses

**10.**   All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

**10.1.** _____    _____    _____    _____

---

## Part 6:   Certain Payments or Transfers

**11.**   **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Debtor 1 _____     Case number *(if known)* _____
             First Name    Middle Name    Last Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Jessica Hoff | Legal Fee | | |
| | **Address** | | | |
| | 440 Louisiana St Ste 850 <br> Street | | | |
| | Houston, TX 77002-1664 <br> City          State    ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Hoff Law Offices, P.C. | Attorney's Fee | 10/14/2021 | $15,000.00 |
| | **Address** | | | |
| | 440 Louisiana St 850 <br> Street | | | |
| | Houston, TX 77002 <br> City          State    ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Johanna Jabinel,14410 Rosehedge Ct, Houston, Texas 77047 | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

Debtor 1 _____

First Name          Middle Name          Last Name

Case number *(if known)* _____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ | From _____ To _____ |
| Street | |
| _____ | |
| City          State     ZIP Code | |

---

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

---

Debtor 1 _____  Case number *(if known)* _____

First Name          Middle Name          Last Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.  _____   _____   _____

Facility name

_____

Street

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|

_____

City                State    ZIP Code

_____

_____

*Check all that apply:*

☐ Electronically

☐ Paper

---

## Part 9:  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|

_____   EIN: __ __ – __ __ __ __ __ __ __

Has the plan been terminated?

☐ No

☐ Yes

---

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1  _____ <br> Name <br> _____ <br> Street <br> _____ <br> _____ <br> City        State    ZIP Code | XXXX– __ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name | | | ☐ No |
| | Street | | | ☐ Yes |
| | Address | | | |
| | City                State      ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name | | | ☐ No |
| | Street | | | ☐ Yes |
| | Address | | | |
| | City                State      ZIP Code | | | |

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City                State      ZIP Code | | | |

---

**Part 12:   Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor 1 _____

First Name        Middle Name        Last Name

Case number *(if known)* _____

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
| | City          State    ZIP Code | _____ | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City    State    ZIP Code | City    State    ZIP Code | _____ | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City    State    ZIP Code | City    State    ZIP Code | _____ | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor 1 _____

First Name        Middle Name        Last Name

Case number *(if known)* _____

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

25.1. _____

Name

_____

Street

_____

_____

City                State     ZIP Code

_____

EIN: _ _ – _ _ _ _ _ _ _

| Dates business existed |
|---|

From _____   To _____

## 26. Books, records, and financial statements

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑None

| Name and address | Dates of service |
|---|---|

26a.1. _____

Name

_____

Street

_____

_____

City                          State            ZIP Code

From _____   To _____

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑None

| Name and address | Dates of service |
|---|---|

26b.1. _____

Name

_____

Street

_____

_____

City                          State            ZIP Code

From _____   To _____

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1. 

Name

_____

Street

_____

_____

City                          State            ZIP Code

_____

_____

_____

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑None

Debtor 1 _____   Case number *(if known)* _____

First Name          Middle Name          Last Name

| Name and address |
|---|

26d.1.

Name _____

Street _____

_____

City                              State                  ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

Name _____

Street _____

_____

City                              State                  ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert C. Foran | 9526 BonBrook Bend Lane 77469 | President, | 50.00 % |
| Lincoln M. Catchings, III | 6611 Ivy Heath Lane Houston, TX 77041 | Vice President, | 50.00 % |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ |
|  |  |  | To _____ |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

Debtor 1 _____    Case number *(if known)* _____

First Name        Middle Name        Last Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1. _____    _____    _____    _____

Name _____

Street _____

_____

City _____ State _____ ZIP Code

Relationship to debtor

_____

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____10/14/2021_____

MM/ DD/ YYYY

**X** /s/ Lincoln M. Catchings, III            Printed name _____Lincoln M. Catchings, III_____

Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____Vice President_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Preferred Ready-Mix LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1  Active Radiator<br>3675 Amber Street<br>Philadelphia, PA 19134 | | Business debt | | | | $1,879.84 |
| 2  AG Barn Management, LLC<br>PO Box 409<br>Mayfield, KY 42066 | | Business debt | | | | $28,508.80 |
| 3  Bank Direct Capital Finance<br>150 N Field Drive Ste 190<br>Lake Forest, IL 60045 | | Business debt | | | | $17,747.17 |
| 4  BlueVine Capital<br>401 Warren St. Suite 300<br>Redwood City, CA 94063 | | Business Debt | | | | $13,433.19 |
| 5  Cameron Roesle<br>10457 Royal Andrews Drive<br>Conroe, TX 77303 | | Judgment Lien | | | | $180,000.00 |
| 6  Con-Tech Manufacturing Inc.<br>67079 170th Avenue<br>Dodge Center, MN 55927 | | Business debt | | | | $14,207.85 |
| 7  Deon Wallace<br>2911 Ashlyn Arbor Drive<br>Fresno, TX 77545 | | Business debt | | | | $14,000.00 |
| 8  FundThrough USA Inc<br>260 Spadina Avenue<br>Toronto, ON, Canada m5t 2e4, | | Business Debt | | | | $8,963.54 |

| Debtor | Preferred Ready-Mix LLC | Case number (if known) |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Gulfgate Dodge<br>7250 Gulf Fwy<br>Houston, TX 77017 | | | | | | $8,936.22 |
| 10 | Intuit Quickbooks<br>2700 Coast Avenue<br>Mountain View, CA 94043 | | Business Debt | | | | $22,000.00 |
| 11 | Lopez Concrete Chipping<br>7802 Pecan Villas Drive<br>Houston, TX 77061 | | Business debt | | | | $4,500.00 |
| 12 | Mai & Na PLLC<br>6588 Corporate Drive Ste 188<br>Houston, TX 77036 | | Business debt | | | | $7,027.69 |
| 13 | Matthew Tyson<br>5511 Olympiad Drive<br>Houston, TX 77041 | | Business debt | | | | $54,386.53 |
| 14 | McNielius Truck & Manufacturing Company<br>14201 Collections Center Drive<br>Chicago, IL 60693 | | Business debt | | | | $1,171.64 |
| 15 | Medellin Concrete Chipping Ser, Inc.<br>PO Box 225<br>South Houston, TX 77587 | | Business debt | | | | $33,900.00 |
| 16 | Rhino Ready Mix LLC<br>6638 Madden Lane<br>Houston, TX 77048 | | Business debt | | | | $45,619.00 |
| 17 | Texas Truck Parts<br>2802 N Wayside Drive<br>Houston, TX 77020 | | Business debt | | | | $8,000.00 |
| 18 | Texcon Ready Mix<br>2078 FM 1314<br>Porter, TX 77365 | | Business debt | | | | $444,381.01 |
| 19 | Wayne Tyson<br>19238 San Solomon Springs Court<br>Cypress, TX 77433 | | Business debt | | | | $30,000.00 |
| 20 | WEX Bank<br>Exxon Mobil<br>Po Box 4337<br>Carol Stream, IL 60197-4337 | | Business Debt | | | | $10,000.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

**In re**   Preferred Ready-Mix LLC

Case No. _____

**Debtor**

Chapter _____11_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ........................................................................   $0.00

Prior to the filing of this statement I have received .............................................................   $15,000.00

Balance Due ...........................................................................................................................   ($15,000.00)

2.   The source of the compensation paid to me was:

☐ Debtor          ☑ Other (specify)   Johanna Jabinel,14410 Rosehedge Ct, Houston, Texas 77047

3.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __10/14/2021__ | /s/ Jessica Hoff |
| *Date* | Jessica Hoff |
| | *Signature of Attorney* |

    Bar Number: 24093963
    Hoff Law Offices, P.C.
    440 Louisiana St 850
    Houston, TX 77002
    Phone: (832) 975-0366

Hoff Law Offices, P.C.
*Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE: **Preferred Ready-Mix LLC**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____10/14/2021_____     Signature _____ /s/ Lincoln M. Catchings, III _____
                                                                Lincoln M. Catchings, III, Vice President

Active Radiator
3675 Amber Street
Philadelphia, PA 19134


AG Barn Management, LLC
PO Box 409
Mayfield, KY 42066


Alisons Inc
1220 Shotwell Street
Houston, TX 77020


Alisons Inc LLC
1220 Shotwell Street
Houston, TX 77020


AT&T
208 S Akard Street
Dallas, TX 75202


Bank Direct Capital Finance
150 N Field Drive Ste 190
Lake Forest, IL 60045


BlueVine Capital
401 Warren St. Suite 300
Redwood City, CA 94063


Cameron Roesle
10457 Royal Andrews Drive
Conroe, TX 77303

Campbell Concrete &
Materials LLC
16155 Park Row Suite 120
Houston, TX 77084


Cemex Const Materials
Houston, LLC
TX


Cirro Energy
2745 Dallas Parkway Suite 200
Plano, TX 75093


Con-Tech Manufacturing Inc.
67079 170th Avenue
Dodge Center, MN 55927


Deon Wallace
2911 Ashlyn Arbor Drive
Fresno, TX 77545


Robert Foran
9526 BonBrook Bend Lane
Richmond, TX 77469


FundThrough USA Inc
260 Spadina Avenue
Toronto, ON, Canada m5t 2e4


Gulfgate Dodge
7250 Gulf Fwy
Houston, TX 77017

Intuit Quickbooks
2700 Coast Avenue
Mountain View, CA 94043

Jeff Kaiser, Esq.
2211 Norfolk Street Suite 528
Houston, TX 77098

Lopez Concrete Chipping
7802 Pecan Villas Drive
Houston, TX 77061

Mai & Na PLLC
6588 Corporate Drive Ste 188
Houston, TX 77036

Matthew Tyson
5511 Olympiad Drive
Houston, TX 77041

McNielius Truck &
Manufacturing Company
14201 Collections Center Drive
Chicago, IL 60693

Medellin Concrete Chipping
Ser, Inc.
PO Box 225
South Houston, TX 77587

Rhino Ready Mix LLC
6638 Madden Lane
Houston, TX 77048

Robert W. Berleth, Receiver
9950 Cypresswood Drive Suite 200
Houston, TX 77070


Texas Truck Parts
2802 N Wayside Drive
Houston, TX 77020


Texcon Ready Mix
2078 FM 1314
Porter, TX 77365


Verizon Reveal
1095 Avenue of the Americas
New York, NY 10036


Wayne Tyson
19238 San Solomon Springs Court
Cypress, TX 77433


WEX Bank
Exxon Mobil
Po Box 4337
Carol Stream, IL 60197-4337