United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 02, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 21-33369 |
| **PREFERRED READY-MIX LLC,** § | |
| § | |
| Debtor. § | |
| § | **CHAPTER 11** |

## ORDER DENYING APPLICATION TO EMPLOY

This matter is before the Court on the Application to Employ (ECF No. 5) filed by the debtor. The applicant has failed to comply with the Bankruptcy Local Rule 9013-1 regarding pleadings, hearings and service.[1] Counsel failed to include the notice at the top of the application that is required by Bankruptcy Local Rule 9013-1(b),[2] nor the notice required by Bankruptcy Rule 9013-1(c).[3]

**THEREFORE, IT IS ORDERED** that the Application to Employ is denied without prejudice.

SIGNED 11/02/2021

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] The Bankruptcy Local Rules can be found at the following website: https://www.txs.uscourts.gov/page-bankruptcy-local-rules.

[2] **The court stresses the importance of the required 9013(b) language; first, the language requires and gives notice that a response is required; second, that in the absence of a response the relief requested may be granted without further notice to you. Giving notice of a hearing without the required language does not give adequate notice to parties of a required response in opposition and that in the absence of such a response a hearing may not be held, and the unopposed relief granted.**

[3] Local Rule 9013-1(c) provides, in part, as follows:
If the motion may be self-calendared, this language must be added at the end of the notice:
**There will be a hearing on this motion on [date] at [time] in courtroom _____, [address]"**