United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 23, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 21-33369 |
| **PREFERRED READY-MIX LLC,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

### ORDER SETTING HEARING

Hearing is set on the Motion for Use of Cash Collateral (ECF No. 15) at 9:30 a.m. on November 24, 2021, in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas. The movant shall serve a copy of this order on all affected parties, **including the secured lender, today**, via electronic notice and file a certificate of service.

Parties should consult the Court's website for instructions on appearing in court.[1] **Parties shall appear virtually by video.** No in person appearance shall occur for this hearing.

**SO ORDERED**.

SIGNED 11/23/2021

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman