Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Proposed Attorneys for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PREFERRED READY-MIX LLC | § | CASE NO. 21-33369-11 |
| | § | Chapter 11 |
| Debtor. | § | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 23, 2021 a true and correct copies of the following documents were served upon the parties on the attached service list, as well the secured lender via electronic notice:

1. Order Setting Hearing on the Motion for Use of Cash Collateral [Docket No. 16]; and

2. Motion for Use of Cash Collateral [Docket No 15]

Dated: November 23, 2021.

                                                      Respectfully submitted,

                                                      */s/ Joyce W. Lindauer*
                                                      Joyce W. Lindauer
                                                      State Bar No. 21555700
                                                      Joyce W. Lindauer Attorney, PLLC
                                                      1412 Main Street, Suite 500
                                                      Dallas, TX 75202
                                                      Telephone: (972) 503-4033
                                                      Proposed Attorneys for Debtor