Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Proposed Attorneys for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PREFERRED READY-MIX LLC | § | CASE NO. 21-33369-11 |
| | § | Chapter 11 |
| Debtor. | § | |

### DEBTOR'S WITNESS AND EXHIBIT LIST

Comes now Preferred Ready-Mix LLC., debtor in the above-styled and numbered bankruptcy case ("Debtor") and files this its Witness and Exhibit List for the hearings scheduled on November 24, 2021.

### Witnesses

At the hearing, the Plaintiff may call the following persons to testify as witnesses:

1. Robert Foran

2. Davis Gorges

3. Josie Morales

4. Joyce Lindauer

5. Any witness designated by any other party

### Exhibits

At the hearing the Plaintiff may present one or more of the following exhibits:

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Motion to Use Cash Collateral [Docket No. 15] | | |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 2 | 3-Month Budget [Docket No. 15] | | |
| 3 | Interim Order for Use of Cash Collateral [Docket No. 15] | | |
| 4 | Chapter 11 Voluntary Petition [Docket No. 1] | | |
| 5 | Amended Petition [Docket No. 14] | | |
| 8 | US Bankruptcy Court Docket | | |

Debtor reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses and introduce additional exhibits in rebuttal. Debtor further reserves the right to supplement this list prior to the hearing.

    Dated: November 23, 2021.

    Respectfully Submitted

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Proposed Attorneys for Debtor

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on November 23, 2021, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF filing system upon those parties receiving electronic notice in this case.

Hector Duran, Jr. on behalf of U.S. Trustee
Hector.Duran.Jr@usdoj.gov

Jessica Lee Hoff on behalf of Debtor Preferred Ready-Mix LLC
Jhoff@hofflawoffices.com, JHoff@jubileebk.net

Jeffery B Kaiser on behalf of Creditor Texcon Ready Mix, Inc.
jkaiser@kaiser-law.com, admin.three@kaiser-law.com

Joyce Williams Lindauer on behalf of Debtor Preferred Ready-Mix LLC
joyce@joycelindauer.com, dian@joycelindauer.com

Derek W. Loetzerich on behalf of Creditor Cameron Rosele
derek@loetzerichlaw.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

                                                      */s/ Joyce W. Lindauer*
                                                      Joyce W. Lindauer