PREFERRED READY-MIX LLC
8750 SCRANTON STREET, HOUSTON, TEXAS 77075

| Column1 | Column1 | 11/7/2021 | 11/14/2021 | 11/21/2021 | 11/28/2021 | 12/5/2021 | 12/19/2021 | 12/26/2021 |
|---|---|---|---|---|---|---|---|---|
| **CASH** | | | | | | | | |
| **CONTRACT WORK** | CONTRACT AMOUNT | | | | | | | |
| CAMPBELL CONCRETE | $195.00 PER LOAD | $39,000.00 | $39,000.00 | $39,000.00 | $39,000.00 | $39,000.00 | $39,000.00 | $39,000.00 |
| CEMEX | $230.00 PER LOAD | 0 | 920 | 0 | 920 | 920 | 0 | 0 |
| **TOTAL CASH** | | 39000 | 39920 | 39000 | 39920 | 39920 | 39000 | 39000 |
| **EXPENSES** | | | | | | | | |
| **PAYROLL** | DRIVER PAY $80 PER LOAD&DISPATCHER IS $900 PER WEEK | 16000 | 16000 | 16000 | 16000 | 16000 | 16000 | 16000 |
| **RENT** | | 0 | 0 | 0 | 1550 | 0 | 0 | 0 |
| **FUEL** | | 9000 | 9000 | 9000 | 9000 | 9000 | 9000 | 9000 |
| **INSURANCE & MAINTANCE** | | 600 | 600 | 600 | 600 | 600 | 600 | 600 |
| **INTERNET** | | 0 | 0 | 0 | 200 | 0 | 0 | 200 |
| **ELECTRIC** | | 0 | 0 | 0 | 200 | 0 | 0 | 200 |
| Sub V Fees | | | | | $1,000 | | | $1,000 |
| **TOTAL EXPENSES** | | 25600 | 25600 | 25600 | 28550 | 25600 | 25600 | 27000 |
| **NET CASH** | | 13400 | 14320 | 13400 | 11370 | 14320 | 13400 | 12000 |

| 1/2/2022 | 1/9/2022 | 1/16/2021 | 1/23/2022 | 1/30/2022 | 2/6/2022 | 2/13/2022 | 2/20/2022 | 2/27/2021 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| $39,000.00 | $39,000.00 | $39,000.00 | $39,000.00 | $39,000.00 | $39,000.00 | $39,000.00 | $39,000.00 | $39,000.00 | 624,000 |
| 0 | 920 | 920 | 920 | 920 | 920 | 0 | 0 | 920 | 8280 |
| 39000 | 39920 | 39920 | 39920 | 39920 | 39920 | 39000 | 39000 | 39,920 | 631,360 |
| 16000 | 16000 | 16000 | 16000 | 16000 | 16000 | 16000 | 16000 | 16,000 | 256,000 |
| 1550 | 0 | 0 | 0 | 1500 | 0 | 0 | 0 | 1550 | 6200 |
| 9000 | 9000 | 9000 | 9000 | 9000 | 9000 | 9000 | 9000 | 9000 | 144000 |
| 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 9600 |
| 0 | 0 | 0 | 200 | 0 | 0 | 0 | 0 | 200 | 800 |
| 0 | 0 | 0 | 200 | 0 | 0 | 0 | 0 | 200 | 800 |
| | | | $1,000 | | | | | $1,000 | |
| 27150 | 25600 | 25600 | 26000 | 28100 | 25600 | 25600 | 25600 | 28550 | |
| 11850 | 14320 | 14320 | 13920 | 11820 | 14320 | 13400 | 13400 | 11370 | **210930** |