| Fill in this information to identify the case: | |
|---|---|
| Debtor | **Preferred Ready-Mix LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | 21-33369 |

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1**   **Priority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**   11 U.S.C. § 507(a)( _____ )

Debtor __Preferred Ready-Mix LLC__  Case number (if known) __21-33369__

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

### 3.1 Nonpriority creditor's name and mailing address

**Active Radiator**
**3675 Amber Street**

**Philadelphia      PA    19134**

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Building Lease**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,879.84**

### 3.2 Nonpriority creditor's name and mailing address

**AG Barn Management, LLC**
**PO Box 409**

**Mayfield      KY    42068**

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$28,508.80**

### 3.3 Nonpriority creditor's name and mailing address

**Alisons Inc.**
**1220 Shotwell Street**

**Houston      TX    77020**

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Property Lease**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

### 3.4 Nonpriority creditor's name and mailing address

**AT&T**
**208 S. Akard Street**

**Dallas      TX    75202**

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

Debtor **Preferred Ready-Mix LLC**  Case number (if known) **21-33369**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.5** Nonpriority creditor's name and mailing address  $17,747.17
**Bank Direct Capital Finance**
**150 N. Field Drive, Suite 190**
**Lake Forest    IL    60045**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Building Lease**

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

**3.6** Nonpriority creditor's name and mailing address  $13,433.19
**BlueVine Capital**
**401 Warren St., Suite 300**
**Redwood City    CA    94063**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

**3.7** Nonpriority creditor's name and mailing address  $180,000.00
**Cameron Roesle**
**10457 Royal Andrews Drive**
**Conroe    TX    77303**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Judgment Lien**

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

**3.8** Nonpriority creditor's name and mailing address  Unknown
**Cirro Energy**
**2745 Dallas Parkway, Suite 200**
**Plano    TX    75093**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

Debtor **Preferred Ready-Mix LLC**  Case number (if known) **21-33369**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.9** Nonpriority creditor's name and mailing address
**Con-Tech Manufacturing Inc.**
**67079 170th Avenue**

**Dodge Center    MN    55927**

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$14,207.85

**3.10** Nonpriority creditor's name and mailing address
**Deon Wallace**
**2911 Ashlyn Arbor Drive**

**Fresno    TX    77545**

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$14,000.00

**3.11** Nonpriority creditor's name and mailing address
**Gulfgate Dodge**
**7250 Gulf Freeway**

**Houston    TX    77017**

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$8,936.22

**3.12** Nonpriority creditor's name and mailing address
**Intuit Quickbooks**
**2700 Coast Avenue**

**Mountain View    CA    94043**

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$22,000.00

Debtor **Preferred Ready-Mix LLC** Case number (if known) **21-33369**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.13** Nonpriority creditor's name and mailing address

**Jeffrey C. McClellan, CPA, PLLC**
**830 3rd St., Ste 205**

**Rosenberg  TX  77471**

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Accountant Fees**

Is the claim subject to offset?
☒ No
☐ Yes

**$3,069.30**

---

**3.14** Nonpriority creditor's name and mailing address

**Lopez Concrete Chipping**
**7802 Pecan Villas Drive**

**Houston  TX  77061**

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$4,500.00**

---

**3.15** Nonpriority creditor's name and mailing address

**Mai & Na PLLC**
**6588 Corporate Drive, Suite 188**

**Houston  TX  77036**

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$7,027.69**

---

**3.16** Nonpriority creditor's name and mailing address

**Mark S. Mills**
**SP #35733**
**Montgomery County Jail**

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

**Defendant in pending lawsuits**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

| Debtor | **Preferred Ready-Mix LLC** | Case number (if known) | **21-33369** |
|---|---|---|---|

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.17** Nonpriority creditor's name and mailing address

**Matthew Tyson**
**5511 Olympiad Drive**

Houston    TX    77041

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

$54,386.53

---

**3.18** Nonpriority creditor's name and mailing address

**McNielius Truck & Manufacturing Company**
**14201 Collections Center Drive**

Chicago    IL    60693

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

$1,171.64

---

**3.19** Nonpriority creditor's name and mailing address

**Medellin Concrete Chippin Service, Inc.**
**PO Box 225**
**South Houston, TXD 77587**

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

$33,900.00

---

**3.20** Nonpriority creditor's name and mailing address

**Rhino Ready Mix LLC**
**6638 Madden Lane**

Houston    TX    77048

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

$45,619.00

---

Debtor  **Preferred Ready-Mix LLC**  Case number (if known) **21-33369**

## Part 2:  Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |

**Texas Truck Parts**
**2802 N. Wayside Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

Houston        TX      77020

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $444,381.01 |

**Texcon Ready Mix**
**2078 FM 1314**

☐ Contingent
☐ Unliquidated
☒ Disputed

Porter        TX      77365

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

disputed as to amount owed

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Verizon Reveal**
**1095 Avenue of the Americas**

☐ Contingent
☐ Unliquidated
☐ Disputed

New York        NY      10036

**Basis for the claim:**
**GPS Service for trucks**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |

**Wayne Tyson**
**19238 San Solomon Springs Court**

☐ Contingent
☐ Unliquidated
☐ Disputed

Cypress        TX      77433

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Debtor  **Preferred Ready-Mix LLC**                             Case number (if known)  **21-33369**

## Part 2:   Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |

**Wex Bank**
**ExxonMobil**
**PO Box 4337**

**Carol Stream          IL       60197-4337**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

Debtor **Preferred Ready-Mix LLC**     Case number (if known) **21-33369**

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Campbell Concrete & Materials LLC** <br> **16155 Park Row, Suite 120** <br><br> **Houston    TX    77084** <br> **Contractor Agreement** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice only** | __ __ __ __ |
| 4.2 | **Cemex Const. Materials Houston, LLC** <br> **5303 Navigation Blvd.** <br><br> **Houston    TX    77011** <br> **Transportation Agreement** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.3 | **Jeff Kaiser, Esq.** <br> **2211 Norfolk Street, Suite 528** <br><br> **Houston    TX    77098** | Line **3.22** <br> ☐ Not listed. Explain: | __ __ __ __ |
| 4.4 | **Mark S. Mills** <br> **1111 League Line Road St.** <br><br> **Conroe    TX    77303** <br> **Defendant in pending lawsuits** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.5 | **Robert Foran** <br> **9526 BonBrook Bend Lane** <br><br> **Richmond    TX    77469** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.6 | **Robert W. Berleth, Receiver** <br> **9950 Cypresswood Drive, Suite 200** <br><br> **Houston    TX    77070** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |

Debtor   **Preferred Ready-Mix LLC**                               Case number (if known) **21-33369**

| Part 3: | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.7 | **St. Croix Custom Pools, LLC**<br>**1501 McBride Rd.**<br><br>**Cleveland      TX    77328**<br>**Defendant in pending lawsuits** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor   **Preferred Ready-Mix LLC**                                    Case number (if known)   **21-33369**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|     |                              |     | Total of claim amounts |
|-----|------------------------------|-----|------------------------|
| 5a. | **Total claims from Part 1** | 5a. | $0.00                  |
| 5b. | **Total claims from Part 2** | 5b. + | $942,768.24          |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$942,768.24** |