Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Proposed Attorneys for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **PREFERRED READY-MIX LLC,** | § | **CASE NO. 21-33369-11** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

### DEBTOR'S ACCOUNTS RECEIVABLE SCHEDULE

COMES NOW Preferred Ready-Mix LLC., Debtor in the above-styled and numbered bankruptcy case ("Debtor") and files this its Debtor's Accounts Receivable Schedule to support its Amended Schedule B.

Debtor offers the following supporting Schedule:

| | Description | | |
|---|---|---|---|
| | Accounts Receivables Detail (shows $3,849.00 pre-petition likely uncollectable in 90 days prior to filing and $6,000.00 pre-petition collectible and outside 90 days) | | |

Dated: November 24, 2021.

Respectfully Submitted

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Proposed Attorneys for Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 24, 2021, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF filing system upon those parties receiving electronic notice in this case.

Hector Duran, Jr. on behalf of U.S. Trustee
Hector.Duran.Jr@usdoj.gov

Jessica Lee Hoff on behalf of Debtor Preferred Ready-Mix LLC
Jhoff@hofflawoffices.com, JHoff@jubileebk.net

Jeffery B Kaiser on behalf of Creditor Texcon Ready Mix, Inc.
jkaiser@kaiser-law.com, admin.three@kaiser-law.com

Joyce Williams Lindauer on behalf of Debtor Preferred Ready-Mix LLC
joyce@joycelindauer.com, dian@joycelindauer.com

Derek W. Loetzerich on behalf of Creditor Cameron Rosele
derek@loetzerichlaw.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer