Fill in this information to identify the case:

Debtor Name: **Preferred Ready-Mix LLC**

United States Bankruptcy Court for the: Southern District of Texas

Case number: 21-33369

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                    12/17

Month: 10/26/2021                                    Date report filed: 10/01/2021
                                                                            MM / DD / YYYY
Line of business: CONCRETE                           NAISC code: 3273

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                ROBERT FORAN
Original signature of responsible party  *[signature]*
Printed name of responsible party   ROBERT FORAN

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☑ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☑ | ☐ | ☐ |

Official Form 425C           Monthly Operating Report for Small Business Under Chapter 11           page 1

Debtor Name __Preferred Ready-Mix LLC__    Case number __21-33369__

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ __792.00__

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ __2,185.00__

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ __836.00__

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ __1,334.00__

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.
    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ __2,126.00__

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ __0.00__
    (*Exhibit E*)

Debtor Name  Preferred Ready-Mix LLC                           Case number  21-33369

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                 $ 664,359.87

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                              12
27. What is the number of employees as of the date of this monthly report?                  4

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?         $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 30,000.00
30. How much have you paid this month in other professional fees?                                    $ 0.00
31. How much have you paid in total other professional fees since filing the case?                   $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* Projected | − | *Column B* Actual | = | *Column C* Difference |
|---|---|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ 2,185.00 | = | $ 41,833.10 |
| 33. **Cash disbursements** | $ _____ | − | $ 836.00 | = | $ 22,635.05 |
| 34. **Net cash flow** | $ _____ | − | $ 1,334.00 | = | $ 22,237.00 |

35. Total projected cash receipts for the next month:                              $ 39,648.10
36. Total projected cash disbursements for the next month:                       − $ 2,347.05
37. Total projected net cash flow for the next month:                            = $ 23,571.05

Debtor Name  Preferred Ready-Mix LLC             Case number  21-33369

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.



TO WHOM IT MAY CONCERN;

DATED: 1/11/2022

SUBJECT: EXHIBIT A

    I AM PROVIDING AN EXPLANATION OF WHY WE DID NOT OPERATE THE ENTIRE REPORTING PERIOD.

IN MID OCTOBER 2021, PREFERRED READY-MIX LLC FILED A CHAPTER 11 BANKRUPTCY. DURING THAT PROCESS WE HIRED JESSICA HOFF AND ASSUMED THAT SHE WOULD ASSIST IN OBTAINING OUR EQUIPMENT THAT COURT RECEIVER ROBERT BERLETH ILLEGALLY SEIZED. DURING THAT WHOLE PROCESS MR. BERLETH WAS AWARE OF THE CHAPTER 11 BANKRUPTCY FILING AND REFUSED TO RELEASE SEIZED EQUIPMENT.

IN MID OCTOBER 2021, PREFERRED READY MIX LLC HIRED JOYCE LINDAUER TO ASSIST THEM IN THE CHAPTER 11 BANKRUPTCY FILING DUE TO JESSICA HOFF NOT COMMUNICATING AND ROBERT BERLETHS ACTIONS. MS. LINDAUER THEN REACHED OUT TO RECEIVER ROBERT BERLETH AND DEMANED EQUIPMENT RETURNED. IT WAS IN LATE OCTOBER 2021, THE EQUIPMENT WAS RETURNED DAMAGED AND STOLEN TOOLS AS WELL. IT HAS BEEN A STRUGGLE TO GET THE COMPANY LEVELED OUT DURING THIS BILL CYCLE BUT HAS NOW STARTED TO LEVEL OUT.

SINCERELY,

ROBERT FORAN, PRESIDENT OF OPERATIONS.



TO WHOM IT MAY CONCERN;

DATED: 1/11/2022

SUBJECT: EXHIBIT B

I AM PROVIDING AN EXPLANATION OF WHO MADE AN INVESTMENT

MY NAME IS ROBERT FORAN, DURING THIS PROCESS MY GIRLFRIEND PROVIDED PREFERRED READY-MIX LLC SEVERAL INVESTMENTS INCLUDING FUNDS TO OBTAIN LEGAL COUNSEL TO FILE THE CHAPTER 11 AS WELL AS INVESTMENTS INTO THE BUSINESS TO COVER ANY EXPENSES THAT ARE NEEDED. THESE INVESTMENTS ARE MADE AND NOT EXPECTED TO BE RETURNED TO HER AS SHE HAS NOTIFIED ME SHE WANTS WHATS BEST FOR PREFERRED READY-MIX LLC.

SINCERELY,

ROBERT FORAN, PRESIDENT OF OPERATIONS.

_____

**EXHIBIT C & EXHIBIT D**

## Preferred Readymix LLC
### Profit and Loss Detail
### October 26-31, 2021

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expenses** | | | | | | | |
| **Income** | | | | | | | |
| **Sales** | | | | | | | |
| 10/26/2021 | Deposit | | TEXAS CONCRETE ENTERPRISE READY MIX INC | Counter Credit | OPERATING ACCOUNT FOR PRM | 1,600.00 | 1,600.00 |
| 10/28/2021 | Invoice | 1487 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET NO. 10349246 | Accounts Receivable (A/R) | 195.00 | 1,795.00 |
| 10/28/2021 | Invoice | 1487 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET NO. 10349358 | Accounts Receivable (A/R) | 195.00 | 1,990.00 |
| 10/28/2021 | Invoice | 1487 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET NO. 10348932 | Accounts Receivable (A/R) | 195.00 | 2,185.00 |
| **Total for Sales** | | | | | | **$2,185.00** | |
| **Total for Income** | | | | | | **$2,185.00** | |
| **Cost of Goods Sold** | | | | | | | |
| **Contractors** | | | | | | | |
| 10/27/2021 | Expense | | Christian Castillo | Customer Withdrawal Image | OPERATING ACCOUNT FOR PRM | 500.00 | 500.00 |
| 10/29/2021 | Expense | | Christian Castillo | Customer Withdrawal Image | OPERATING ACCOUNT FOR PRM | 168.00 | 668.00 |
| 10/29/2021 | Expense | | Christian Castillo | Customer Withdrawal Image | OPERATING ACCOUNT FOR PRM | 168.00 | 836.00 |
| **Total for Contractors** | | | | | | **$836.00** | |
| **Total for Cost of Goods Sold** | | | | | | **$836.00** | |
| **Net Income** | | | | | | **$1,349.00** | |

# Preferred Readymix LLC

**EXHIBIT F**

## A/R Aging Summary
### As of January 11, 2022

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| A&t Concrete | | | | | 4,164.55 | $4,164.55 |
| ALAMO CONCRETE | | | | | -3,449.43 | $ -3,449.43 |
| ALLDAY CONCRETE | | | | | 220.00 | $220.00 |
| BLUESHARK CONCRETE | | | | | 3,511.74 | $3,511.74 |
| Boswell Concrete Construction | | | | | 7,140.17 | $7,140.17 |
| Budget Ready Mix | | | | | 5,164.75 | $5,164.75 |
| C&M Builders | | | | | 585.63 | $585.63 |
| CAMPBELL CONCRETE & MATERIALS, LLC | 16,875.00 | | | | | $16,875.00 |
| Cemex | | | -460.00 | | -35,657.64 | $ -36,117.64 |
| CHRIS GENERAL CONSTRUCTION | | | | | -5,263.19 | $ -5,263.19 |
| Concrete Group | | | | | 1,969.57 | $1,969.57 |
| CTC CONCRETE | | | | | 58,010.41 | $58,010.41 |
| D&D READY-MIX | | | | | 9,480.00 | $9,480.00 |
| FIVE STAR READY MIX, LLC | | | | | 676.50 | $676.50 |
| Forte Concrete Solutions | | | | | 327,468.73 | $327,468.73 |
| FX DESIGN LLC | | | | | 10,879.13 | $10,879.13 |
| GULF COAST CONCRETE & SHELL INC | | | | | 11,242.43 | $11,242.43 |
| HERERRA CONCRETE | | | | | 11,658.16 | $11,658.16 |
| Holiday Inn Express & Suites | | | | | 44,571.59 | $44,571.59 |
| HOUSTON COOL POOLS | | | | | 8,307.59 | $8,307.59 |
| JHL CONSTRUCTION | | | | | 0.00 | $0.00 |
| JONATHAN D TALYOR DBA TAYLOR RENOVATIONS | | | | | 500.00 | $500.00 |
| LEGACY DESIGN CONCRETE LLC | | | | | 29,067.85 | $29,067.85 |
| Lopez Asphalt Paving | | | | | 3,714.27 | $3,714.27 |
| Maldonado's Underground INC | | | | | 28,147.44 | $28,147.44 |
| MONTREI LOCKHART. | | | 1,553.10 | | | $1,553.10 |
| Ms Construction | | | | 16,542.51 | | $16,542.51 |
| OJ ReadyMix | | | | | -510.00 | $ -510.00 |
| PC POSADA CONSTRUCTION | | | | | 3,514.15 | $3,514.15 |
| Pearls Express Inc. | | | | | 5,000.00 | $5,000.00 |
| Pro Foundations Inc | | | | | 1,228.25 | $1,228.25 |
| Rhino Ready Mix, LLC | | | | | 2,007.75 | $2,007.75 |
| ROCKCRETE READYMIX LLC | | | | 924.75 | | $924.75 |
| RODEZ CONTRACTORS | | | | | 6,732.00 | $6,732.00 |
| Rosas Company Services | | | | | 983.99 | $983.99 |
| RUBIO CONCRETE | | | | | 1,156.00 | $1,156.00 |
| Soto Ready Mix | | | | | 849.50 | $849.50 |
| ST. CROIX CUSTOM POOLS LLC | | | | | 29,496.56 | $29,496.56 |
| STEVEN DIAZ | | | | | 380.00 | $380.00 |
| TEXAS CONCRETE ENTERPRISE READY MIX INC | | -750.00 | | | | $ -750.00 |
| TEXAS POOL GROUP | | | | | 2,945.09 | $2,945.09 |
| TEXAS RANCH CUSTOM HOME INC | | | | | 5,880.00 | $5,880.00 |
| Toan Doan | | | | | 3,590.50 | $3,590.50 |
| Tricor Builders | | | | | -59.75 | $ -59.75 |

|  | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Trujillo Construction |  |  |  |  | 33,287.81 | $33,287.81 |
| TX SHOTCRETE SOLUTIONS |  |  |  |  | 2,601.66 | $2,601.66 |
| U.S Premium Concrete |  |  |  | 2,160.75 |  | $2,160.75 |
| Yonel Maldonado |  |  |  |  | 6,320.00 | $6,320.00 |
| TOTAL | $16,875.00 | $-750.00 | $1,093.10 | $19,628.01 | $627,513.76 | $664,359.87 |