IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PREFERRED READY-MIX, LLC | § | CASE NO. 21-33369 |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

## WITNESS EXHIBIT LIST

| WITNESSES: | |
|---|---|
| 1) Robert Foran | Judge: Jeffrey P. Norman |
| 2) Yusuf Ali | Hearing Date: February 9, 2021 |
| 3) Corporate Representative for Alisons, L.L.C | Hearing Time: 11:30 am |
| | Party's Name: |
| | Attorney for Creditor - Brendon Singh |
| | Nature of Proceeding(s):<br>1. Confirmation |

| Ex. # | Description | Offered | Objection | Admitted/Not | Disposition |
|---|---|---|---|---|---|
| 1 | Amended Chapter 11 Plan (Docket 79) | | | | |
| 2 | MOR for December 2021 | | | | |
| 3 | MOR for November 2021 | | | | |
| 4 | Amended MOR for October 2021 | | | | |
| 5 | Amended Schedules | | | | |
| 6 | Lease | | | | |

Dated: February 7, 2022

    Respectfully submitted,

    **TRAN SINGH LLP**

    By:/s/Brendon Singh
    Susan Tran | TBN: 24075648
    Brendon Singh | TBN: 24075646
    2502 La Branch Street
    Houston, Texas 77004
    Ph: (832) 975-7300
    Fax: (832) 975-7301
    BSingh@ts-llp.com

**ATTORNEYS FOR CREDITOR
ALISON, LLC**