**EXHIBIT 3**

Fill in this information to identify the case:

Debtor Name: Preferred Ready-Mix LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number: 21-33369

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: 12/01/2021

Date report filed: 12/01/2021 (MM/DD/YYYY)

Line of business: CONCRETE

NAISC code: 3273

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: ROBERT FORAN

Original signature of responsible party: /s/ Robert Foran

Printed name of responsible party: ROBERT FORAN

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*. | ☐ | ☑ | ☐ |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*. | ☐ | ☑ | ☐ |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. Has anyone made an investment in your business? | | | |

Official Form 425C — Monthly Operating Report for Small Business Under Chapter 11 — page 1

Debtor Name **Preferred Ready-Mix LLC**  Case number **21-33369**

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**  $ 28,155.33

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 47,865.40

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.   – $ 26,527.03

    Report the total from *Exhibit D* here.

22. **Net cash flow**   + $ 21,338.37

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**   = $ 49,493.70

    Add line 22 + line 19. Report the result here.
    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 0.00

    *(Exhibit E)*

Debtor Name  Preferred Ready-Mix LLC                            Case number  21-33369

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                $ 664,359.87

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                              12
27. What is the number of employees as of the date of this monthly report?                 4

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $      0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 30,000.00
30. How much have you paid this month in other professional fees?                                    $      0.00
31. How much have you paid in total other professional fees since filing the case?                   $      0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts**      | $ 47,865.40 | − | $ 47,865.40 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 26,527.03 | − | $ 26,527.03 | = | $ 0.00 |
| 34. **Net cash flow**      | $ 21,338.37 | − | $ 21,338.37 | = | $ 0.00 |

35. Total projected cash receipts for the next month:                                    $     0.00
36. Total projected cash disbursements for the next month:                             − $     0.00
37. Total projected net cash flow for the next month:                                  = $     0.00

Debtor Name  Preferred Ready-Mix LLC                    Case number  21-33369

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.



TO WHOM IT MAY CONCERN;

DATED: 1/12/2022

SUBJECT: EXHIBIT A

      I AM PROVIDING AN EXPLANATION OF WHY WE DID NOT OPERATE THE ENTIRE REPORTING PERIOD.

MY NAME IS ROBERT FORAN, DURING THIS REPORTING PERIOD OF DECEMBER 2021, WE DID NOT WORK THE LAST TWO WEEKS OF DECEMBER 2021, DUE TO THE END OF THE MONTH AND YEAR. A LOT OF THE MARKET SHUT DOWN FOR CHRISTMAS AS WELL AS NEW YEARS AND THE WORKERS WENT OUT OF TOWN.

SINCERELY,

ROBERT FORAN, PRESIDENT OF OPERATIONS.



TO WHOM IT MAY CONCERN;

DATED: 1/11/2022

SUBJECT: EXHIBIT B

I AM PROVIDING AN EXPLANATION OF WHO MADE AN INVESTMENT

MY NAME IS ROBERT FORAN, DURING THIS PROCESS MY GIRLFRIEND PROVIDED PREFERRED READY-MIX LLC SEVERAL INVESTMENTS INCLUDING FUNDS TO OBTAIN LEGAL COUNSEL TO FILE THE CHAPTER 11 AS WELL AS INVESTMENTS INTO THE BUSINESS TO COVER ANY EXPENSES THAT ARE NEEDED. THESE INVESTMENTS ARE MADE AND NOT EXPECTED TO BE RETURNED TO HER AS SHE HAS NOTIFIED ME, SHE WANTS WHATS BEST FOR PREFERRED READY-MIX LLC.

SINCERELY,

ROBERT FORAN, PRESIDENT OF OPERATIONS.

# Preferred Readymix LLC

EXHIBIT C & D

Profit and Loss Detail

December 2021

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | | | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expenses** | | | | | | | | | |
| **Income** | | | | | | | | | |
| **Sales** | | | | | | | | | |
| 12/06/2021 | Invoice | 1502 | Cemex | TICKET#46696430 | | | Accounts Receivable (A/R) | 230.00 | 230.00 |
| 12/06/2021 | Deposit | | CAMPBELL CONCRETE & MATERIALS, LLC | LEHIGH HANSON, I DES:CORP PMT ID:11022021 ID:XXXXX03701 CCD | INDN:PREFERRED READY MIX | CO | OPERATING ACCOUNT FOR PRM | 2,145.00 | 2,375.00 |
| 12/06/2021 | Invoice | 1502 | Cemex | TICKET#46696280 | | | Accounts Receivable (A/R) | 230.00 | 2,605.00 |
| 12/06/2021 | Invoice | 1502 | Cemex | TICKET#46696760 | | | Accounts Receivable (A/R) | 230.00 | 2,835.00 |
| 12/06/2021 | Invoice | 1502 | Cemex | TICKET#46699116 | | | Accounts Receivable (A/R) | 230.00 | 3,065.00 |
| 12/06/2021 | Invoice | 1502 | Cemex | TICKET#46705330 | | | Accounts Receivable (A/R) | 230.00 | 3,295.00 |
| 12/06/2021 | Invoice | 1502 | Cemex | TICKET#46706121 | | | Accounts Receivable (A/R) | 230.00 | 3,525.00 |
| 12/06/2021 | Invoice | 1502 | Cemex | TICKET#46706467 | | | Accounts Receivable (A/R) | 230.00 | 3,755.00 |
| 12/06/2021 | Invoice | 1502 | Cemex | TICKET#46705039 | | | Accounts Receivable (A/R) | 230.00 | 3,985.00 |
| 12/06/2021 | Invoice | 1502 | Cemex | TICKET#46705987 | | | Accounts Receivable (A/R) | 230.00 | 4,215.00 |
| 12/06/2021 | Invoice | 1502 | Cemex | TICKET#46706231 | | | Accounts Receivable (A/R) | 230.00 | 4,445.00 |
| 12/06/2021 | Invoice | 1502 | Cemex | TICKET#46699281 | | | Accounts Receivable (A/R) | 230.00 | 4,675.00 |
| 12/06/2021 | Invoice | 1503 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10368597 | | | Accounts Receivable (A/R) | 225.00 | 4,900.00 |
| 12/06/2021 | Invoice | 1503 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10368627 | | | Accounts Receivable (A/R) | 225.00 | 5,125.00 |
| 12/06/2021 | Invoice | 1503 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10368789 | | | Accounts Receivable (A/R) | 225.00 | 5,350.00 |
| 12/06/2021 | Invoice | 1503 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10368794 | | | Accounts Receivable (A/R) | 225.00 | 5,575.00 |
| 12/06/2021 | Invoice | 1503 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10368872 | | | Accounts Receivable (A/R) | 225.00 | 5,800.00 |
| 12/06/2021 | Invoice | 1503 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10368969 | | | Accounts Receivable (A/R) | 225.00 | 6,025.00 |
| 12/06/2021 | Invoice | 1503 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10369040 | | | Accounts Receivable (A/R) | 225.00 | 6,250.00 |
| 12/06/2021 | Invoice | 1503 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10369068 | | | Accounts Receivable (A/R) | 225.00 | 6,475.00 |
| 12/06/2021 | Invoice | 1503 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10369153 | | | Accounts Receivable (A/R) | 225.00 | 6,700.00 |
| 12/06/2021 | Invoice | 1503 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10369182 | | | Accounts Receivable (A/R) | 225.00 | 6,925.00 |
| 12/06/2021 | Invoice | 1503 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10369222 | | | Accounts Receivable (A/R) | 225.00 | 7,150.00 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 12/06/2021 | Invoice | 1503 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10369357 | Accounts Receivable (A/R) | 225.00 | 7,375.00 |
| 12/06/2021 | Invoice | 1503 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10369485 | Accounts Receivable (A/R) | 225.00 | 7,600.00 |
| 12/06/2021 | Invoice | 1503 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10369557 | Accounts Receivable (A/R) | 225.00 | 7,825.00 |
| 12/06/2021 | Invoice | 1503 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10369658 | Accounts Receivable (A/R) | 225.00 | 8,050.00 |
| 12/06/2021 | Invoice | 1503 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10369739 | Accounts Receivable (A/R) | 225.00 | 8,275.00 |
| 12/06/2021 | Invoice | 1502 | Cemex | TICKET#46698904 | Accounts Receivable (A/R) | 230.00 | 8,505.00 |
| 12/08/2021 | Deposit | | Cemex | CEMEX MATERIALS DES:PAYMENTS ID:XXXXX91735 INDN:PREFERRED READY CO ID:XXXXX84001 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | OPERATING ACCOUNT FOR PRM | 1,478.40 | 9,983.40 |
| 12/13/2021 | Invoice | 1506 | Cemex | TICKET#46715809 | Accounts Receivable (A/R) | 230.00 | 10,213.40 |
| 12/13/2021 | Deposit | | CAMPBELL CONCRETE & MATERIALS, LLC | LEHIGH HANSON, I DES:CORP PMT ID:11022641 INDN:PREFERRED READY MIX CO ID:XXXXX03701 CCD | OPERATING ACCOUNT FOR PRM | 390.00 | 10,603.40 |
| 12/13/2021 | Invoice | 1506 | Cemex | TICKET#46716699 | Accounts Receivable (A/R) | 230.00 | 10,833.40 |
| 12/13/2021 | Invoice | 1506 | Cemex | TICKET#46715900 | Accounts Receivable (A/R) | 230.00 | 11,063.40 |
| 12/13/2021 | Invoice | 1506 | Cemex | TICKET#46716541 | Accounts Receivable (A/R) | 230.00 | 11,293.40 |
| 12/13/2021 | Invoice | 1506 | Cemex | TICKET#46716963 | Accounts Receivable (A/R) | 230.00 | 11,523.40 |
| 12/13/2021 | Invoice | 1506 | Cemex | TICKET#46717332 | Accounts Receivable (A/R) | 230.00 | 11,753.40 |
| 12/13/2021 | Invoice | 1506 | Cemex | TICKET#46716033 | Accounts Receivable (A/R) | 230.00 | 11,983.40 |
| 12/13/2021 | Invoice | 1506 | Cemex | TICKET#46716514 | Accounts Receivable (A/R) | 230.00 | 12,213.40 |
| 12/13/2021 | Invoice | 1506 | Cemex | TICKET#46716962 | Accounts Receivable (A/R) | 230.00 | 12,443.40 |
| 12/13/2021 | Invoice | 1504 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10370800 | Accounts Receivable (A/R) | 225.00 | 12,668.40 |
| 12/13/2021 | Invoice | 1504 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10370829 | Accounts Receivable (A/R) | 225.00 | 12,893.40 |
| 12/13/2021 | Invoice | 1504 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10370837 | Accounts Receivable (A/R) | 225.00 | 13,118.40 |
| 12/13/2021 | Invoice | 1504 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10370866 | Accounts Receivable (A/R) | 225.00 | 13,343.40 |
| 12/13/2021 | Invoice | 1504 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10371024 | Accounts Receivable (A/R) | 225.00 | 13,568.40 |
| 12/13/2021 | Invoice | 1504 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10371036 | Accounts Receivable (A/R) | 225.00 | 13,793.40 |
| 12/13/2021 | Invoice | 1504 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10371037 | Accounts Receivable (A/R) | 225.00 | 14,018.40 |
| 12/13/2021 | Invoice | 1504 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10371056 | Accounts Receivable (A/R) | 225.00 | 14,243.40 |
| 12/13/2021 | Invoice | 1504 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10371181 | Accounts Receivable (A/R) | 225.00 | 14,468.40 |
| 12/13/2021 | Invoice | 1504 | CAMPBELL | TICKET#10371208 | Accounts | 225.00 | 14,693.40 |


| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 12/13/2021 | Invoice | 1504 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10371482 | Accounts Receivable (A/R) | 225.00 | 15,818.40 |
| 12/13/2021 | Invoice | 1504 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10371483 | Accounts Receivable (A/R) | 225.00 | 16,043.40 |
| 12/13/2021 | Invoice | 1504 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10371542 | Accounts Receivable (A/R) | 225.00 | 16,268.40 |
| 12/13/2021 | Invoice | 1504 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10371543 | Accounts Receivable (A/R) | 225.00 | 16,493.40 |
| 12/13/2021 | Invoice | 1504 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10373274 | Accounts Receivable (A/R) | 225.00 | 16,718.40 |
| 12/13/2021 | Invoice | 1504 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10373294 | Accounts Receivable (A/R) | 225.00 | 16,943.40 |
| 12/13/2021 | Invoice | 1504 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10373470 | Accounts Receivable (A/R) | 225.00 | 17,168.40 |
| 12/13/2021 | Invoice | 1504 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10373546 | Accounts Receivable (A/R) | 225.00 | 17,393.40 |
| 12/13/2021 | Invoice | 1504 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10373603 | Accounts Receivable (A/R) | 225.00 | 17,618.40 |
| 12/13/2021 | Invoice | 1504 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10373636 | Accounts Receivable (A/R) | 225.00 | 17,843.40 |
| 12/13/2021 | Invoice | 1504 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10373720 | Accounts Receivable (A/R) | 225.00 | 18,068.40 |
| 12/13/2021 | Invoice | 1504 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10373752 | Accounts Receivable (A/R) | 225.00 | 18,293.40 |
| 12/13/2021 | Invoice | 1504 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10373789 | Accounts Receivable (A/R) | 225.00 | 18,518.40 |
| 12/13/2021 | Invoice | 1504 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10373845 | Accounts Receivable (A/R) | 225.00 | 18,743.40 |
| 12/13/2021 | Invoice | 1504 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10373862 | Accounts Receivable (A/R) | 225.00 | 18,968.40 |
| 12/13/2021 | Invoice | 1504 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10373882 | Accounts Receivable (A/R) | 225.00 | 19,193.40 |
| 12/13/2021 | Invoice | 1504 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10373907 | Accounts Receivable (A/R) | 225.00 | 19,418.40 |
| 12/13/2021 | Invoice | 1504 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10373953 | Accounts Receivable (A/R) | 225.00 | 19,643.40 |
| 12/13/2021 | Invoice | 1504 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10374018 | Accounts Receivable (A/R) | 225.00 | 19,868.40 |
| 12/13/2021 | Invoice | 1507 | TEXAS CONCRETE ENTERPRISE READY MIX INC | TICKET#251344 | Accounts Receivable (A/R) | 210.00 | 20,078.40 |
| 12/13/2021 | Invoice | 1507 | TEXAS CONCRETE ENTERPRISE READY MIX INC | TICKET#251387 | Accounts Receivable (A/R) | 210.00 | 20,288.40 |
| 12/13/2021 | Invoice | 1505 | Sealy Concrete, INC | TICKET#364165 | Accounts Receivable (A/R) | 210.00 | 20,498.40 |
| 12/13/2021 | Invoice | 1505 | Sealy Concrete, INC | TICKET#364116 | Accounts Receivable (A/R) | 210.00 | 20,708.40 |
| 12/13/2021 | Invoice | 1505 | Sealy Concrete, INC | TICKET#364073 | Accounts Receivable (A/R) | 210.00 | 20,918.40 |
| 12/13/2021 | Invoice | 1505 | Sealy Concrete, INC | TICKET#364154 | Accounts Receivable (A/R) | 210.00 | 21,128.40 |
| 12/13/2021 | Invoice | 1506 | Cemex | TICKET#46716293 | Accounts Receivable | 230.00 | 21,358.40 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 12/16/2021 | Deposit | | Cemex | CEMEX MATERIALS DES:PAYMENTS ID:XXXXX93868 INDN:PREFERRED READY CO ID:XXXXX84001 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | OPERATING ACCOUNT FOR PRM | 2,760.00 | 24,118.40 |
| 12/17/2021 | Deposit | | TEXAS CONCRETE ENTERPRISE READY MIX INC | BKOFAMERICA ATM 12/17 #000004205 DEPOSIT SPRING GREEN KATY TX CKCD XXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 840.00 | 24,958.40 |
| 12/17/2021 | Deposit | | CAMPBELL CONCRETE & MATERIALS, LLC | LEHIGH HANSON, I DES:CORP PMT ID:11023401 INDN:PREFERRED READY MIX CO ID:XXXXX03701 CCD | OPERATING ACCOUNT FOR PRM | 5,175.00 | 30,133.40 |
| 12/21/2021 | Invoice | 1510 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10376746 | Accounts Receivable (A/R) | 225.00 | 30,358.40 |
| 12/21/2021 | Invoice | 1510 | CAMPBELL CONCRETE & MATERIALS, LLC | TICEKT#10376822 | Accounts Receivable (A/R) | 225.00 | 30,583.40 |
| 12/21/2021 | Invoice | 1510 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10376884 | Accounts Receivable (A/R) | 225.00 | 30,808.40 |
| 12/21/2021 | Invoice | 1510 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10376941 | Accounts Receivable (A/R) | 225.00 | 31,033.40 |
| 12/21/2021 | Invoice | 1510 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10376990 | Accounts Receivable (A/R) | 225.00 | 31,258.40 |
| 12/21/2021 | Invoice | 1510 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10377199 | Accounts Receivable (A/R) | 225.00 | 31,483.40 |
| 12/21/2021 | Invoice | 1510 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10377215 | Accounts Receivable (A/R) | 225.00 | 31,708.40 |
| 12/21/2021 | Invoice | 1510 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10377224 | Accounts Receivable (A/R) | 225.00 | 31,933.40 |
| 12/21/2021 | Invoice | 1510 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10377317 | Accounts Receivable (A/R) | 225.00 | 32,158.40 |
| 12/21/2021 | Invoice | 1510 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10377389 | Accounts Receivable (A/R) | 225.00 | 32,383.40 |
| 12/21/2021 | Invoice | 1510 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10377651 | Accounts Receivable (A/R) | 225.00 | 32,608.40 |
| 12/21/2021 | Invoice | 1510 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10377775 | Accounts Receivable (A/R) | 225.00 | 32,833.40 |
| 12/21/2021 | Invoice | 1510 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10377954 | Accounts Receivable (A/R) | 225.00 | 33,058.40 |
| 12/21/2021 | Invoice | 1510 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10378070 | Accounts Receivable (A/R) | 225.00 | 33,283.40 |
| 12/21/2021 | Invoice | 1510 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10378112 | Accounts Receivable (A/R) | 225.00 | 33,508.40 |
| 12/21/2021 | Invoice | 1510 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10375748 | Accounts Receivable (A/R) | 225.00 | 33,733.40 |
| 12/21/2021 | Invoice | 1510 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10375769 | Accounts Receivable (A/R) | 225.00 | 33,958.40 |
| 12/21/2021 | Invoice | 1510 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10375907 | Accounts Receivable (A/R) | 225.00 | 34,183.40 |
| 12/21/2021 | Invoice | 1510 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10375931 | Accounts Receivable (A/R) | 225.00 | 34,408.40 |
| 12/21/2021 | Invoice | 1510 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10375979 | Accounts Receivable (A/R) | 225.00 | 34,633.40 |
| 12/21/2021 | Invoice | 1510 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10376079 | Accounts Receivable (A/R) | 225.00 | 34,858.40 |
| 12/21/2021 | Invoice | 1510 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10376105 | Accounts Receivable (A/R) | 225.00 | 35,083.40 |
| 12/21/2021 | Invoice | 1510 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10376152 | Accounts Receivable (A/R) | 225.00 | 35,308.40 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 12/21/2021 | Invoice | 1510 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10376231 | Accounts Receivable (A/R) | 225.00 | 35,533.40 |
| 12/21/2021 | Invoice | 1510 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10376268 | Accounts Receivable (A/R) | 225.00 | 35,758.40 |
| 12/21/2021 | Invoice | 1510 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10376301 | Accounts Receivable (A/R) | 225.00 | 35,983.40 |
| 12/21/2021 | Invoice | 1510 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10376312 | Accounts Receivable (A/R) | 225.00 | 36,208.40 |
| 12/21/2021 | Invoice | 1510 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10376383 | Accounts Receivable (A/R) | 225.00 | 36,433.40 |
| 12/21/2021 | Invoice | 1510 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10376486 | Accounts Receivable (A/R) | 225.00 | 36,658.40 |
| 12/21/2021 | Invoice | 1510 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10376595 | Accounts Receivable (A/R) | 225.00 | 36,883.40 |
| 12/21/2021 | Invoice | 1510 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10376599 | Accounts Receivable (A/R) | 225.00 | 37,108.40 |
| 12/21/2021 | Invoice | 1510 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10376680 | Accounts Receivable (A/R) | 225.00 | 37,333.40 |
| 12/21/2021 | Invoice | 1509 | LONESTAR READY MIX | TICKET#50394 | Accounts Receivable (A/R) | 220.00 | 37,553.40 |
| 12/21/2021 | Invoice | 1509 | LONESTAR READY MIX | TICKET#53650 | Accounts Receivable (A/R) | 220.00 | 37,773.40 |
| 12/21/2021 | Invoice | 1508 | TEXAS CONCRETE ENTERPRISE READY MIX INC | TICKET#252320 | Accounts Receivable (A/R) | 210.00 | 37,983.40 |
| 12/21/2021 | Invoice | 1508 | TEXAS CONCRETE ENTERPRISE READY MIX INC | TICKET#252399 | Accounts Receivable (A/R) | 210.00 | 38,193.40 |
| 12/21/2021 | Invoice | 1508 | TEXAS CONCRETE ENTERPRISE READY MIX INC | TICKET#252339 | Accounts Receivable (A/R) | 210.00 | 38,403.40 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 12/21/2021 | Invoice | 1508 | TEXAS CONCRETE ENTERPRISE READY MIX INC | TICKET#252304 | | Accounts Receivable (A/R) | 210.00 | 38,613.40 |
| 12/21/2021 | Invoice | 1508 | TEXAS CONCRETE ENTERPRISE READY MIX INC | TICKET#252493 | | Accounts Receivable (A/R) | 210.00 | 38,823.40 |
| 12/21/2021 | Invoice | 1508 | TEXAS CONCRETE ENTERPRISE READY MIX INC | TICKET#252664 | | Accounts Receivable (A/R) | 210.00 | 39,033.40 |
| 12/21/2021 | Invoice | 1508 | TEXAS CONCRETE ENTERPRISE READY MIX INC | TICKET#252711 | | Accounts Receivable (A/R) | 210.00 | 39,243.40 |
| 12/21/2021 | Invoice | 1508 | TEXAS CONCRETE ENTERPRISE READY MIX INC | TICKET#252735 | | Accounts Receivable (A/R) | 210.00 | 39,453.40 |
| 12/21/2021 | Invoice | 1508 | TEXAS CONCRETE ENTERPRISE READY MIX INC | TICKET#252758 | | Accounts Receivable (A/R) | 210.00 | 39,663.40 |
| 12/21/2021 | Invoice | 1508 | TEXAS CONCRETE ENTERPRISE READY MIX INC | TICKET#252784 | | Accounts Receivable (A/R) | 210.00 | 39,873.40 |
| 12/21/2021 | Invoice | 1508 | TEXAS CONCRETE ENTERPRISE READY MIX INC | TICKET#252824 | | Accounts Receivable (A/R) | 210.00 | 40,083.40 |
| 12/21/2021 | Invoice | 1508 | TEXAS CONCRETE ENTERPRISE READY MIX INC | TICKET#252857 | | Accounts Receivable (A/R) | 210.00 | 40,293.40 |
| 12/21/2021 | Invoice | 1508 | TEXAS CONCRETE ENTERPRISE READY MIX INC | TICKET#252885 | | Accounts Receivable (A/R) | 210.00 | 40,503.40 |
| 12/21/2021 | Deposit | | Adrian Cabrera | Zelle Transfer Conf# 0GH76H53Q; | ROBERT FORAN | OPERATING ACCOUNT FOR PRM | 27.00 | 40,530.40 |
| 12/24/2021 | Deposit | | CAMPBELL CONCRETE & MATERIALS, LLC | LEHIGH HANSON, I DES:CORP PMT ID:11024095 INDN:PREFERRED READY MIX CO ID:XXXXX03701 CCD | | OPERATING ACCOUNT FOR PRM | 3,825.00 | 44,355.40 |
| 12/27/2021 | Invoice | 1512 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10380068 | | Accounts Receivable (A/R) | 225.00 | 44,580.40 |
| 12/27/2021 | Invoice | 1512 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10379662 | | Accounts Receivable (A/R) | 225.00 | 44,805.40 |
| 12/27/2021 | Invoice | 1512 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10379678 | | Accounts Receivable (A/R) | 225.00 | 45,030.40 |
| 12/27/2021 | Invoice | 1512 | CAMPBELL CONCRETE & MATERIALS, LLC | TICKET#10379533 | | Accounts Receivable (A/R) | 225.00 | 45,255.40 |
| 12/27/2021 | Invoice | 1511 | TEXAS CONCRETE ENTERPRISE READY MIX INC | TICKET#252976 | | Accounts Receivable (A/R) | 210.00 | 45,465.40 |
| 12/27/2021 | Invoice | 1511 | TEXAS CONCRETE ENTERPRISE READY MIX INC | TICKET#253010 | | Accounts Receivable (A/R) | 210.00 | 45,675.40 |
| 12/27/2021 | Invoice | 1511 | TEXAS CONCRETE ENTERPRISE READY MIX INC | TICKET#253173 | | Accounts Receivable (A/R) | 210.00 | 45,885.40 |
| 12/27/2021 | Invoice | 1511 | TEXAS CONCRETE ENTERPRISE READY MIX INC | TICKET#253213 | | Accounts Receivable (A/R) | 210.00 | 46,095.40 |
| 12/27/2021 | Invoice | 1511 | TEXAS CONCRETE ENTERPRISE READY MIX INC | TICKET#253251 | | Accounts Receivable (A/R) | 210.00 | 46,305.40 |
| 12/27/2021 | Invoice | 1511 | TEXAS CONCRETE ENTERPRISE READY MIX INC | TICKET#253108 | | Accounts Receivable (A/R) | 210.00 | 46,515.40 |
| 12/27/2021 | Invoice | 1511 | TEXAS CONCRETE ENTERPRISE READY MIX INC | TICKET#253080 | | Accounts Receivable (A/R) | 210.00 | 46,725.40 |
| 12/27/2021 | Invoice | 1511 | TEXAS CONCRETE ENTERPRISE READY MIX INC | TICKET#253033 | | Accounts Receivable (A/R) | 210.00 | 46,935.40 |
| 12/27/2021 | Invoice | 1511 | TEXAS CONCRETE ENTERPRISE READY MIX INC | TICKET#253060 | | Accounts Receivable (A/R) | 210.00 | 47,145.40 |
| 12/27/2021 | Invoice | 1511 | TEXAS CONCRETE ENTERPRISE READY MIX INC | TICKET#253283 | | Accounts Receivable (A/R) | 210.00 | 47,355.40 |
| 12/27/2021 | Invoice | 1511 | TEXAS CONCRETE ENTERPRISE READY MIX INC | TICKET#253307 | | Accounts Receivable (A/R) | 210.00 | 47,565.40 |
| 12/27/2021 | Invoice | 1511 | TEXAS CONCRETE ENTERPRISE READY MIX INC | TICKET#253125 | | Accounts Receivable (A/R) | 210.00 | 47,775.40 |
| 12/27/2021 | Invoice | 1511 | TEXAS CONCRETE ENTERPRISE READY MIX INC | TICKET#253053 | | Accounts Receivable (A/R) | 210.00 | 47,985.40 |
| 12/27/2021 | Invoice | 1511 | TEXAS CONCRETE ENTERPRISE READY MIX INC | TICKET#253093 | | Accounts Receivable (A/R) | 210.00 | 48,195.40 |
| 12/27/2021 | Invoice | 1511 | TEXAS CONCRETE ENTERPRISE READY MIX INC | TICKET#253006 | | Accounts Receivable (A/R) | 210.00 | 48,405.40 |
| 12/27/2021 | Invoice | 1511 | TEXAS CONCRETE ENTERPRISE READY MIX INC | TICKET#252978 | | Accounts Receivable (A/R) | 210.00 | 48,615.40 |
| 12/29/2021 | Credit Memo | 1513 | TEXAS CONCRETE ENTERPRISE READY MIX INC | 10 YARD LOST LOAD | | Accounts Receivable (A/R) | -750.00 | 47,865.40 |
| **Total for Sales** | | | | | | | **$47,865.40** | |
| **Total for Income** | | | | | | | **$47,865.40** | |
| Cost of Goods Sold | | | | | | | | |
| Contractors | | | | | | | | |
| 12/06/2021 | Expense | | Adrian M Cabrera | Zelle Transfer Conf# gpjuip6gm; | Jorge The Driver | OPERATING ACCOUNT FOR PRM | 560.00 | 560.00 |
| 12/06/2021 | Expense | | Christian Castillo | Zelle Transfer Conf# j2n86edh4; | Adrian | OPERATING ACCOUNT FOR PRM | 500.00 | 1,060.00 |
| 12/06/2021 | Expense | | Adrian M Cabrera | Zelle Transfer Conf# sbkrgskiq; | Adrian | OPERATING ACCOUNT FOR PRM | 400.00 | 1,460.00 |
| 12/10/2021 | Expense | | JORGE MARROQUIN | Zelle Transfer Conf# vrprrzn60; | Jesenna Driver | OPERATING | 345.00 | 1,805.00 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 12/13/2021 | Expense | | Adrian M Cabrera | Zelle Transfer Conf# lrvpa7vuh; Jorge The Driver | OPERATING ACCOUNT FOR PRM | 400.00 | 2,205.00 |
| 12/13/2021 | Expense | | Adrian Cabrera | Zelle Transfer Conf# u5uo7q9oe; Jorge The Driver | OPERATING ACCOUNT FOR PRM | 400.00 | 2,605.00 |
| 12/14/2021 | Expense | | Adrian M Cabrera | Zelle Transfer Conf# t7jdcfgu5; Jorge The Driver | OPERATING ACCOUNT FOR PRM | 250.00 | 2,855.00 |
| 12/16/2021 | Expense | | JORGE MARROQUIN | Zelle Transfer Conf# hhdvhlpm3; Robert Foran | OPERATING ACCOUNT FOR PRM | 50.00 | 2,905.00 |
| 12/17/2021 | Expense | | JORGE MARROQUIN | Zelle Transfer Conf# gwsrgwn22; Robert Foran | OPERATING ACCOUNT FOR PRM | 100.00 | 3,005.00 |
| 12/17/2021 | Expense | | JORGE MARROQUIN | Zelle Transfer Conf# u089iv7vw; Jose Jimenez | OPERATING ACCOUNT FOR PRM | 100.00 | 3,105.00 |
| 12/17/2021 | Expense | | Adrian M Cabrera | Zelle Transfer Conf# n42iy99u6; Robert Foran | OPERATING ACCOUNT FOR PRM | 400.00 | 3,505.00 |
| 12/20/2021 | Deposit | | Adrian Cabrera | Zelle Transfer Conf# 911023051; FORT BEND TRUCKING, LLC | OPERATING ACCOUNT FOR PRM | -250.00 | 3,255.00 |
| 12/20/2021 | Expense | | Adrian M Cabrera | Zelle Transfer Conf# hs3p83e7t; Robert Foran | OPERATING ACCOUNT FOR PRM | 460.00 | 3,715.00 |
| 12/20/2021 | Expense | | JORGE MARROQUIN | Zelle Transfer Conf# k3q8ccif6; Adrian | OPERATING ACCOUNT FOR PRM | 500.00 | 4,215.00 |
| 12/20/2021 | Expense | | JORGE MARROQUIN | Zelle Transfer Conf# imliexv20; Yoanis Mechanic Allied | OPERATING ACCOUNT FOR PRM | 1,600.00 | 5,815.00 |
| 12/24/2021 | Expense | | Adrian M Cabrera | Zelle Transfer Conf# ginhbqv31; Robert Foran | OPERATING ACCOUNT FOR PRM | 92.00 | 5,907.00 |
| 12/24/2021 | Expense | | JORGE MARROQUIN | Zelle Transfer Conf# kuiyfxeub; Robert Foran | OPERATING ACCOUNT FOR PRM | 500.00 | 6,407.00 |
| 12/24/2021 | Expense | | Adrian M Cabrera | Zelle Transfer Conf# k7m4te1vq; Adrian | OPERATING ACCOUNT FOR PRM | 900.00 | 7,307.00 |
| 12/30/2021 | Expense | | Adrian M Cabrera | Zelle Transfer Conf# xx7qa4rcd; Juans New Number | OPERATING ACCOUNT FOR PRM | 400.00 | 7,707.00 |
| 12/31/2021 | Check | 2381 | Christian Castillo | WEEK ENDING 12/31/2021-WEEKLY GUARENTEE | ACCOUNT ENDING 6192 | 736.00 | 8,443.00 |
| 12/31/2021 | Check | 3000 | JORGE MARROQUIN | WEEK ENDING 12/25/2021 GUARENTEE | OPERATING ACCOUNT FOR PRM | 500.00 | 8,943.00 |
| 12/31/2021 | Check | 3002 | ROBERT C FORAN | WEEKLY PAY | OPERATING ACCOUNT FOR PRM | 500.00 | 9,443.00 |
| 12/31/2021 | Check | 3001 | JEAUNNA ONEISHA BARFIELD | WEEK ENDING 12/24/2021 | OPERATING ACCOUNT FOR PRM | 1,057.42 | 10,500.42 |
| **Total for Contractors** | | | | | | **$10,500.42** | |
| Cost of Goods Sold | | | | | | | |
| 12/17/2021 | Expense | | | Customer Withdrawal Image | OPERATING ACCOUNT FOR PRM | 2,255.15 | 2,255.15 |
| 12/24/2021 | Expense | | | Customer Withdrawal Image | OPERATING ACCOUNT FOR PRM | 2,598.32 | 4,853.47 |
| **Total for Cost of Goods Sold** | | | | | | **$4,853.47** | |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| **Job Supplies** | | | | | | | |
| 12/06/2021 | Expense | | | CHECKCARD 1206 CENTER COURT PIZZ RICHMOND TX 05314611340500193068238 CKCD 5812 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 40.55 | 40.55 |
| 12/09/2021 | Expense | | | CHECKCARD 1208 BIG TEX WELDING S HOUSTON TX 55310201343400306000042 CKCD 5039 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 54.13 | 94.68 |
| 12/09/2021 | Expense | | | WAL-MART #3425 12/09 #000606600 PURCHASE 9598 ROWLETT RD HOUSTON TX CKCD 5411 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 34.51 | 129.19 |
| 12/09/2021 | Expense | | | CHECKCARD 1208 GATEWAY ACE HARDW HOUSTON TX 05314611343500212412992 CKCD 5251 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 19.00 | 148.19 |
| 12/09/2021 | Expense | | | CHECKCARD 1208 PEARLAND ACE HDWE PEARLAND TX 55310201343400284001857 CKCD 5251 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 16.13 | 164.32 |
| 12/10/2021 | Expense | | | CHECKCARD 1209 BAYOU CITY BOLT & 7137479944 TX 55546501343612000221788 CKCD 5085 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 262.90 | 427.22 |
| 12/10/2021 | Expense | | | CHECKCARD 1209 SCHULZES BARBEQUE ROSENBERG TX 02306631344100120915337 CKCD 5812 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 30.80 | 458.02 |
| 12/10/2021 | Expense | | | CHECKCARD 1209 PATCO HARDWARE &L ALVIN TX 55500801344400007274670 CKCD 5251 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 7.57 | 465.59 |
| 12/13/2021 | Expense | | | CHECKCARD 1212 THE HOME DEPOT #6 HOUSTON TX 52707151347010203596407 CKCD 5200 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 6.25 | 471.84 |
| 12/15/2021 | Expense | | QuickBooks Payments | 18004INTUIT DES:QuickBooks ID:1123484 INDN:PREFERRED READY MIX CO ID:XXXXX56346 CCD | OPERATING ACCOUNT FOR PRM | 191.88 | 663.72 |
| 12/15/2021 | Expense | | | CHECKCARD 1214 DOLLAR GENERAL #1 HOUSTON TX 05436841349500139827025 CKCD 5331 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 5.95 | 669.67 |
| 12/17/2021 | Expense | | | CHECKCARD 1217 WAL-MART #3425 HOUSTON TX CKCD 5411 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 32.11 | 701.78 |
| 12/17/2021 | Expense | | | CHECKCARD 1216 HARBOR FREIGHT TO PASADENA TX 55263521351091034977541 CKCD 5251 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 49.00 | 750.78 |
| 12/20/2021 | Expense | | | CHECKCARD 1216 FAYRIDGE EXPRESS HOUSTON TX 05140481351120004205343 CKCD 5542 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 0.42 | 751.20 |
| 12/20/2021 | Expense | | | CHECKCARD 1216 FAYRIDGE EXPRESS HOUSTON TX 05140481351120004205368 CKCD 5542 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 1.17 | 752.37 |
| 12/20/2021 | Expense | | | CHECKCARD 1216 FAYRIDGE EXPRESS HOUSTON TX 05140481351120004204353 CKCD 5541 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 2.99 | 755.36 |
| 12/21/2021 | Expense | | | CHECKCARD 1220 GATEWAY ACE HARDW HOUSTON TX 05314611355500224712004 CKCD 5251 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 17.02 | 772.38 |
| 12/22/2021 | Expense | | | CHECKCARD 1221 DOLLAR GENERAL #1 HOUSTON TX 05436841356500146380554 CKCD 5331 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 6.00 | 778.38 |
| 12/22/2021 | Expense | | | CHECKCARD 1221 LOWES #00651* WEBSTER TX 55432861355200780332387 CKCD 5200 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 47.91 | 826.29 |
| 12/23/2021 | Expense | | | CHECKCARD 1223 LOWES #00651* WEBSTER TX 55432861357200455279523 CKCD 5200 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 47.91 | 874.20 |
| 12/24/2021 | Expense | | QuickBooks Payments | 18004INTUIT DES:QuickBooks ID:8282085 INDN:PREFERRED READY MIX CO ID:XXXXX56346 CCD | OPERATING ACCOUNT FOR PRM | 191.88 | 1,066.08 |
| **Total for Job Supplies** | | | | | | **$1,066.08** | |
| **Total for Cost of Goods Sold** | | | | | | **$16,419.97** | |
| **Gross Profit** | | | | | | **$31,445.43** | |
| **Expenses** | | | | | | | |
| **Advertising & Marketing** | | | | | | | |
| 12/06/2021 | Expense | | | Xero Inc DES:Xero US IN ID:ST-S0I5O4F9D3S0 INDN:XERO INC CO ID:XXXXX65600 CCD | OPERATING ACCOUNT FOR PRM | 65.00 | 65.00 |
| 12/20/2021 | Expense | | | CHECKCARD 1218 DNH*GODADDY.COM 480-5058855 AZ 72703631352136750713023 CKCD 4816 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 17.05 | 82.05 |
| 12/29/2021 | Expense | | | CHECKCARD 1228 DNH*GODADDY.COM 480-5058855 AZ 75418231362137382210152 CKCD 4816 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 7.45 | 89.50 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| **Total for Advertising & Marketing** | | | | | | **$89.50** | |
| **Auto Fuel** | | | | | | | |
| 12/06/2021 | Expense | | | BKOFAMERICA ATM 12/05 #000001158 WITHDRWL    BRAZOS TOWN CENT ROSENBERG  TX    CKCD    XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 40.00 | 40.00 |
| 12/09/2021 | Expense | | | CHECKCARD 1208 GULF OIL 92050532    HOUSTON  TX 55263521343837008453252    CKCD 5542 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 19.29 | 59.29 |
| 12/09/2021 | Expense | | | CHECKCARD 1208 GULF OIL 92050532    HOUSTON  TX 55263521343837008453971    CKCD 5542 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 38.22 | 97.51 |
| 12/13/2021 | Expense | | | CHECKCARD 1212 CHEVRON 0379303    ROSENBERG  TX 55432861346200734227826    CKCD 5542 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 31.60 | 129.11 |
| 12/13/2021 | Expense | | | CHECKCARD 1211 CHEVRON 0379303    ROSENBERG  TX 55432861345200509068273    CKCD 5542 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 5.80 | 134.91 |
| 12/13/2021 | Expense | | | CHECKCARD 1210 CHEVRON 0381539    HOUSTON  TX 55432861344200020863997    CKCD 5542 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 15.29 | 150.20 |
| 12/13/2021 | Expense | | | CHECKCARD 1209 EXXONMOBIL  998    HOUSTON  TX 15486801345378005835315    CKCD 5542 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 28.78 | 178.98 |
| 12/13/2021 | Expense | | | CHECKCARD 1210 TRUCKERS PARADISE    HOUSTON  TX 05140481345120002121814    CKCD 5542 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 30.17 | 209.15 |
| 12/14/2021 | Expense | | | CHECKCARD 1212 SHELL OIL 5754290    HOUSTON  TX 55308761347547295795274    CKCD 5541 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 3.02 | 212.17 |
| 12/20/2021 | Expense | | | CHECKCARD 1219 GRIGGS SHELL    HOUSTON  TX CKCD 5541 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 4.69 | 216.86 |
| 12/20/2021 | Expense | | | CHECKCARD 1216 SHELL OIL 9100241    HOCKLEY  TX 55308761351547985127567    CKCD 5542 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 85.00 | 301.86 |
| 12/20/2021 | Expense | | | CHECKCARD 1216 SHELL OIL 9100241    HOCKLEY  TX 55308761351547985130850    CKCD 5542 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 79.84 | 381.70 |
| 12/20/2021 | Expense | | | CHECKCARD 1217 CHEVRON 0379062    WALLER  TX 55432861351200367780663    CKCD 5541 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 23.34 | 405.04 |
| 12/21/2021 | Expense | | | CHECKCARD 1221 CHEVRON 0379303    ROSENBERG  TX 55432861355200743017026    CKCD 5542 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 15.03 | 420.07 |
| 12/23/2021 | Expense | | | CHECKCARD 1222 EXXONMOBIL  988    HOUSTON  TX 15486801357378006034574    CKCD 5542 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 57.09 | 477.16 |
| 12/23/2021 | Expense | | | BKOFAMERICA ATM 12/23 #000006108 WITHDRWL    BRAZOS TOWN CENTER ROSENBERG  TX    CKCD    XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 840.00 | 1,317.16 |
| 12/24/2021 | Expense | | | CHECKCARD 1223 CHEVRON 0201300    HOUSTON  TX 55432861357200498102120    CKCD 5542 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 10.04 | 1,327.20 |
| 12/30/2021 | Expense | | | CHECKCARD 1229 MURPHY7678ATWALMA    HOUSTON  TX 55309591364838000177728    CKCD 5542 XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 13.80 | 1,341.00 |
| 12/30/2021 | Expense | | | BKOFAMERICA ATM 12/30 #000002685 WITHDRWL    PEARLAND PARKWAY PEARLAND  TX    CKCD    XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR PRM | 760.00 | 2,101.00 |
| **Total for Auto Fuel** | | | | | | **$2,101.00** | |
| **Bank Charges & Fees** | | | | | | | |
| 12/14/2021 | Deposit | | JPMorgan Chase Bank | Counter Credit | OPERATING ACCOUNT FOR PRM | -1,370.00 | -1,370.00 |
| 12/15/2021 | Expense | | JPMorgan Chase Bank | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 12-15 POSTING DATE 12-15-21 POSTING SEQ 00003    ELECTRONIC TRANSACTION | OPERATING ACCOUNT FOR PRM | 35.00 | -1,335.00 |
| 12/16/2021 | Deposit | | | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 12-15)    ELECTRONIC TRANSACTION | OPERATING ACCOUNT FOR PRM | -191.88 | -1,526.88 |
| 12/17/2021 | Expense | | | Wire Transfer Fee | OPERATING ACCOUNT FOR PRM | 30.00 | -1,496.88 |
| 12/17/2021 | Deposit | | JPMorgan Chase Bank | Counter Credit | OPERATING ACCOUNT FOR PRM | -447.84 | -1,944.72 |
| 12/20/2021 | Expense | | | Regions    12/18 #000749698 WITHDRWL    MORTON RANCH   KATY   TX CKCD    XXXXXXXXXXXX9416 | OPERATING ACCOUNT FOR | 524.00 | -1,420.72 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | | | | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/20/2021 | Expense | | | Regions FEE | 12/18 #000749696 WITHDRWL CKCD XXXXXXXXXXXX9416 | MORTON RANCH | KATY TX | OPERATING ACCOUNT FOR PRM | 2.50 | -1,418.22 |
| 12/22/2021 | Expense | | | OVERDRAFT ITEM FEE FOR ACTIVITY OF 12-22 POSTING DATE 12-22-21 POSTING SEQ 00002 | | ELECTRONIC TRANSACTION | | OPERATING ACCOUNT FOR PRM | 35.00 | -1,383.22 |
| 12/22/2021 | Expense | | | OVERDRAFT ITEM FEE FOR ACTIVITY OF 12-22 POSTING DATE 12-22-21 POSTING SEQ 00001 | | ELECTRONIC TRANSACTION | | OPERATING ACCOUNT FOR PRM | 35.00 | -1,348.22 |
| 12/23/2021 | Deposit | | JPMorgan Chase Bank | Counter Credit | | | | OPERATING ACCOUNT FOR PRM | -440.00 | -1,788.22 |
| 12/23/2021 | Deposit | | JPMorgan Chase Bank | Counter Credit | | | | OPERATING ACCOUNT FOR PRM | -2,730.00 | -4,518.22 |
| 12/30/2021 | Expense | | | BKOFAMERICA ATM 12/30 #000002686 WITHDRWL PEARLAND TX CKCD XXXXXXXXXXXX9416 | | PEARLAND PARKWAY | | OPERATING ACCOUNT FOR PRM | 10.00 | -4,508.22 |
| **Total for Bank Charges & Fees** | | | | | | | | | **$ -4,508.22** | |
| Car & Truck | | | | | | | | | | |
| 12/13/2021 | Expense | | | CHECKCARD 1210 SUPPORTPDFFILLER. 251406113470117576263305 | CKCD 7372 XXXXXXXXXXXX9416 | BROOKLINE MA | | OPERATING ACCOUNT FOR PRM | 21.32 | 21.32 |
| **Total for Car & Truck** | | | | | | | | | **$21.32** | |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | | | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| Office Supplies & Software | | | | | | | | | |
| 12/29/2021 | Expense | | | CHECKCARD 1228 CHECKSFORLESS.COM  5270487136306377610388O | 8002455775 ME CKCD 2741 XXXXXXXXXXXX9416 | | OPERATING ACCOUNT FOR PRM | 171.38 | 171.38 |
| Total for Office Supplies & Software | | | | | | | | $171.38 | |
| Other Business Expenses | | | | | | | | | |
| 12/20/2021 | Expense | | | CHECKCARD 1219 76 - MLK FOOD STO CKCD 5541 XXXXXXXXXXXX9416 | HOUSTON | TX 22303791353001272599302 | OPERATING ACCOUNT FOR PRM | 4.32 | 4.32 |
| 12/20/2021 | Expense | | | CHECKCARD 1219 76 - MLK FOOD STO CKCD 5541 XXXXXXXXXXXX9416 | HOUSTON | TX 22303791353001272599310 | OPERATING ACCOUNT FOR PRM | 2.98 | 7.30 |
| Total for Other Business Expenses | | | | | | | | $7.30 | |
| Rent & Lease | | | | | | | | | |
| 12/17/2021 | Expense | | ALISONS INC, LLC | WIRE TYPE:WIRE OUT DATE:211217 TIME:1156 ET  REF:011132    BNF:ALISON INC ID:XXXXX9152 BNF BK:JPMORGAN CHASE    BANK, NA ID:XXXXX0614 PMT DET:367744614 | | TRN:2021121700361672 SERVICE | OPERATING ACCOUNT FOR PRM | 1,550.00 | 1,550.00 |
| Total for Rent & Lease | | | | | | | | $1,550.00 | |
| Repairs & Maintenance | | | | | | | | | |
| 12/09/2021 | Expense | | | CHECKCARD 1208 THE HEITMAN COMPA 75454911342900012000039 | HOUSTON CKCD 7538 XXXXXXXXXXXX9416 | TX | OPERATING ACCOUNT FOR PRM | 78.23 | 78.23 |
| 12/15/2021 | Expense | | | CHECKCARD 1214 SQ *ADVANTAGE PAR CKCD 5999 XXXXXXXXXXXX9416 | gosq.com | TX 55432861348200440034357 | OPERATING ACCOUNT FOR PRM | 615.75 | 693.98 |
| 12/20/2021 | Expense | | | CHECKCARD 1217 SQ *ADVANTAGE PAR CKCD 5999 XXXXXXXXXXXX9416 | gosq.com | TX 55432861351200501718165 | OPERATING ACCOUNT FOR PRM | 324.45 | 1,018.43 |
| 12/31/2021 | Expense | | Houston Truck Parts | CHECKCARD 1230 Houston Truck Par CKCD 5533 XXXXXXXXXXXX9416 | Pasadena | TX 72700861364364170596451 | OPERATING ACCOUNT FOR PRM | 8.40 | 1,026.83 |
| Total for Repairs & Maintenance | | | | | | | | $1,026.83 | |
| Supplies & Materials Expense | | | | | | | | | |
| 12/06/2021 | Expense | | | TX TLR cash withdrawal from CHK 0365 #0000640 TX    Confirmation# 2682268607 | Banking Ctr BRAZOS TOWN CENTER | | OPERATING ACCOUNT FOR PRM | 584.31 | 584.31 |
| 12/10/2021 | Expense | | | CHECKCARD 1209 CORTES WORLD TRUC 55480771343200569000145 | MISSOURI CITYTX CKCD 5533 XXXXXXXXXXXX9416 | | OPERATING ACCOUNT FOR PRM | 11.59 | 595.90 |
| 12/17/2021 | Expense | | | CHECKCARD 1216 CASTRO GRAPHICS CKCD 7311 XXXXXXXXXXXX9416 | HOUSTON | TX 55417411351400118000097 | OPERATING ACCOUNT FOR PRM | 70.36 | 666.26 |
| Total for Supplies & Materials Expense | | | | | | | | $666.26 | |
| Taxes & Licenses | | | | | | | | | |
| 12/20/2021 | Expense | | | CHECKCARD 1217 TXDMV TEMP PERMIT 55486721352091839004750 | 5124657427 TX CKCD 9399 XXXXXXXXXXXX9416 | | OPERATING ACCOUNT FOR PRM | 54.75 | 54.75 |
| Total for Taxes & Licenses | | | | | | | | $54.75 | |
| Total for Expenses | | | | | | | | $1,180.12 | |
| Net Income | | | | | | | | $30,265.31 | |

## Preferred Readymix LLC    **EXHIBIT F**

A/R Aging Summary

As of January 11, 2022

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| A&t Concrete | | | | | 4,164.55 | $4,164.55 |
| ALAMO CONCRETE | | | | | -3,449.43 | $ -3,449.43 |
| ALLDAY CONCRETE | | | | | 220.00 | $220.00 |
| BLUESHARK CONCRETE | | | | | 3,511.74 | $3,511.74 |
| Boswell Concrete Construction | | | | | 7,140.17 | $7,140.17 |
| Budget Ready Mix | | | | | 5,164.75 | $5,164.75 |
| C&M Builders | | | | | 585.63 | $585.63 |
| CAMPBELL CONCRETE & MATERIALS, LLC | 16,875.00 | | | | | $16,875.00 |
| Cemex | | | -460.00 | | -35,657.64 | $ -36,117.64 |
| CHRIS GENERAL CONSTRUCTION | | | | | -5,263.19 | $ -5,263.19 |
| Concrete Group | | | | | 1,969.57 | $1,969.57 |
| CTC CONCRETE | | | | | 58,010.41 | $58,010.41 |
| D&D READY-MIX | | | | | 9,480.00 | $9,480.00 |
| FIVE STAR READY MIX, LLC | | | | | 676.50 | $676.50 |
| Forte Concrete Solutions | | | | | 327,468.73 | $327,468.73 |
| FX DESIGN LLC | | | | | 10,879.13 | $10,879.13 |
| GULF COAST CONCRETE & SHELL INC | | | | | 11,242.43 | $11,242.43 |
| HERERRA CONCRETE | | | | | 11,658.16 | $11,658.16 |
| Holiday Inn Express & Suites | | | | | 44,571.59 | $44,571.59 |
| HOUSTON COOL POOLS | | | | | 8,307.59 | $8,307.59 |
| JHL CONSTRUCTION | | | | | 0.00 | $0.00 |
| JONATHAN D TALYOR DBA TAYLOR RENOVATIONS | | | | | 500.00 | $500.00 |
| LEGACY DESIGN CONCRETE LLC | | | | | 29,067.85 | $29,067.85 |
| Lopez Asphalt Paving | | | | | 3,714.27 | $3,714.27 |
| Maldonado's Underground INC | | | | | 28,147.44 | $28,147.44 |
| MONTREI LOCKHART. | | | 1,553.10 | | | $1,553.10 |
| Ms Construction | | | | 16,542.51 | | $16,542.51 |
| OJ ReadyMix | | | | | -510.00 | $ -510.00 |
| PC POSADA CONSTRUCTION | | | | | 3,514.15 | $3,514.15 |
| Pearls Express Inc. | | | | | 5,000.00 | $5,000.00 |
| Pro Foundations Inc | | | | | 1,228.25 | $1,228.25 |
| Rhino Ready Mix, LLC | | | | | 2,007.75 | $2,007.75 |
| ROCKCRETE READYMIX LLC | | | | 924.75 | | $924.75 |
| RODEZ CONTRACTORS | | | | | 6,732.00 | $6,732.00 |
| Rosas Company Services | | | | | 983.99 | $983.99 |
| RUBIO CONCRETE | | | | | 1,156.00 | $1,156.00 |
| Soto Ready Mix | | | | | 849.50 | $849.50 |
| ST. CROIX CUSTOM POOLS LLC | | | | | 29,496.56 | $29,496.56 |
| STEVEN DIAZ | | | | | 380.00 | $380.00 |
| TEXAS CONCRETE ENTERPRISE READY MIX INC | | -750.00 | | | | $ -750.00 |
| TEXAS POOL GROUP | | | | | 2,945.09 | $2,945.09 |
| TEXAS RANCH CUSTOM HOME INC | | | | | 5,880.00 | $5,880.00 |
| Toan Doan | | | | | 3,590.50 | $3,590.50 |
| Tricor Builders | | | | | -59.75 | $ -59.75 |

|  | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Trujillo Construction |  |  |  |  | 33,287.81 | $33,287.81 |
| TX SHOTCRETE SOLUTIONS |  |  |  |  | 2,601.66 | $2,601.66 |
| U.S Premium Concrete |  |  |  | 2,160.75 |  | $2,160.75 |
| Yonel Maldonado |  |  |  |  | 6,320.00 | $6,320.00 |
| TOTAL | $16,875.66 | $-750.00 | $1,693.19 | $19,020.61 | $627,513.76 | $664,350.87 |