IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PREFERRED READY-MIX, LLC | § | CASE NO. 21-33369 |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

## WITNESS EXHIBIT LIST

| WITNESSES: | |
|---|---|
| 1) Robert Foran | Judge: Jeffrey P. Norman |
| 2) Wayne Tyson | Hearing Date: February 9, 2021 |
| | Hearing Time: 11:30 am |
| | Party's Name: |
| | Attorney for Creditor - Brendon Singh |
| | Nature of Proceeding(s):<br>1. Confirmation |

| Ex. # | Description | Offered | Objection | Admitted/Not | Disposition |
|---|---|---|---|---|---|
| 1 | Chapter 11 Plan (Docket 43) | | | | |
| 2 | First Modification to Debtor's Plan of Reorganization (Docket 79) | | | | |
| 3 | MOR for December 2021 | | | | |
| 4 | MOR for November 2021 | | | | |
| 5 | Amended MOR for October 2021 | | | | |
| 6 | Amended Schedules | | | | |
| 7 | POC 3 | | | | |
| 8 | Titles | | | | |

Dated: February 7, 2022

                         Respectfully submitted,

                         **TRAN SINGH LLP**

                         By:*/s/Brendon Singh*
                         Susan Tran | TBN: 24075648
                         Brendon Singh | TBN: 24075646
                         2502 La Branch Street

Houston, Texas 77004
Ph: (832) 975-7300
Fax: (832) 975-7301
BSingh@ts-llp.com

**ATTORNEYS FOR CREDITOR**
**ALISON, LLC**