**Fill in this information to identify the case**

Debtor name  **Preferred Ready-Mix LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)  **21-33369**

☑ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of
   debtor's interest

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Chase Checking account** **Overdrawn in the amount of $11,237.54** **on petition date** | Checking account | 0 7 6 6 | $0.00 |
| 3.2. | **Chase Checking account** | Checking account | 1 9 7 7 | $507.62 |
| 3.3. | **Chase Checking account** **Overdrawn in the amount of $676.82** **on petition date** | Checking account | 6 1 9 2 | $0.00 |
| 3.4. | **Chase Checking account** | Checking account | 7 0 2 8 | $0.00 |
| 3.5. | **Checking account with Bank of America (DIP account)** | Checking account | ___ ___ ___ ___ | $800.00 |

| Debtor | **Preferred Ready-Mix LLC** | Case number (if known) | **21-33369** |
|---|---|---|---|
| | Name | | |

**4.  Other cash equivalents**   *(Identify all)*

Name of institution (bank or brokerage firm)

**5.  Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.    | **$1,307.62** |

## Part 2:  Deposits and prepayments

**6.  Does the debtor have any deposits or prepayments?**

☐  No.  Go to Part 3.
☑  Yes.  Fill in the information below.

Current value of
debtor's interest

**7.  Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1.  **Alisons Inc.**
        **Security deposit for lease of premises located at 8750 Scranton Street, Houston, TX 77075**    | **$3,100.00** |

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.  Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.    | **$3,100.00** |

## Part 3:  Accounts receivable

**10.  Does the debtor have any accounts receivable?**

☐  No.  Go to Part 4.
☑  Yes.  Fill in the information below.

Current value of
debtor's interest

**11.  Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a.  90 days old or less: | **$0.00** | – | **$0.00** | = ............➔ | **$0.00** |
| 11b.  Over 90 days old: | **$628,241.26** | – | **$622,241.26** | = ............➔ | **$6,000.00** |

**12.  Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    | **$6,000.00** |

## Part 4:  Investments

**13.  Does the debtor own any investments?**

☑  No.  Go to Part 5.
☐  Yes.  Fill in the information below.

Debtor   **Preferred Ready-Mix LLC**                              Case number (if known)   **21-33369**
_____
Name

|  | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|
| **14.  Mutual funds or publicly traded stocks not included in Part 1** | | |
|   Name of fund or stock: | | |
| **15.  Non-publicly traded stock and interests in incorporated and unincorporated<br>businesses, including any interest in an LLC, partnership, or joint venture** | | |
|   Name of entity:                                        % of ownership: | | |
| **16.  Government bonds, corporate bonds, and other negotiable and<br>non-negotiable instruments not included in Part 1** | | |
|   Describe: | | |

**17.  Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

| | $0.00 |
|---|---|

---

## Part 5:   Inventory, excluding agriculture assets

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

| General description | Date of the<br>last physical<br>inventory | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | MM/DD/YYYY | | | |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| **22.  Other inventory or supplies** | | | | |

**23.  Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

| | $0.00 |
|---|---|

**24.  Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27.  Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **28.  Crops--either planted or harvested** | | | |

Debtor   **Preferred Ready-Mix LLC**                                                Case number (if known)   **21-33369**
_____
Name

29. **Farm animals**   *Examples:* Livestock, poultry, farm-raised fish

30. **Farm machinery and equipment**   (Other than titled motor vehicles)

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

|  |
|---|
| **$0.00** |

34. **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| File cabinets, chairs, desks, cubicle stations | **Unknown** | | **$5,000.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| TV, computers, printers, AC u nit, refrigerator, security cameras | **Unknown** | | **$6,000.00** |
| 42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

|  |
|---|
| **$11,000.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   **Preferred Ready-Mix LLC**                                          Case number (if known) **21-33369**
_____
Name

## Part 8:   Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No.  Go to Part 9.
☑  Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1.  **2003 Ford F25 / VIN: 1FTNF20F23EA34954**<br>**Mechanics Truck** | Unknown | | $10,000.00 |
| 47.2.  **1999 Peterbilt 357 / VIN 1NPAL00X6YD500525**<br>**Mixer Truck** | Unknown | | $50,000.00 |
| 47.3.  **1997 Peterbilt 379 / VIN 1NPAL70X7VD440436**<br>**Mixer Truck** | Unknown | | $50,000.00 |
| 47.4.  **1996 Kenworth / VIN 1NKWL90X7TS671675**<br>**Mixer Truck** | Unknown | | $50,000.00 |
| 47.5.  **1999 Peterbilt / VIN 1NPAL00X4XD494173 Mixer**<br>**Truck** | Unknown | | $50,000.00 |
| 47.6.  **2000 Peterbilt / VIN 1NPAL00X4YD535435 Mixer**<br>**Truck** | Unknown | | $50,000.00 |
| 47.7.  **1999 Peterbilt / VIN 1NPAL90X3XD494167 Mixer**<br>**Truck** | Unknown | | $50,000.00 |
| 47.8.  **2005 Peterbilt / VIN 1NPAL50X25D875465 Mixer**<br>**Truck** | Unknown | | $80,000.00 |
| 47.9.  **1999 Peterbilt / VIN 1NPAL00X4YD522751 Mixer**<br>**Truck** | Unknown | | $50,000.00 |
| 47.10. **2000 Peterbilt / VIN 1NPAL00X0YD522746 Mixer**<br>**Truck** | Unknown | | $50,000.00 |

**48.  Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.  Aircraft and accessories**

**50.  Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

**51.  Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| $490,000.00 |
|---|

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☑  No
☐  Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑  No
☐  Yes

Debtor   **Preferred Ready-Mix LLC**
Name

Case number (if known)   **21-33369**

## Part 9:   Real property

**54.   Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **8750 Scranton Street, Houston, TX 77075**<br>Lease of office premises | Lease | | | **$0.00** |

**56.   Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

**$0.00**

**57.   Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:   Intangibles and Intellectual Property

**59.   Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| **62.  Licenses, franchises, and royalties** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **64.  Other intangibles, or intellectual property** | | | |
| **65.  Goodwill** | | | |

**66.   Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

**$0.00**

**67.   Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☐ Yes

**68.   Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

Debtor    **Preferred Ready-Mix LLC**                       Case number (if known)    **21-33369**
       Name

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71. Notes receivable** |  |
| Description (include name of obligor) |  |
| **72. Tax refunds and unused net operating losses (NOLs)** |  |
| Description (for example, federal, state, local) |  |
| **73. Interests in insurance policies or annuities** |  |
| **74. Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| **75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| **Texcon Ready Mix Inc. for unapplied funds and related claims and causes of action** | Unknown |
| Nature of claim     suit |  |
| Amount requested |  |
| **Matthew Tyson for fraud and embezzlement and related claims and causes of action** | Unknown |
| Nature of claim     suit |  |
| Amount requested |  |
| **Robert Berleth for wrongful taking of property, conversion, and related claims and causes of action** | Unknown |
| Nature of claim     suit |  |
| Amount requested |  |
| **76. Trusts, equitable or future interests in property** |  |
| **77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership |  |
| **Shipping storage container containing tools** | $30,000.00 |
| **Tools** | $50,000.00 |
| **78. Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | $80,000.00 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

Debtor   **Preferred Ready-Mix LLC**                                     Case number (if known)   21-33369
_____                              _____
Name

<table>
<tr><td colspan="2" style="background:black;color:white">Part 12:</td><td colspan="2">Summary</td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,307.62 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,100.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $6,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $11,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $490,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................ ➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $80,000.00 | |
| 91. **Total.**  Add lines 80 through 90 for each column.   91a. | $591,407.62 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92 ..................................................................   $591,407.62

**Fill in this information to identify the case:**

Debtor **Preferred Ready-Mix LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **21-33369**
(if known)

☑ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

_____
_____
_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( _____ )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **Preferred Ready-Mix LLC**   Case number (if known)   **21-33369**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*

$1,879.84

**Active Radiator**

☐ Contingent

**3675 Amber Street**

☐ Unliquidated
☐ Disputed

**Philadelphia**        **PA**     **19134**

Basis for the claim:
**Building Lease**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

**3.2**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*

$28,508.80

**AG Barn Management, LLC**

☐ Contingent

**PO Box 409**

☐ Unliquidated
☐ Disputed

**Mayfield**        **KY**     **42068**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

**3.3**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*

Unknown

**Alisons Inc.**

☐ Contingent

**1220 Shotwell Street**

☐ Unliquidated
☐ Disputed

**Houston**        **TX**     **77020**

Basis for the claim:
**Property Lease**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

**3.4**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*

Unknown

**AT&T**

☐ Contingent

**208 S. Akard Street**

☐ Unliquidated
☐ Disputed

**Dallas**        **TX**     **75202**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

Debtor    **Preferred Ready-Mix LLC**                                    Case number (if known)   **21-33369**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,747.17 |

**Bank Direct Capital Finance**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**150 N. Field Drive, Suite 190**

Basis for the claim:

**Lake Forest**              IL      **60045**          **Building Lease**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___  ___  ___  ___

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,433.19 |

**BlueVine Capital**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**401 Warren St., Suite 300**

Basis for the claim:

**Redwood City**              CA      **94063**          **Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___  ___  ___  ___

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $180,000.00 |

**Cameron Roesle**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**10457 Royal Andrews Drive**

Basis for the claim:

**Conroe**              TX      **77303**          **Judgment Lien**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___  ___  ___  ___

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

**Cirro Energy**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2745 Dallas Parkway, Suite 200**

Basis for the claim:

**Plano**              TX      **75093**          **Utilities**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___  ___  ___  ___

Debtor   **Preferred Ready-Mix LLC**                          Case number (if known)   **21-33369**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.9** | Nonpriority creditor's name and mailing address | | **$14,207.85** |

**Con-Tech Manufacturing Inc.**

**67079 170th Avenue**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dodge Center**          **MN**     **55927**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __


| **3.10** | Nonpriority creditor's name and mailing address | | **$14,000.00** |

**Deon Wallace**

**2911 Ashlyn Arbor Drive**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Fresno**          **TX**     **77545**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __


| **3.11** | Nonpriority creditor's name and mailing address | | **$8,936.22** |

**Gulfgate Dodge**

**7250 Gulf Freeway**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**          **TX**     **77017**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __


| **3.12** | Nonpriority creditor's name and mailing address | | **$22,000.00** |

**Intuit Quickbooks**

**2700 Coast Avenue**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Mountain View**          **CA**     **94043**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor  **Preferred Ready-Mix LLC**                                    Case number (if known)  **21-33369**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,069.30** |

**Jeffrey C. McClellan, CPA, PLLC**

**830 3rd St., Ste 205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Rosenberg**                          **TX      77471**        **Accountant Fees**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __   ☑ No
☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,500.00** |

**Lopez Concrete Chipping**

**7802 Pecan Villas Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Houston**                            **TX      77061**        **Business Debt**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __   ☑ No
☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$7,027.69** |

**Mai & Na PLLC**

**6588 Corporate Drive, Suite 188**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Houston**                            **TX      77036**        **Business Debt**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __   ☑ No
☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |

**Mark S. Mills**

**SP #35733**

**Montgomery County Jail**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Notice Only**

Date or dates debt was incurred                    Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __   ☑ No
☐ Yes

**Defendant in pending lawsuits**

---

Debtor    **Preferred Ready-Mix LLC**                                    Case number (if known)    **21-33369**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | | $54,386.53 |

**Matthew Tyson**

**5511 Olympiad Drive**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

| **Houston** | **TX** | **77041** |

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | | $1,171.64 |

**McNielius Truck & Manufacturing Company**

**14201 Collections Center Drive**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Chicago** | **IL** | **60693** |

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | | $33,900.00 |

**Medellin Concrete Chippin Service, Inc.**

**PO Box 225**

**South Houston, TXD 77587**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | | $45,619.00 |

**Rhino Ready Mix LLC**

**6638 Madden Lane**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Houston** | **TX** | **77048** |

Basis for the claim:
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor    **Preferred Ready-Mix LLC**                                    Case number (if known)   **21-33369**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                  Amount of claim

---

**3.21**    **Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is:              **$8,000.00**
                                                                          *Check all that apply.*
**Texas Truck Parts**                                                     ☐ Contingent
**2802 N. Wayside Drive**                                                 ☐ Unliquidated
                                                                          ☐ Disputed

                                                                          **Basis for the claim:**
**Houston**                        **TX**    **77020**                    **Business Debt**

Date or dates debt was incurred    _____                    Is the claim subject to offset?
                                                                          ☑ No
Last 4 digits of account number    __ __ __ __                            ☐ Yes

---

**3.22**    **Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is:              **$444,381.01**
                                                                          *Check all that apply.*
**Texcon Ready Mix**                                                      ☐ Contingent
**2078 FM 1314**                                                          ☐ Unliquidated
                                                                          ☑ Disputed

                                                                          **Basis for the claim:**
**Porter**                         **TX**    **77365**                    **Business Debt**

Date or dates debt was incurred    _____                    Is the claim subject to offset?
                                                                          ☑ No
Last 4 digits of account number    __ __ __ __                            ☐ Yes

**disputed as to amount owed**

---

**3.23**    **Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is:              **Unknown**
                                                                          *Check all that apply.*
**Verizon Reveal**                                                        ☐ Contingent
**1095 Avenue of the Americas**                                           ☐ Unliquidated
                                                                          ☐ Disputed

                                                                          **Basis for the claim:**
**New York**                       **NY**    **10036**                    **GPS Service for trucks**

Date or dates debt was incurred    _____                    Is the claim subject to offset?
                                                                          ☑ No
Last 4 digits of account number    __ __ __ __                            ☐ Yes

---

**3.24**    **Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is:              **$30,000.00**
                                                                          *Check all that apply.*
**Wayne Tyson**                                                           ☐ Contingent
**19238 San Solomon Springs Court**                                       ☐ Unliquidated
                                                                          ☐ Disputed

                                                                          **Basis for the claim:**
**Cypress**                        **TX**    **77433**                    **Business Debt**

Date or dates debt was incurred    _____                    Is the claim subject to offset?
                                                                          ☑ No
Last 4 digits of account number    __ __ __ __                            ☐ Yes

---

Debtor   **Preferred Ready-Mix LLC**                              Case number (if known)   **21-33369**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

**$10,000.00**

**Wex Bank**

☐ Contingent

**ExxonMobil**

☐ Unliquidated

**PO Box 4337**

☐ Disputed

**Basis for the claim:**

**Carol Stream**          IL      **60197-4337**          **Business Debt**

**Date or dates debt was incurred**                    **Is the claim subject to offset?**

☑ No

**Last 4 digits of account number**      __ __ __ __

☐ Yes

Debtor   **Preferred Ready-Mix LLC**                                                 Case number (if known)   **21-33369**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be
     listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

     If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
     are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**  **Campbell Concrete & Materials LLC** <br> **16155 Park Row, Suite 120** <br><br> **Houston            TX     77084** <br> **Contractor Agreement** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice only** | __ __ __ __ |
| **4.2**  **Cemex Const. Materials Houston, LLC** <br> **5303 Navigation Blvd.** <br><br> **Houston            TX     77011** <br> **Transportation Agreement** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.3**  **Jeff Kaiser, Esq.** <br> **2211 Norfolk Street, Suite 528** <br><br> **Houston            TX     77098** | Line   **3.22** <br> ☐ Not listed.  Explain: | __ __ __ __ |
| **4.4**  **Mark S. Mills** <br> **1111 League Line Road St.** <br><br> **Conroe            TX     77303** <br> **Defendant in pending lawsuits** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.5**  **Robert Foran** <br> **9526 BonBrook Bend Lane** <br><br> **Richmond            TX     77469** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.6**  **Robert W. Berleth, Receiver** <br> **9950 Cypresswood Drive, Suite 200** <br><br> **Houston            TX     77070** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor    **Preferred Ready-Mix LLC**                                    Case number (if known)  **21-33369**

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|------------------------------------------------------------------|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.7**   **St. Croix Custom Pools, LLC**

**1501 McBride Rd.**

Line _____

☑ Not listed.  Explain:

**Notice Only**

Last 4 digits of account number: __ __ __ __

**Cleveland**          **TX**     **77328**

**Defendant in pending lawsuits**

Debtor    **Preferred Ready-Mix LLC**                                    Case number (if known)    **21-33369**

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$942,768.24** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$942,768.24** |

**Fill in this information to identify the case and this filing:**

Debtor Name  **Preferred Ready-Mix LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number  **21-33369**
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/08/2022**          X **/s/ Robert Foran**
        MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                                        **Robert Foran**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE:

**Preferred Ready-Mix LLC**

§
§
§
§
§

Case No.  **21-33369**

Debtor(s)

Chapter  **11**

## DECLARATION FOR ELECTRONIC FILING OF AMENDED PETITION, ORIGINAL/AMENDED BANKRUPTCY STATEMENTS AND SCHEDULES, AND/OR AMENDED MASTER MAILING LIST (MATRIX)

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company named as the debtor in this case, I HEREBY DECLARE UNDER PENALTY OF PERJURY that I have read

☐ the original statements and schedules to be filed electronically in this case

☐ the voluntary petition as amended on _____ and to be filed electronically in this case

☐ the statements and schedules as amended on _____ and to be filed electronically in this case

☐ the master mailing list (matrix) as amended on _____ and to be filed electronically in this case

and that the information provided therein is true and correct.  I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after such statements, schedules, and/or amended petition or matrix have been filed electronically.  I understand that a failure to file the signed original of this Declaration as to any original statments and schedules will result in the dismissal of my case and that, as to any amended petition, statement, schedule or matrix, such failure may result in the striking of the amendment(s).

☑ *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the statements, schedules, and/or amended petition or amended matrix on behalf of the debtor in this case.

Date:  **2/8/2022**       **/s/ Robert Foran**
Robert Foran
President
**Complete EIN:  83-3546341**