| | |
|---|---|
| IN THE UNITED STATE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION | |
| Case No: 20-03014 | Name of The Debtor: Preferred Ready-Mix, LLC |
| Witnesses: <br> 1. Cameron Roesle <br> 2. Robert Berleth <br> 3. Corporate Representative of Preferred Ready-Mix, LLC (adverse) <br> 4. Robert Foran (adverse) <br> 5. Any witness listed by any other parties' witness list may be called as a witness. | Case Style: <br> In Re: Preferred Ready-Mix |
| | Judge: Judge JEFFREY P. NORMAN |
| | Court Deputy: Tracey Conrad |
| | Hearing Date: February 23, 2022 |
| | Hearing Time: 9:30 a.m. |
| | Party Name: Cameron Roesle |
| | Attorney Name: Derek Loetzerich |
| | Attorney Phone Number: (713) 955-8543 |
| | Nature of Proceeding: Relief from Stay |

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Judgment against Robert Foran dated 12/12/19 | | | | |
| 2. | Robert Foran Suggestion of Bankruptcy dated 10/14/21 | | | | |
| 3. | Robert Foran Notice of Appeal dated 10/12/21 | | | | |
| 4. | 1st Court of Appeals' Letter requesting Clarification and/or Brief on Stay dated 1/27/22 | | | | |
| 5. | 1st Court of Appeals' Order granting time to respond dated 2/3/22 | | | | |
| 6. | Amended Bankruptcy Petition, Docket Entry No. 20 filed on 11/24/21 | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |

| | | | | |
|---|---|---|---|---|

Respectfully submitted,

THE LAW OFFICE OF
DEREK W. LOETZERICH, PLLC

/s/ Derek Loetzerich
Derek W. Loetzerich
SBN: 24102105
P.O. Box 542069
Houston, Texas 77254
(713) 955-8543
E-mail:derek@loetzerichlaw.com

ATTORNEY FOR THE PLAINTIFF
TEXAS OIL RESOURCES OPERATING, LLC

## CERTIFICATE OF SERVICE

In accordance with the Federal Rules of Civil Procedure, I certify that a true and correct copy of the above and foregoing was served on all counsel of record through the Court's ECF system on February 18, 2022.

/s/ Derek Loetzerich

**DEBTOR**
Preferred Ready Mix, LLC
8750 Scranton St.
Houston, Texas 77041

**DEBTORS ATTORNEY**
Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202

**TRUSTEE**
Allison Byman
Byman & Associates PLLC
7924 Broadway Suite 104
Pearland, TX 77581

**U.S. TRUSTEE**
Office of the US Trustee
515 Rusk Avenue, Suite 3516
Houston, Texas 77002

**CREDITORS**
Bank Direct Capital Finance
150 N Field Drive Ste 190
Lake Forest, IL 60045
Con-Tech Manufacturing, Inc.
65740 State Hwy 56
Dodge Center, MN 55927

Wayne Tyson
19238 San Solomon Springs Court
Cypress, Texas 77433

M & N Law Firm PLLC
4655 Sweetwater Blvd #600
Sugar Land, Texas 77479

McNeilus Truck & Manufacturing Co.
Oshkosh Corporation
Attn: Patrick T. Taverna
13712 Crayton Blvd.
Hagerstown, MD 21742

Con-Tech Manufacturing, Inc.
c/o Marc L. Ellison
2211 Norfolk, Suite 510
Houston, TX 77098

AG Barn Management, LLC
PO Box 409
Mayfield, KY 42066

**PERSONS REQUESTING NOTICE**
Alisons Inc. LLC, Creditor
c/o Brendon Singh
Tran Singh LLP
2502 La Branch St.
Houston, TX 77004

Texcon Ready Mix, Inc.
Jeffrrey B. Kaiser
2211 Norfolk, Suite 528
Houston, Texas 77098