IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | CASE NO. 21-33369 |
| Preferred Ready-Mix LLC | § | (Chapter 11) |
| | § | |
| DEBTOR | § | |

## RECEIVER'S NOTICE OF COMPLIANCE WITH 11 U.S.C. § 543 and REQUEST FOR NOTICE

COMES NOW, Robert W. Berleth, of Berleth, as appointed Receiver, appointed by the 400TH District Court of Fort Bend County, Texas in cause number 19-DCV-267154, styled *Cameron Roesle v. Robert Foran and Nolan Star Trucking, LLC* to collect a deficient amount owed from Judgment Debtor Robert Foran and Nolan Star Trucking, LLC hereinafter collectively referred to as "Debtor", and files this Notice of Compliance with 11 U.S.C. § 543, and for good cause shows the following:

### A. REPORT OF RECEIVER

1. The Receiver reports that in accordance with a specific order directing him to do so, on October 14, 2021 the listed non-exempt assets of Preferred Ready-Mix, LLC were seized by the Receiver;

   a. Mechanic Truck 2003 Ford Model F250 Body Style Plate AE62588

   b. Truck 101 1999 Peterbilt 357 Mixer Truck VIN# [Last 3] 525

   c. Truck 105 1999 Peterbilt Mixer Truck VIN # [Last 3] 173

   d. Truck 106 2000 Peterbilt Mixer Truck VIN #[Last 3] 435

    e. Truck 07 1999 Peterbilt Mixer Truck VIN # [Last 3] 167

    f. Truck 109 1999 Peterbilt Mixer Truck VIN #[Last3] 751

    g. Truck 110 2000 Peterbilt Mixer truck in VIN# [Last 3] 746

    h. Office documents and business records.

2. On or about November 20, 2021, following negotiations with counsel for the Debtor, specifically granting an administrative expense, all vehicles, tools and equipment were returned to the Debtor in the same condition in which they were seized. These assets were retrieved by Robert Foran personally, and done so under the supervision of the Receiver's agents.

3. On or about December 6, 2021 all office documents and supplies were shipped via UPS to Counsel of Record, Joyce W. Lindauer. UPS Tracking number 1Z3954F71202847647.

## B. REQUEST FOR NOTICE

4. The Receiver requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

    Berleth & Associates, PLLC
    Attn: Robert Berleth, As Receiver
    9950 Cypresswood Dr., Ste. 200
    Houston, Texas 77070

Respectfully submitted by:

*[signature]*

**BERLETH & ASSOCIATES**
Robert W. Berleth
Texas Bar # 24091860
SDOT #: 3062288
rberleth@berlethlaw.com
9950 Cypresswood Suite 200
Houston, TX 77070
Tele: 713-588-6900
Fax: 713-481-0894

APPOINTED RECEIVER