IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PREFERRED READY-MIX LLC, | § | CASE NO. 21-33369 |
| | § | |
| | § | |
| Debtor. | § | Chapter 11 |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on the Robert Berleth's Application for Allowance of Chapter 11 Administrative Expense Claim [Docket No. 98] has been scheduled for **March 23, 2022 at 11:00 AM** before the Honorable Jeffrey P. Norman, in Courtroom 403, 515 Rusk Street, Houston, Texas 77002**,** via GoToMeeting. Instructions for Participation can be found at:

http://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman.

The GoToMeetMe link can be accessed here:

http://www.gotomeet.me/JudgeNorman.

You must connect via telephone by dialing 1-832-917-1510 and entering Conference Code No.: 174086.

Dated: February 18, 2022.

Respectfully submitted by:

*/s/ Robert Berleth*

**BERLETH & ASSOCIATES**
Robert W. Berleth
Texas Bar # 24091860
SDOT #:  3062288
rberleth@berlethlaw.com
William "Chance" Marshall
Texas Bar # 24102142
chance@berlethlaw.com
9950 Cypresswood, Ste. 200
Houston, Texas  77070
E-mail: rberleth@berlethlaw.com
Tele: 713-588-6900
Fax: 713-481-0894

APPOINTED RECEIVER

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 2, 2022, a true and correct copy of the foregoing document was served via United States first class mail, postage prepaid, upon the U.S. Trustee and the parties on the attached service list.

                                            */s/ Joyce W. Lindauer*
                                            Joyce W. Lindauer

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 21-33369<br>Southern District of Texas<br>Houston<br>Fri Feb 18 13:32:14 CST 2022 | Alisons Inc. LLC<br>c/o Brendon Singh<br>2502 La Branch St.<br>Houston, TX 77004-1028 | Preferred Ready-Mix LLC<br>8750 Scranton Street<br>Houston, TX 77075 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | AG Barn Management, LLC<br>PO Box 409<br>Mayfield, KY 42066-0030 | AT&T<br>208 S Akard Street<br>Dallas, TX 75202-4206 |
| Active Radiator<br>3675 Amber Street<br>Philadelphia, PA 19134-2730 | Alisons Inc<br>1220 Shotwell Street<br>Houston, TX 77020-7349 | Alisons Inc LLC<br>1220 Shotwell Street<br>Houston, TX 77020-7349 |
| Bank Direct Capital Finance<br>150 N Field Drive Ste 190<br>Lake Forest, IL 60045-2594 | (p)BLUEVINE ANDY SHAW<br>ATTN BLUEVINE/ANDY SHAW<br>401 WARREN ST SUITE 300<br>REDWOOD CITY CA 94063-1578 | Cameron Roesle<br>10457 Royal Andrews Drive<br>Conroe, TX 77303-2601 |
| Campbell Concrete & Materials LLC<br>16155 Park Row Suite 120<br>Houston, TX 77084-6971 | Cirro Energy<br>2745 Dallas Parkway Suite 200<br>Plano, TX 75093-8729 | Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 |
| Con-Tech Manufacturing Inc.<br>67079 170th Avenue<br>Dodge Center, MN 55927-7872 | Con-Tech Manufacturing, Inc.<br>65740 State Hwy 56<br>Dodge Center, MN 55927-7750 | Con-Tech Manufacturing, Inc.<br>c/o Marc L. Ellison<br>2211 Norfolk<br>Suite 510<br>Houston, TX 77098-4048 |
| Consolidated Recovery Group, LLC<br>262 Eastgate Drive, #431<br>Aiken, SC 29803-7698 | Deon Wallace<br>2911 Ashlyn Arbor Drive<br>Fresno, TX 77545-2152 | FundThrough USA Inc<br>260 Spadina Avenue<br>Toronto, ON, Canada m5t 2e4 |
| Gulfgate Dodge<br>7250 Gulf Fwy<br>Houston, TX 77017-1528 | (p)INTUIT INC C O CORPORATION SERVICE COMPANY<br>251 LITTLE FALLS DRIVE<br>WILMINGTON DE 19808-1674 | Jeff Kaiser, Esq.<br>2211 Norfolk Street Suite 528<br>Houston, TX 77098-4055 |
| Lopez Concrete Chipping<br>7802 Pecan Villas Drive<br>Houston, TX 77061-1632 | (p)MAI & NA PLLC<br>6588 CORPORATE DR<br>STE 188<br>HOUSTON TX 77036-3476 | Matthew Tyson<br>5511 Olympiad Drive<br>Houston, TX 77041-5523 |
| McNeilus Truck & Manufacturing Co.<br>Oshkosh Corporation<br>Attn:  Patrick T. Taverna<br>13712 Crayton Blvd.<br>Hagerstown, MD 21742-2386 | McNielius Truck & Manufacturing Company<br>14201 Collections Center Drive<br>Chicago, IL 60693-0001 | Medellin Concrete Chipping Ser, Inc.<br>PO Box 225<br>South Houston, TX 77587-0225 |

```
Ray Young Jr                        Rhino Ready Mix LLC                 Robert  Foran
2832 S Bartell Dr                   6638 Madden Lane                    9526 BonBrook Bend Lane
APT 1                               Houston, TX 77048                   Richmond, TX 77469-4730
Houston, TX 77054-1453


Robert W. Berleth, Receiver         Texas Truck Parts                   Texcon Ready Mix
9950 Cypresswood Drive Suite 200    2802 N Wayside Drive                2078 FM 1314
Houston, TX 77070-3413              Houston, TX 77020-5573              Porter, TX 77365


US Trustee                          Verizon Reveal                      WEX Bank
Office of the US Trustee            1095 Avenue of the Americas         Exxon Mobil
515 Rusk Ave                        New York, NY 10036-6704             Po Box 4337
Ste 3516                                                                Carol Stream, IL 60197-4337
Houston, TX 77002-2604


Wayne Tyson                         Allison D Byman                     Cameron Rosele
19238 San Solomon Springs Court     Byman & Associates PLLC             PO Box 542069
Cypress, TX 77433-3467              7924 Broadway                       C/O Derek Loetzerich
                                    Suite 104                           Houston, TX 77254-2069
                                    Pearland, TX 77581-7933


Jessica Lee Hoff                    Joyce Williams Lindauer             Robert Berleth
Hoff Law Offices PC                 Joyce W. Lindauer Attorney, PLLC    P O Box 692293
440 Louisiana St Suite 900          1412 Main Street                    Houston, TX 77269-2293
77002                               Suite 500
Houston, TX 77002-1062              Dallas, TX 75202-4042


Wayne C. Tyson
Tran Singh LLP
2502 La Branch St.
Houston, TX 77004-1028
```

         The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
         by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
BlueVine Capital                    Intuit Quickbooks                   Mai & Na PLLC
401 Warren St.  Suite 300           2700 Coast Avenue                   6588 Corporate Drive Ste 188
Redwood City, CA 94063              Mountain View, CA 94043             Houston, TX 77036
```

         The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)AG Barn Management, LLC          (u)Con-Tech Manufacturing, Inc      (u)M & N Law Firm PLLC
```

| | | |
|---|---|---|
| (u)Texcon Ready Mix, Inc. , Tx | (u)Cemex Const Materials Houston, LLC TX | (du)M & N Law Firm PLLC |

(u)Ray Young, Jr
2832 S Bartell Dr
Apt 1
Houston77054

End of Label Matrix
Mailable recipients    45
Bypassed recipients     7
Total                  52