Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEY FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **PREFERRED READY-MIX LLC,** | § | **CASE NO. 21-33369** |
| | § | |
| Debtor. | § | Chapter 11 |

**THIRD AMENDED BALLOT TALLY**

Preferred Ready-Mix LLC (the "Debtor"), submits the following amended tally of Ballots received in connection with confirmation of its Plan of Reorganization:

**Class 1**    Allowed Secured Claim of BankDirect Capital Finance.

   No votes received.

**Class 1A**    Allowed Secured Claim of Ag Barn.

   AG Barn Management, LLC voted to accept the Plan. The amount of AG Barn Management, LLC's secured claim is $10,833.79.

   Class 1A voted to accept the Plan.

**Class 1B**    Allowed Secured Claim of Wayne C. Tyson.

   Wayne C. Tyson voted to reject the Plan. The amount of Wayne C. Tyson's claim is $19,097.83.

   Class 1B voted to reject the Plan.[1]

**Class 2**    Allowed Secured Claim of FundThrough USA, Inc.

   No votes received.

---

[1] Counsel for Wayne Tyson indicated that he will change his vote to an acceptance of the Plan at the confirmation hearing.

Third Amended Ballot Tally                                                                                                                                   Page 1

| | |
|---|---|
| **Class 3** | Allowed General Unsecured Claims, excluding Insiders. |

AG Barn Management, LLC voted to <u>accept</u> the Plan. The amount of AG Bar Management, LLC's claim is $17,355.82.

Con-Tech Manufacturing, Inc. voted to <u>accept</u> the Plan. The amount of Con-Tech Manufacturing, Inc.'s claim is $13,287.66.[2]

Texcon Ready Mix, Inc. voted to <u>accept</u> the Plan. The amount of Texcon Ready Mix, Inc.'s claim is $433,881.01.

Class 3 voted to <u>accept</u> the Plan.

| | |
|---|---|
| **Class 4** | Allowed Unsecured Claims of Insiders. |

Matthew W. Tyson voted to <u>reject</u> the Plan. The amount of Matthew W. Tyson's claim is $54,386.53

Class 4 voted to <u>reject</u> the Plan.[3]

| | |
|---|---|
| **Class 5** | Allowed Equity Interest Holders. |

No votes received.

Dated: February 22, 2022.

Respectfully submitted,

 /s/ *Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEY FOR DEBTOR

---

[3] Matthew Tyson is an insider as a prior owner of the business and as such should be counted in Class 4.

<u>Third Amended Ballot Tally</u>                                                                                                   Page 2

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on February 22, 2022, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties listed below.

Robert W Berleth on behalf of Attorney Robert Berleth
rberleth@berlethlaw.com

Allison D Byman
adb@bymanlaw.com, adb@trustesolutions.net; rww.trustee1@gmail.com; cadb11@trustesolutions.net; rah@bymanlaw.com

Hector Duran, Jr on behalf of U.S. Trustee US Trustee
Hector.Duran.Jr@usdoj.gov

Jessica Lee Hoff on behalf of Debtor Preferred Ready-Mix LLC
jhoff@hofflawoffices.com, JHoff@jubileebk.net

Jeffery B Kaiser on behalf of Creditor Texcon Ready Mix, Inc.
jkaiser@kaiser-law.com, admin.three@kaiser-law.com

Joyce Williams Lindauer on behalf of Debtor Preferred Ready-Mix LLC
joyce@joycelindauer.com, dian@joycelindauer.com

Derek W Loetzerich on behalf of Creditor Cameron Rosele
derek@loetzerichlaw.com

John June-chul Na on behalf of Creditor M & N Law Firm PLLC
john@mnnlawfirm.com, pete@mnnlawfirm.com

Brendon D Singh on behalf of Creditor Alisons Inc. LLC
Bsingh@ts-llp.com, ecf@ctsattorneys.com;corraltransinghllp@jubileebk.net

Brendon D Singh on behalf of Creditor Wayne C. Tyson
Bsingh@ts-llp.com, ecf@ctsattorneys.com;corraltransinghllp@jubileebk.net

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV


                                                        */s/ Joyce W. Lindauer*
                                                        Joyce W. Lindauer