United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 23, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br>Preferred Ready-Mix, LLC<br>*Debtor* | §<br>§<br>§<br>§  CASE NO. 21-33369<br>§<br>§  Chapter 11<br>§<br>§ |

## ORDER ON MOVANT'S MOTION TO CONFIRM THE ABSENCE OF CO-DEBTOR STAY

Movant CAMERON ROESLE filed a Motion Confirming The Absence Of Stay And/Or Alternatively Motion For Relief From Stay to proceed with its remedies including but not limited continuing its state court proceedings and the State Court's Appeal.

Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing.

_____The Automatic Stay does not apply to Co-Debtor Robert Foran

_____Although a response opposing the motion was filed, the respondent did not appear at the hearing.  Therefore, the response is overruled for want of prosecution and the motion is granted.

\_\_\_XXX_____After hearing, and for the reasons stated on the record, relief from the stay is granted.

_____No timely response was filed. Accordingly, the motion is granted by default.

_____ As shown by the Debtor's counsel signature below, Debtor has agreed to the requested relief.

Accordingly, it is ORDERED that Movant is granted relief from the automatic stay to pursue any and all state court remedies to regain possession of the Property described above.

Additional rulings:
_____ Movant is awarded attorneys' fees in the amount in $_____

Signed: February 23, 2022

_____
Jeffrey P. Norman
United States Bankruptcy Judge