Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEY FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| PREFERRED READY-MIX LLC, | § § | CASE NO. 21-33369 |
| Debtor. | § | Chapter 11 |

### AFFIDAVIT OF ROBERT FORAN

| | |
|---|---|
| STATE OF TEXAS | § § |
| COUNTY OF HARRIS | § |

On this day appeared Robert Foran, who, upon being duly sworn, did attest to the following:

1. My name is Robert Foran. I am over the age of 18 years, of sound mind, and am competent and otherwise qualified to make this Affidavit. I have personal knowledge of the matters stated herein and they are all true and correct to the best of my knowledge.

2. I am the President of the Debtor in this case and have sufficient knowledge of this case and the Creditors.

3. The Debtor objects to Proof of Claim No. 13 filed by Matthew Tyson as an unsecured claim. Debtor does not owe any amounts to Matthew Tyson as of the date of filing.

4. Matthew Tyson embezzled money from the Debtor by diverting funds from the Debtor's account into Matthew Tyson's personal bank account.

5. Matthew Tyson was removed as a member of Debtor entity due to breach of fiduciary duty, breaching verbal agreement or otherwise failing to carry out the obligations under the agreement.

6. Matthew Tyson's actions caused Debtor to suffered harm and pecuniary loss in excess of any amounts claimed are owed by Debtor to Matthew Tyson.

Executed this _____ day of February, 2022.

_____
Robert Foran

Subscribed and sworn to before me on this 2/1st day of February, 2022

_____
Notary Public in and for the State of Texas

My Commission Expires: 6/6/24

JESSICA JIMENEZ
My Notary ID # 130685123
Expires June 6, 2024