IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PREFERRED READY-MIX LLC, | § | CASE NO. 21-33369 |
| | § | |
| Debtor. | § | Chapter 11 |

**ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM OF
RAY YOUNG JR. (CLAIM NO. 12)**

ON THIS DATE the Court considered the Debtors' Objection to Claim of Ray Young Jr. (Claim No. 12) in the amount of $3,172.68.  The Court, having reviewed the Objection and considering the argument of counsel, finds good cause for entry of the following Order.  It is, therefore

ORDERED that the Objection to Claim is GRANTED and the claim is disallowed; and it is further

ORDERED that a copy of this Order will be served by Debtor's counsel upon the claimant Ray Young Jr., The Ventress Firm, P.C., 1322 Space Park Dr., Ste C222, Houston, TX 77058.

SIGNED:

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Attorneys for Debtor

Order Sustaining Debtor's Objection to Proof of Claim
Page  1