Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEY FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **PREFERRED READY-MIX LLC,** | § | **CASE NO. 21-33369** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

## DEBTOR PREFERRED READY-MIX LLC'S OBJECTION TO CLAIM OF MATTHEW TYSON (CLAIM NO. 13)

**THIS IS AN OBJECTION TO YOUR CLAIM. THIS OBJECTION ASKS THE COURT TO DISALLOW THE CLAIM THAT YOU FILED IN THIS BANKRUPTCY CASE. IF YOU DO NOT FILE A RESPONSE WITHIN 30 DAYS AFTER THE OBJECTION WAS SERVED ON YOU, YOUR CLAIM MAY BE DISALLOWED WITHOUT A HEARING.**

**A HEARING HAS BEEN SET ON THIS MATTER ON APRIL 22, 2022 AT 11:00 A.M. BEFORE THE HONORABLE JEFFREY P. NORMAN, UNITED STATES BANKRUPTCY COURT, 515 RUSK AVENUE, COURTROOM 403, HOUSTON, TEXAS 77002.**

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

Comes now Preferred Ready-Mix LLC, Debtor herein ("Debtor"), and files this its Objection to Claim of Matthew Tyson, and would respectfully show this Court as follows:

## I. JURISDICTION

1.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (B).

2.     Venue is proper pursuant to 28 USC § 1408 and 1409.

## II. FACTUAL AND PROCEDURAL BACKGROUND

3.     On October 14, 2021 ("Petition Date") the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

4.     The Debtor's plan of reorganization has not yet been confirmed.

5.     Matthew Tyson (the "Claimant") filed proof of claim no. 13 in the Debtor's case in the amount of $57,110.21 (the "Claim").  A true and correct copy of the proof of claim is attached hereto as Exhibit "A."

## III. OBJECTIONS TO CLAIM

6.     The Debtor objects to the Claim for the following reasons:

a.     The Debtor objects to the Claim in its entirety as the Claimant has caused irreparable harm to debtor. The harm caused to Debtor by the Claimant exceeds any and all amounts claimed against Debtor.

7.     Claimant was withdrawn as a member of the Debtor due to breach of fiduciary duty, breaching verbal agreement or otherwise failing to carry out the obligations under the agreement.

8.     Claimant borrowed $30,000.00 from his father, Wayne Tyson, using Debtor's assets as collateral and absconded with the money. Claimant embezzled money from Debtor by diverting funds from the Debtor's account into his personal bank account.

9.     Debtor suffered irreparable harm due to the detrimental actions by Claimant. Debtor is not indebted to Claimant as the funds embezzled from Debtor by Claimant exceeds any amounts owed to Claimant.

10.     Based on the foregoing, the Debtor objects to the allowance of any part of the Claim.  The Affidavit of Robert Foran is attached hereto as Exhibit "B."

WHEREFORE, PREMISES CONSIDERED, the Debtor requests the Court to enter an order disallowing the Claim and granting such other and further relief to which the Debtor may be justly entitled.

Dated: March 8, 2022.

Respectfully submitted,

  /s/ Joyce W. Lindauer
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main St. Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

This is to certify that on March 8, 2022, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties receiving electronic notice in this case listed below.  The Claimant was served by United States first class certified mail, return receipt requested, at the address listed below.

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Matthew Tyson
The Ventress Firm, P.C.
1322 Space Park Dr., Ste C222
Houston, TX 77058

**VIA ECF**

Robert W Berleth
rberleth@berlethlaw.com

Allison D Byman
adb@bymanlaw.com, adb@trustesolutions.net; rww.trustee1@gmail.com;
cadb11@trustesolutions.net; rah@bymanlaw.com

Hector Duran, Jr
Hector.Duran.Jr@usdoj.gov

Jessica Lee Hoff
jhoff@hofflawoffices.com, JHoff@jubileebk.net

Jeffery B Kaiser
jkaiser@kaiser-law.com, admin.three@kaiser-law.com

Joyce Williams Lindauer
joyce@joycelindauer.com, dian@joycelindauer.com

Derek W Loetzerich
derek@loetzerichlaw.com

John June-chul Na
john@mnnlawfirm.com, pete@mnnlawfirm.com

Karina Shareen
kshareen@twpdlaw.com

Brendon D Singh
Bsingh@ts-llp.com, ecf@ctsattorneys.com;corraltransinghllp@jubileebk.net

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Lisa Elizabeth Ventress
lisa@theventressfirm.com


   */s/ Joyce W. Lindauer*
Joyce W. Lindauer

**Fill in this information to identify the case:**

Debtor 1     Preferred Ready-Mix LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Southern District of Texas

Case number   21-33369

---

Official Form 410

# Proof of Claim

04/19

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309)** that you received.

---

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Matthew Tyson
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Matthew Tyson
Name

5511 Olympiad Drive
Number          Street

Houston                    TX          77041
City                          State          ZIP Code

Contact phone  832-681-0415

Contact email  matthew_tyson@yahoo.com

**Where should payments to the creditor be sent?** (if different)

Name

Number          Street

City                          State          ZIP Code

Contact phone

Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

# EXHIBIT "A"

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$_____57,110.21 . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Business purchases

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

|  | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  2 / 14 / 2022
                   MM / DD / YYYY

Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Matthew Tyson |
|---|---|
| | First name          Middle name          Last name |
| Title | |
| Company | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 5511 Olympiad Drive |
| | Number          Street |
| | Houston          TX          77041 |
| | City          State          ZIP Code |
| Contact phone | 832-681-0415          Email matthew_tyson@yahoo.com |

SUMMARY
Vehicle purchases: $33,990.00
       $33,000.00 purchase price
       $990 associated credit card fees
Credit card purchases: $23,120.21
TOTAL: $57,110.21

Payment Receipt

**Worldwide Trucks, LLC**
**3434 Greens Rd**
**Houston, TX 77032**

**Received From:**
Preferred Ready-Mix LLC
Preferred Ready-Mix LLC
26311 Parkman Grove Dr
Richmond, TX 77406

| | | | |
|---|---|---|---|
| **Date Received** | 09/17/2019 | **Payment Amount** | $33,000.00 |
| **Payment Method** | Check | | |
| **Check/Ref. No.** | 9481116699 | | |

**Invoices Paid**

| Date | Number | Amount Applied |
|---|---|---|
| 09/17/2019 | 19-412 | -$33,000.00 |

DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CASHIER'S CHECK**

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

282111107 NEW 01/08 8810004306

# HASE ⬤

**9481116699**

25-3
------
440

emitter: PREFERRED READY-MIX LLC

Date 09/17/2019

Void after 7 years

ay To The
rder Of: WORLDWIDE TRUCKS

y: THIRTY THREE THOUSAND

DOLLARS AND 00 CENTS

$** 33,000.00 **

Do not write outside this box

Drawer: **JPMORGAN CHASE BANK, N.A.**

For information only. Comment has no effect on bank's payment.

Reginald Chambers, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

Security
Features
Details on
Back.

⑆9481116699⑆ ⑈044000037⑈ 7586613751⑈

# WORLDWIDE TRUCKS, LLC
## 3434 GREENS RD
## HOUSTON, TX 77032
## 281-977-2555 Fax: 281-977-2556

STOCK #: 18L652

**BUYER INFORMATION:**

| | | SALESPERSON: | |
|---|---|---|---|
| Name: Preferred Ready-Mix LLC | Home Phone 832-945-1057 | | D.L./State ID # |
| Name | Work Phone | | State of Issue TX |
| Street 26311 Parkman Grove Drive | Cell Phone 832-681-0415 | | Expiration Date |
| City, State, Zip RICHMOND, TX 77406 | County FORT BEND | | Date of Birth |

**VEHICLE INFORMATION:**

| Year 1999 | Make PETERBILT | Model 357 | | Color 1 WHITE | Color 2 BLACK | Body Type MIXER |
|---|---|---|---|---|---|---|
| VIN 1NPAL90X3XD494167 | Mileage EXEMPT | Cylinders 6 | Transmission AUTO | Style MIXER | | Stock# 18L652 |

**TRADE-IN INFORMATION:**

| | | SETTLEMENT | |
|---|---|---|---|
| Year | Make | Model | Color | | VEHICLE PRICE | 14,475.00 |
| VIN | | Body Type | Mileage | | | N/A |
| Balance Owed To | | | | CASH PRICE | 14,475.00 |
| | | | | Sales Tax: | 904.69 |
| Balance Owed 0.00 | | Trade Allowance 0.00 | | Title Fee: 1,036.93 License/Registration: N/A | 1,036.93 |
| Good Through | | Quoted By | | Inspection Fee (state): N/A (station): N/A | 0.00 |
| Trade #2 | | | | Deputy Service: N/A Other: 0.00 | 0.00 |
| | | | | E-Tag Fee: | N/A |

*The Dealer's Inventory Tax charge is intended to reimburse the dealer for ad valorem taxes on its motor vehicle inventory. The charge, which is paid by the dealer to the county tax assessor-collector, is not a tax imposed on a consumer by the government, and is not required to be charged by the dealer to the consumer.

| | |
|---|---|
| Dealer's Inventory Tax*: | 33.38 |
| Payoff on Trade-in: | N/A |

**REMARKS:**

**A documentary fee is not an official fee. A documentary fee is not required by law, but may be charged to buyers for handling documents relating to the sale. A documentary fee may not exceed a reasonable amount agreed to by the parties. This notice is required by law.

Un honorario de documentación no es un honorario oficial. Un honorario de documentación no es requerido por la ley, pero puede ser cargada al comprador como gastos de manejo de documentos relacionados con una venta. Un honorario de documentación no puede exceder una cantidad razonable acordada por las partes. Esta notificación es requerida por la ley.

| | |
|---|---|
| Documentary Fee**: | 50.00 |
| TOTAL DUE | 16,500.00 |

| CREDIT | | |
|---|---|---|
| TRADE-IN ALLOWANCE | N/A |
| DEPOSIT | N/A |
| CASH DOWN PAYMENT | 16,500.00 |

| TOTAL CREDIT | 16,500.00 |
|---|---|

**LIEN HOLDER INFORMATION:**

| Name | BALANCE DUE ☒ Cash ☐ Finance | 0.00 |
|---|---|---|
| Street | If financed, please see your installment sales contract for information about finance charge, insurance, and terms of payment (other than cash). | |
| City, State, Zip | | |

CONTRACTUAL DISCLOSURE STATEMENT (USED VEHICLES ONLY) The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale. Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

**INSURANCE INFORMATION:**

| Company | |
|---|---|
| Agent | |
| Policy # | Phone |

Buyer hereby declares that he/she is of legal age to transact business and that no unfair inducement has been made by Seller. This Buyer' Order and the related documents that Buyer signs contemporaneously with this Buyer's Order contain the entire agreement between Buyer an Seller relating to the sale of the motor vehicle. Any change to this agreement must be in writing and Seller must sign it.

| 09/06/19 | _[signature]_ | 09/06/19 | |
|---|---|---|---|
| Accepted by Authorized Dealership Representative | Date | Buyer | Date | Buyer |

EZ-TX-BO rev. 08/16

# BUYERS GUIDE

**IMPORTANT:** Spoken promises are difficult to enforce. Ask the dealer to put all promises in writing. Keep this form.

| PETERBILT | 357 | 1999 | 1NPAL90X3XD494167 |
|---|---|---|---|
| VEHICLE MAKE | MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER (VIN) |

## WARRANTIES FOR THIS VEHICLE:

### ☒ AS IS – NO DEALER WARRANTY

THE DEALER DOES NOT PROVIDE A WARRANTY FOR ANY REPAIRS AFTER SALE.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ☐ DEALER WARRANTY

☐ FULL WARRANTY.

☐ LIMITED WARRANTY. The dealer will pay ___% of the labor and ___% of the parts for the covered systems that fail during the warranty period. Ask the dealer for a copy of the warranty, and for any documents that explain warranty coverage, exclusions, and the dealer's repair obligations. *Implied warranties* under your state's laws may give you additional rights.

SYSTEMS COVERED:                             DURATION:

## NON-DEALER WARRANTIES FOR THIS VEHICLE:

☐ MANUFACTURER'S WARRANTY STILL APPLIES. The manufacturer's original warranty has not expired on some components of the vehicle.

☐ MANUFACTURER'S USED VEHICLE WARRANTY APPLIES.

☐ OTHER USED VEHICLE WARRANTY APPLIES.

Ask the dealer for a copy of the warranty document and an explanation of warranty coverage, exclusions, and repair obligations.

☐ SERVICE CONTRACT. A service contract on this vehicle is available for an extra charge. Ask for details about coverage, deductible, price, and exclusions. If you buy a service contract within 90 days of your purchase of this vehicle, *implied warranties* under your state's laws may give you additional rights.

**ASK THE DEALER IF YOUR MECHANIC CAN INSPECT THE VEHICLE ON OR OFF THE LOT.**

**OBTAIN A VEHICLE HISTORY REPORT AND CHECK FOR OPEN SAFETY RECALLS.** For information on how to obtain a vehicle history report, visit ftc.gov/usedcars. To check for open safety recalls, visit safercar.gov. You will need the vehicle identification number (VIN) shown above to make the best use of the resources on these sites.

**SEE OTHER SIDE** for important additional information, including a list of major defects that may occur in used motor vehicles.

Si el concesionario gestiona la venta en español, pídale una copia de la Guía del Comprador en español.

Here is a list of some major defects that may occur in used vehicles.

**Frame & Body**
Frame-cracks, corrective welds, or rusted through
Dog tracks----bent or twisted frame

**Engine**
Oil leakage, excluding normal seepage
Cracked block or head
Belts missing or inoperable
Knocks or misses related to camshaft lifters and push rods
Abnormal exhaust discharge

**Transmission & Drive Shaft**
Improper fluid level or leakage, excluding normal seepage
Cracked or damaged case which is visible
Abnormal noise or vibration caused by faulty transmission or drive shaft
Improper shifting or functioning in any gear
Manual clutch slips or chatters

**Differential**
Improper fluid level or leakage, excluding normal seepage
Cracked or damaged housing which is visible
Abnormal noise or vibration caused by faulty differential

**Cooling System**
Leakage including radiator
Improperly functioning water pump

**Electrical System**
Battery leakage
Improperly functioning alternator, generator, battery, or starter

**Fuel System**
Visible leakage

**Inoperable Accessories**
Gauges or warning devices
Air conditioner
Heater & Defroster

**Brake System**
Failure warning light broken
Pedal not firm under pressure (DOT spec.)
Not enough pedal reserve (DOT spec.)
Does not stop vehicle in straight line (DOT spec.)
Hoses damaged
Drum or rotor too thin (Mfgr Specs)
Lining or pad thickness less than 1/32 inch
Power unit not operating or leaking
Structural or mechanical parts damaged

**Air Bags**

**Steering System**
Too much free play at steering wheel (DOT specs.)
Free play in linkage more than ¼ inch
Steering gear binds or jams
Front wheels aligned improperly (DOT specs.)
Power unit belts cracked or slipping
Power unit fluid level improper

**Suspension System**
Ball joint seals damaged
Structural parts bent or damaged
Stabilizer bar disconnected
Spring broken
Shock absorber mounting loose
Rubber bushings damaged or missing
Radius rod damaged or missing
Shock absorber leaking or functioning improperly

**Tires**
Tread depth less than 2/32 inch
Sizes mismatched
Visible damage

**Wheels**
Visible cracks, damage or repairs
Mounting bolts loose or missing

**Exhaust System**
Leakage
Catalytic Converter

*Items to be fixed as part of sale:*
- *Tires X 3*
- *Hopper*
- *Tie rod / stabilizer bar*

DEALER NAME
**WORLDWIDE TRUCKS, LLC**
ADDRESS
**3434 GREENS RD; HOUSTON, TX 77032**
TELEPHONE                                    EMAIL
**281-977-2555**
FOR COMPLAINTS AFTER SALE, CONTACT:
Add name here: M-1-9

I hereby acknowledge receipt of the Buyers Guide at the closing of this sale.

_____          9-6-19
Signature                                    Date

**IMPORTANT:** The information on this form is part of any contract to buy this vehicle. Removing this label before consumer purchase (except for purpose of test-driving) violates federal law (16 C.F.R. 455).

# Application for Texas Title and/or Registration

| Applying for (please check one): | TAX OFFICE USE ONLY |
|---|---|

☒ Title & Registration ☐ Title Only ☐ Registration Purposes Only ☐ Nontitle Registration

For a corrected title or registration, check reason:
☐ Vehicle Description ☐ Add/Remove Lien ☐ Other: _____

**TAX OFFICE USE ONLY**
County: _____
Doc #: _____
☐ SPV ☐ Appraisal Value $ _____

| 1. Vehicle Identification Number | 2. Year | 3. Make | 4. Body Style | 5. Model | 6. Major Color | 7. Minor Color |
|---|---|---|---|---|---|---|
| 1NPAL90X3XD494167 | 1999 | PETERBILT | MIXER | 357 | WHITE | BLACK |

| 8. Texas License Plate No. | 9. Odometer Reading (no tenths) | 10. This is the Actual Mileage unless the mileage is: | 11. Empty Weight | 12. Carrying Capacity (if any) |
|---|---|---|---|---|
| 959 | EXEMPT | ☐ Not Actual ☐ Exceeds Mechanical Limits ☒ Exempt | | |

**13. Applicant Type**
☐ Individual ☒ Business ☐ Government ☐ Trust ☐ Non-Profit

**14. Applicant Photo ID Number or FEIN/EIN**
83-3546341

**15. ID Type** ☐ U.S. Driver License/ID Card (issued by: _____ )   ☐ NATO ID   ☐ U.S. Dept. of State ID
☐ Passport (issued by: _____ )   ☐ U.S. Military ID   ☐ U.S. Dept. of Homeland Security ID
☐ U.S. Citizenship & Immigration Services/DOJ ID   ☐ Other Military Status of Forces Photo ID

| 16. Applicant First Name (or Entity Name) | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| Preferred Ready-Mix LLC | | | |

| 17. Additional Applicant First Name (if applicable) | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| | | | |

| 18. Applicant Mailing Address | City | State | Zip | 19. Owner County of Residence |
|---|---|---|---|---|
| 26311 Parkman Grove Drive | RICHMOND | TX | 77406 | FORT BEND |

| 20. Previous Owner Name (or Entity Name) | City | State | 21. Dealer GDN (if applicable) | 22. Unit No. (if applicable) |
|---|---|---|---|---|
| WORLDWIDE TRUCKS, LLC | HOUSTON | TX | P114758 | |

| 23. Renewal Recipient First Name (or Entity Name) (if different) | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| | | | |

| 24. Renewal Notice Mailing Address (if different) | City | State | Zip |
|---|---|---|---|
| | | | |

| 25. Applicant Phone Number (optional) | 26. Email (optional) | 27. Registration Renewal eReminder |
|---|---|---|
| | | ☐ Yes (Provide Email in #26) |

| 28. Vehicle Location Address (if different) | City | State | Zip |
|---|---|---|---|
| | | | |

| 29. Multiple (Additional) Liens | 30. Electronic Title Request | 31. Certified/eTitle Lienholder ID Number (if any) | 32. First Lien Date (if any) |
|---|---|---|---|
| ☐ Yes (Attach Form VTR-267) | ☐ Yes (Cannot check #29) | | |

| 33. First Lienholder Name (if any) | Mailing Address | City | State | Zip |
|---|---|---|---|---|
| NONE | | | | |

**34. Check only if applicable:**    **MOTOR VEHICLE TAX STATEMENT**
☐ I hold Motor Vehicle Retailer's (Rental) Permit No. _____ and will satisfy the minimum tax liability (V.A.T.S., Tax Code §152.046[c])
☐ I am a dealer or lessor and qualify to take the Fair Market Value Deduction (V.A.T.S., Tax Code, §152.002[c]). GDN or Lessor Number _____

| 35. Trade-In (if any) | Year | Make | Vehicle Identification Number | 36. Additional Trade-In(s) |
|---|---|---|---|---|
| ☐ Yes (Complete) | | | | ☐ Yes |

**37. Check only if applicable:**    **SALES AND USE TAX COMPUTATION**

☒ (a) Sales Price ($_____ rebate has been deducted)  $ 14,475.00
(b) Less Trade-in Amount, described in Item 35 above  $ 0.00
(c) For Dealers/Lessors/Rental ONLY – Fair Market Value Deduction, described in Item 35 above  $ N/A
(d) Taxable Amount (Item a minus Item b or Item c)  $ 14,475.00
(e) 6.25% Tax on Taxable Amount (Multiply Item d by .0625)  $ 904.69
(f) Late Tax Payment Penalty ☐ 5% or ☐ 10%  $ 0.00
(g) Tax Paid to TEXAS (STATE)  $ 904.69
(h) AMOUNT OF TAX AND PENALTY DUE (Item e plus Item f minus Item g)  $ 0.00

☐ $90 New Resident Tax – (Previous State) _____
☐ $5 Even Trade Tax
☐ $10 Gift Tax – Use Comptroller Form 14-317
☐ $65 Rebuilt Salvage Fee
☐ 2.5% Emissions Fee (Diesel Vehicles 1996 and Older > 14,000 lbs.)
☐ 1% Emissions Fee (Diesel Vehicles 1997 and Newer > 14,000 lbs.)
☐ Exemption claimed under the Motor Vehicle Sales and Use Tax Law because:
☒ $28 or $33 Application Fee for Texas Title
(Contact your county tax assessor-collector for the correct fee.)

**CERTIFICATION** – State law makes falsifying information a third degree felony

I hereby certify all statements in this document are true and correct to the best of my knowledge and belief, and I am eligible for title and/or registration (as applicable).

| Signature(s) of Seller(s), Donor(s), or Trader(s) | Printed Name(s) (Same as Signature(s)) MATTHEW W. TYSON | Date 09/06/19 |
|---|---|---|
| Signature of Applicant/Owner | Printed Name (Same as Signature) | Date 09/06/19 |
| Signature of Additional Applicant/Owner(s) | Printed Name(s) (Same as Signature(s)) | Date |

Form 130-U Rev 08/16          Form available online at www.TxDMV.gov          Page 1 of 2

BUYER'S ORDER

# WORLDWIDE TRUCKS, LLC
## 3434 GREENS RD
## HOUSTON, TX 77032
## 281-977-2555 Fax: 281-977-2556

STOCK #: 18F270

**BUYER INFORMATION:**                                   SALESPERSON:

| | | | |
|---|---|---|---|
| Name  Preferred Ready-Mix LLC | Home Phone  832-945-1057 | D.L./State ID # | |
| Name | Work Phone | State of Issue  TX | |
| Street  26311 Parkman Grove Drive | Cell Phone  832-681-0415 | Expiration Date | |
| City, State, Zip  RICHMOND, TX 77406 | County  FORT BEND | Date of Birth | |

**VEHICLE INFORMATION:**

| Year 2000 | Make PETERBILT | Model 357 | | | Color 1 WHITE | Color 2 BLACK | Body Type MIXER |
|---|---|---|---|---|---|---|---|
| VIN 1NPAL00X4YD535435 | Mileage EXEMPT | Cylinders 6 | Transmission AUTO | Style MIXER | Stock# 18F270 | | |

**TRADE-IN INFORMATION:**                                    SETTLEMENT

| Year | Make | Model | Color |
|---|---|---|---|
| VIN | | Body Type | Mileage |
| Balance Owed To | | | |
| Balance Owed  0.00 | | Trade Allowance  0.00 | |
| Good Through | | Quoted By | |
| Trade #2 | | | |

| | |
|---|---|
| VEHICLE PRICE | 14,475.00 |
| | N/A |
| CASH PRICE | 14,475.00 |
| Sales Tax: | 904.69 |
| Title Fee: 1,036.93 License/Registration: N/A | 1,036.93 |
| Inspection Fee (state): N/A (station): N/A | 0.00 |
| Deputy Service: N/A Other: 0.00 | 0.00 |
| E-Tag Fee: | N/A |
| Dealer's Inventory Tax*: | 33.38 |
| Payoff on Trade-in: | N/A |

*The Dealer's Inventory Tax charge is intended to reimburse the dealer for ad valorem taxes on its motor vehicle inventory. The charge, which is paid by the dealer to the county tax assessor-collector, is not a tax imposed on a consumer by the government, and is not required to be charged by the dealer to the consumer.

**REMARKS:**

**A documentary fee is not an official fee. A documentary fee is not required by law, but may be charged to buyers for handling documents relating to the sale. A documentary fee may not exceed a reasonable amount agreed to by the parties. This notice is required by law.

Un honorario de documentación no es un honorario oficial. Un honorario de documentación no es requerido por la ley, pero puede ser cargada al comprador como gastos de manejo de documentos relacionados con una venta. Un honorario de documentación no puede exceder una cantidad razonable acordada por las partes. Esta notificación es requerida por la ley.

| | |
|---|---|
| Documentary Fee**: | 50.00 |
| TOTAL DUE | 16,500.00 |

| CREDIT | TRADE-IN ALLOWANCE | N/A |
|---|---|---|
| | DEPOSIT | N/A |
| | CASH DOWN PAYMENT | 16,500.00 |

**LIEN HOLDER INFORMATION:**

| |
|---|
| Name |
| Street |
| City, State, Zip |

**INSURANCE INFORMATION:**

| |
|---|
| Company |
| Agent |
| Policy # _____ Phone |

| | |
|---|---|
| TOTAL CREDIT | 16,500.00 |
| BALANCE DUE ☒ Cash ☐ Finance | 0.00 |

If financed, please see your installment sales contract for information about finance charge, insurance, and terms of payment (other than cash).

CONTRACTUAL DISCLOSURE STATEMENT (USED VEHICLES ONLY) The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale. Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

Buyer hereby declares that he/she is of legal age to transact business and that no unfair inducement has been made by Seller. This Buyer's Order and the related documents that Buyer signs contemporaneously with this Buyer's Order contain the entire agreement between Buyer and Seller relating to the sale of the motor vehicle. Any change to this agreement must be in writing and Seller must sign it.

| | | | | | |
|---|---|---|---|---|---|
| | 09/06/19 | | 09/06/19 | | |
| Accepted by Authorized Dealership Representative | Date | Buyer | Date | Buyer | Date |

EZ-TX-BO rev. 08/16

# BUYERS GUIDE

**IMPORTANT:** Spoken promises are difficult to enforce. Ask the dealer to put all promises in writing. Keep this form.

| PETERBILT | 357 | 2000 | 1NPAL00X4YD535435 |
|---|---|---|---|
| VEHICLE MAKE | MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER (VIN) |

## WARRANTIES FOR THIS VEHICLE:

☒ **AS IS – NO DEALER WARRANTY**

THE DEALER DOES NOT PROVIDE A WARRANTY FOR ANY REPAIRS AFTER SALE.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

☐ **DEALER WARRANTY**

☐ FULL WARRANTY.

☐ LIMITED WARRANTY. The dealer will pay ___% of the labor and ___% of the parts for the covered systems that fail during the warranty period. Ask the dealer for a copy of the warranty, and for any documents that explain warranty coverage, exclusions, and the dealer's repair obligations. *Implied warranties* under your state's laws may give you additional rights.

SYSTEMS COVERED:                    DURATION:

## NON-DEALER WARRANTIES FOR THIS VEHICLE:

☐ MANUFACTURER'S WARRANTY STILL APPLIES. The manufacturer's original warranty has not expired on some components of the vehicle.

☐ MANUFACTURER'S USED VEHICLE WARRANTY APPLIES.

☐ OTHER USED VEHICLE WARRANTY APPLIES.

Ask the dealer for a copy of the warranty document and an explanation of warranty coverage, exclusions, and repair obligations.

☐ SERVICE CONTRACT. A service contract on this vehicle is available for an extra charge. Ask for details about coverage, deductible, price, and exclusions. If you buy a service contract within 90 days of your purchase of this vehicle, *implied warranties* under your state's laws may give you additional rights.

**ASK THE DEALER IF YOUR MECHANIC CAN INSPECT THE VEHICLE ON OR OFF THE LOT.**

**OBTAIN A VEHICLE HISTORY REPORT AND CHECK FOR OPEN SAFETY RECALLS.** For information on how to obtain a vehicle history report, visit ftc.gov/usedcars. To check for open safety recalls, visit safercar.gov. You will need the vehicle identification number (VIN) shown above to make the best use of the resources on these sites.

**SEE OTHER SIDE for important additional information, including a list of major defects that may occur in used motor vehicles.**

Si el concesionario gestiona la venta en español, pídale una copia de la Guía del Comprador en español.

Here is a list of some major defects that may occur in used vehicles.

**Frame & Body**
Frame-cracks, corrective welds, or rusted through
Dog tracks----bent or twisted frame

**Engine**
Oil leakage, excluding normal seepage
Cracked block or head
Belts missing or inoperable
Knocks or misses related to camshaft lifters and push rods
Abnormal exhaust discharge

**Transmission & Drive Shaft**
Improper fluid level or leakage, excluding normal seepage
Cracked or damaged case which is visible
Abnormal noise or vibration caused by faulty transmission or drive shaft
Improper shifting or functioning in any gear
Manual clutch slips or chatters

**Differential**
Improper fluid level or leakage, excluding normal seepage
Cracked or damaged housing which is visible
Abnormal noise or vibration caused by faulty differential

**Cooling System**
Leakage including radiator
Improperly functioning water pump

**Electrical System**
Battery leakage
Improperly functioning alternator, generator, battery, or starter

**Fuel System**
Visible leakage

**Inoperable Accessories**
Gauges or warning devices
Air conditioner
Heater & Defroster

**Brake System**
Failure warning light broken
Pedal not firm under pressure (DOT spec.)
Not enough pedal reserve (DOT spec.)
Does not stop vehicle in straight line (DOT spec.)
Hoses damaged
Drum or rotor too thin (Mfgr Specs)
Lining or pad thickness less than 1/32 inch
Power unit not operating or leaking
Structural or mechanical parts damaged

**Air Bags**

**Steering System**
Too much free play at steering wheel (DOT specs.)
Free play in linkage more than ¼ inch
Steering gear binds or jams
Front wheels aligned improperly (DOT specs.)
Power unit belts cracked or slipping
Power unit fluid level improper

**Suspension System**
Ball joint seals damaged
Structural parts bent or damaged
Stabilizer bar disconnected
Spring broken
Shock absorber mounting loose
Rubber bushings damaged or missing
Radius rod damaged or missing
Shock absorber leaking or functioning improperly

**Tires**
Tread depth less than 2/32 inch
Sizes mismatched
Visible damage

**Wheels**
Visible cracks, damage or repairs
Mounting bolts loose or missing

**Exhaust System**
Leakage
Catalytic Converter

*Elliot agreed to fix air TANK and Chute control Switch inside Truck and outside.*

---

DEALER NAME
**WORLDWIDE TRUCKS, LLC**
ADDRESS
**3434 GREENS RD; HOUSTON, TX 77032**
TELEPHONE                              EMAIL
**281-977-2555**
FOR COMPLAINTS AFTER SALE, CONTACT:
Add name here: M-1-9

I hereby acknowledge receipt of the Buyers Guide at the closing of this sale.

Signature                                    Date

---

**IMPORTANT:** The information on this form is part of any contract to buy this vehicle. Removing this label before consumer purchase (except for purpose of test-driving) violates federal law (16 C.F.R. 455).

# Application for Texas Title and/or Registration

| Applying for (please check one): | TAX OFFICE USE ONLY |
|---|---|

Applying for (please check one):
☒ Title & Registration ☐ Title Only ☐ Registration Purposes Only ☐ Nontitle Registration

For a corrected title or registration, check reason:
☐ Vehicle Description ☐ Add/Remove Lien ☐ Other: _____

**TAX OFFICE USE ONLY**
County: _____
Doc #: _____
☐ SPV ☐ Appraisal Value $ _____

| 1. Vehicle Identification Number | 2. Year | 3. Make | 4. Body Style | 5. Model | 6. Major Color | 7. Minor Color |
|---|---|---|---|---|---|---|
| 1NPAL00X4YD535435 | 2000 | PETERBILT | MIXER | 357 | WHITE | BLACK |

| 8. Texas License Plate No. | 9. Odometer Reading (no tenths) | 10. This is the Actual Mileage unless the mileage is: | 11. Empty Weight | 12. Carrying Capacity (if any |
|---|---|---|---|---|
| 1117 | EXEMPT | ☐ Not Actual ☐ Exceeds Mechanical Limits ☒ Exempt | | |

13. Applicant Type
☐ Individual ☒ Business ☐ Government ☐ Trust ☐ Non-Profit

14. Applicant Photo ID Number or FEIN/EIN
83-3546341

15. ID Type ☐ U.S. Driver License/ID Card (issued by: _____ ) ☐ NATO ID ☐ U.S. Dept. of State ID
☐ Passport (issued by: _____ ) ☐ U.S. Military ID ☐ U.S. Dept. of Homeland Security ID
☐ U.S. Citizenship & Immigration Services/DOJ ID ☐ Other Military Status of Forces Photo ID

| 16. Applicant First Name (or Entity Name) | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| Preferred Ready-Mix LLC | | | |

| 17. Additional Applicant First Name (if applicable) | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| | | | |

| 18. Applicant Mailing Address | City | State | Zip | 19. Owner County of Residence |
|---|---|---|---|---|
| 26311 Parkman Grove Drive | RICHMOND | TX | 77406 | FORT BEND |

| 20. Previous Owner Name (or Entity Name) | City | State | 21. Dealer GDN (if applicable) | 22. Unit No. (if applicable) |
|---|---|---|---|---|
| WORLDWIDE TRUCKS, LLC | HOUSTON | TX | P114758 | |

| 23. Renewal Recipient First Name (or Entity Name) (if different) | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| | | | |

| 24. Renewal Notice Mailing Address (if different) | City | State | Zip |
|---|---|---|---|
| | | | |

| 25. Applicant Phone Number (optional) | 26. Email (optional) | 27. Registration Renewal eReminder |
|---|---|---|
| | | ☐ Yes (Provide Email in #26) |

| 28. Vehicle Location Address (if different) | City | State | Zip |
|---|---|---|---|
| | | | |

| 29. Multiple (Additional) Liens | 30. Electronic Title Request | 31. Certified/eTitle Lienholder ID Number (if any) | 32. First Lien Date (if any) |
|---|---|---|---|
| ☐ Yes (Attach Form VTR-267) | ☒ Yes (Cannot check #29) | | |

| 33. First Lienholder Name (if any) | Mailing Address | City | State | Zip |
|---|---|---|---|---|
| NONE | | | | |

34. Check only if applicable:  **MOTOR VEHICLE TAX STATEMENT**
☐ I hold Motor Vehicle Retailer's (Rental) Permit No. _____ and will satisfy the minimum tax liability (V.A.T.S., Tax Code §152.046[c])
☐ I am a dealer or lessor and qualify to take the Fair Market Value Deduction (V.A.T.S., Tax Code, §152.002[c]). GDN or Lessor Number _____

| 35. Trade-in (if any) | Year | Make | Vehicle Identification Number | 36. Additional Trade-in(s) |
|---|---|---|---|---|
| ☐ Yes (Complete) | | | | ☐ Yes |

37. Check only if applicable:  **SALES AND USE TAX COMPUTATION**

☒ (a) Sales Price ($ _____ rebate has been deducted) $ 14,475.00
 (b) Less Trade-in Amount, described in Item 35 above $ ( 0.00 )
 (c) For Dealers/Lessors/Rental ONLY – Fair Market Value
  Deduction, described in Item 35 above $ N/A )
 (d) Taxable Amount (Item a minus Item b or Item c) $ 14,475.00
 (e) 6.25% Tax on Taxable Amount (Multiply Item d by .0625) $ 904.69
 (f) Late Tax Payment Penalty ☐ 5% or ☐ 10% $ 0.00
 (g) Tax Paid to ___TEXAS___ (STATE) $ 904.69
 (h) AMOUNT OF TAX AND PENALTY DUE $ 0.00
  (Item e plus Item f minus Item g)

☐ $90 New Resident Tax – (Previous State) _____
☐ $5 Even Trade Tax
☐ $10 Gift Tax – Use Comptroller Form 14-317
☐ $65 Rebuilt Salvage Fee
☐ 2.5% Emissions Fee (Diesel Vehicles 1996 and Older > 14,000 lbs.)
☐ 1% Emissions Fee (Diesel Vehicles 1997 and Newer > 14,000 lbs.)
☐ Exemption claimed under the Motor Vehicle Sales and Use Tax Law because:

☒ $28 or $33 Application Fee for Texas Title
 (Contact your county tax assessor-collector for the correct fee.)

**CERTIFICATION – State law makes falsifying information a third degree felony**
I hereby certify all statements in this document are true and correct to the best of my knowledge and belief, and I am eligible for title and/or registration (as applicable).

| Signature(s) of Seller(s), Donor(s), or Trader(s) | Printed Name(s) (Same as Signature(s)) | Date |
|---|---|---|
| | | 09/06/19 |
| Signature of Applicant/Owner | Printed Name (Same as Signature) | Date |
| | Robert Turan | 09/06/19 |
| Signature(s) of Additional Applicant(s)/Owner(s) | Printed Name(s) (Same as Signature(s)) | Date |
| | | |

Form 130-U Rev 08/16  Form available online at www.TxDMV.gov  Page 1 of

# BARCLAYS

Barclays Arrival™ World Mastercard® Statement

MATTHEW TYSON | Account Ending 4408 | Statement Period 08/12/19-09/11/19 Page 1 of 5

## Account Activity

| | | |
|---|---|---|
| Previous Balance as of 08/12/19 | | $0.00 |
| Payments | - | $0.00 |
| Purchases | + | $11,330.00 |
| Fees Charged | + | $0.00 |
| Interest Charged | + | $0.00 |
| Statement Balance as of 09/11/19 | = | $11,330.00 |

⟩ APR Details begin on page 2 in the Interest Charge Calculation section.

⟩ Transaction details begin on page 2.

## Credit Line

| | |
|---|---|
| Total Revolving Credit Line | $12,000.00 |
| Includes $4,800.00 cash advance line | |
| Available Revolving Credit Line as of 09/11/19 | $670.00 |
| Available for cash advances $670.00 | |

## Miles Summary

| | |
|---|---|
| Miles Earned This Period | 11,330 |
| Total Miles Balance | 11,716 |

⟩ For details see page 3

## Payment Information

| | |
|---|---|
| Statement Balance: | $11,330.00 |
| Minimum Payment Due: | $113.30 |
| Payment Due Date: | 10/08/19 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 26 years | $31,395.00 |
| $433.00 | 3 years | $15,588.00 (Savings = $15,807.00) |

▶ If you would like information about credit counseling services, please call 800-570-1403.

Repayment information based on activity and APR's on your account as of the closing date.

**SEE INSIDE:** You may have additional important messages inside.

---

NOTICE: SEE REVERSE SIDE OR END OF STATEMENT FOR IMPORTANT INFORMATION

## Payment Coupon

| Ways to pay: | BarclaysUS.com | Barclays Mobile App | 866-558-1107 | 11:59 PM ET PAYMENT DUE BY PHONE & ONLINE |
|---|---|---|---|---|

# BARCLAYS

| | |
|---|---|
| **Statement Balance as of 09/11/19:** (account ending 4408) | $11,330.00 |
| Minimum Payment Due: | $113.30 |
| Payment Due Date: | 10/08/19 |

Amount Enclosed: $ ___ , ___ , ___ . ___

*Make check payable to Barclays. Allow 7-10 days for USPS delivery.*

Barclays
P.O. Box 60517
City of Industry, CA 91716-0517

------ manifest line ---------
MATTHEW TYSON
5511 OLYMPIAD DR
HOUSTON TX 77041-5523

☐ Check for address, email and phone changes. Complete form on the back.

5593095001434408000113300113300006

# Barclays Arrival™ World Mastercard® Statement

MATTHEW TYSON | Account Ending 4408 | Statement Period 08/12/19-09/11/19 Page 2 of 5

## Transactions

| Transaction Date | Posting Date | Description | Miles | Amount |
|---|---|---|---|---|
| **Payments** | | | | |
| | | No Payment Received | | $0.00 |
| **Total payments for this period** | | | **N/A** | **$0.00** |
| **Purchase Activity for MATTHEW TYSON card ending 4408** | | | | |
| Sep 09 | Sep 10 | INT*IN *PREFERRED READ  832-9451057 TX | 11,330 | $11,330.00 |
| **Total purchase activity for this period** | | | **11,330** | **$11,330.00** |

▸ *To see activity after this statement period, visit BarclaysUS.com*

## Fees and Interest

| Transaction Date | Posting Date | Description | Amount |
|---|---|---|---|
| **Fees Charged** | | | |
| | | No fees charged for this period | $0.00 |
| **Total fees for this period** | | | **$0.00** |
| **Interest Charged** | | | |
| | | No interest charged for this period | $0.00 |
| **Total interest for this period** | | | **$0.00** |

| 2019 Year-to-Date Totals | |
|---|---|
| **Total fees charged in 2019** | $0.00 |
| **Total interest charged in 2019** | $0.00 |

*This Year-to-date summary reflects the Fees and Interest charged on billing statements with closing dates in 2019, and does not reflect any subsequent fee and/or interest adjustments.*

## Interest Charge Calculation

Days in Billing Cycle : 31

| Type of Balance | Promotional Rate End Date | Balance Subject to Interest Rate | Annual Percentage Rate (APR) | Interest Charge |
|---|---|---|---|---|
| **Purchases** | | | | |
| Standard Purchases | – | $1,097.11 | 21.99%(v) | $0.00 |

▸ *continued on page 3*

Visit BarclaysUS.com or use the Barclays Mobile App

# Barclays Arrival™ World Mastercard® Statement

MATTHEW TYSON      **| Account Ending 4408**     **| Statement Period 08/12/19-09/11/19**     Page 3 of 5

| Type of Balance | Promotional Rate End Date | Balance Subject to Interest Rate | Annual Percentage Rate (APR) | Interest Charge |
|---|---|---|---|---|
| **Balance Transfers** | | | | |
| Standard Balance Transfers/Checks | – | $0.00 | 21.99%(v) | $0.00 |
| **Cash Advances** | | | | |
| Standard Cash Advance | – | $0.00 | 27.24%(v) | $0.00 |
| **Total** | | | | **$0.00** |

ⓘ **Your Annual Percentage Rate (APR)** is the annual interest rate on your account. (v) = Variable Rate that varies with the market based on the Prime Rate. See the "Important Information" section of this statement for more information about how we calculate interest.

**AVOIDING INTEREST ON PURCHASES (GRACE PERIOD):**

If you have a 0% promotional APR on all of your Purchase balances, you can avoid paying interest on those balances during the applicable promotional period. However, pay at least your Minimum Payment Due to avoid a late fee.

If you have both Purchase balances with an APR greater than 0% and you also have other promotional balances on your Account, you can avoid paying interest on your Purchases by paying $ 11,330.00 (this amount includes any Minimum Payment Due required to avoid a late fee). Please refer to the "Accrual of Interest and How to Avoid Paying Interest on Purchases" paragraph on the back of this Statement for further detail.

## Miles Details

| | |
|---|---|
| **Beginning Miles Balance** | **386** |
| Miles earned on qualifying purchases | 11,330 |
| **Ending Miles balance** | **11,716** |

**YOUR BALANCE TRANSFER OPPORTUNITY**
You have a promotional APR balance transfer offer waiting for you - log on to BarclaysUS.com or call 866-558-1107 by October 31, 2019 to learn more. Remember, you can also transfer a balance at your standard APR and fees at any time.

# Important Information

**BARCLAYS**

**Information About Credit Bureau Reporting:** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Annual Fee.** If your account has an annual fee, it will be billed each year. We will give you advance notice on your billing statement prior to the assessment of the annual fee. You may choose to call us at 866-558-1107 within 45 days of receiving such notice to discuss alternative products that may be available or to close your account so that the fee will not be billed. If your account is closed, any outstanding reward points or miles on your account may be forfeited at that time. Payment of the annual fee does not affect our ability to close your account and/or to limit your transactions.

**Lost or Stolen Card:** Your credit card is issued by Barclays Bank Delaware. If your card is lost or stolen, please contact us immediately at 866-558-1107 at any time.

**Payment Information:** Each billing cycle, you must pay at least the Minimum Payment Due shown on your monthly statement by its Payment Due Date. Both the Minimum Payment Due and Payment Due Date are noted on your statement and on your home page when you login to BarclaysUS.com. At any time you may pay more than the Minimum Payment Due up to the full amount you owe us, however you cannot "pay ahead". This means that if you pay more than the required Minimum Payment Due in any billing cycle or if you make more than one payment in a billing cycle, you will still need to pay the next month's required Minimum Payment Due by your next Payment Due Date. Remember to make all checks payable to Barclays. **Please allow 7 to 10 days for the U.S. Postal Service to deliver your payment to us. Upon our receipt, your available credit may not be increased by the payment amount for up to 7 days to ensure the funds from the bank on which your payment is drawn are collected and not returned.** When you provide a check as payment on this Account, you authorize us to either use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. For inquiries, please call 866-558-1107.

**Mailed Payments:** A conforming payment received by us by 5 p.m. PT will be credited to your account the day of receipt. A "conforming payment" is a payment that: 1) is mailed using the enclosed envelope and payment coupon included with this statement or mailed with a payment coupon printed from BarclaysUS.com to Barclays, P.O. Box 60517, City of Industry, CA 91716-0517; and 2) is in the form of a single, non-folded check or money order made payable in U.S. dollars from a U.S. based institution. Any payment that does not meet these requirements, or any payment with multiple checks or money orders, additional correspondence, staples, paperclips, etc. will be considered a "non-conforming payment" which may delay the crediting of the payment for up to 5 days.

**Other Payment Options:**
Web: Visit BarclaysUS.com to set up your payments.

**Mobile:** To download the Barclays Mobile App, text MOBILE to 53818.
**Phone:** Call us at 866-558-1107 and we will process your payment.

All payments made via web, mobile app or pay by phone by 11:59 p.m. ET will be credited to your account that same day.

**Overnight Payments:** Send overnight courier service or U.S.P.S. Priority Mail payments to REMITCO, Card Services, Lock Box 60517, 2525 Corporate Park, Suite 250, Monterey Park, CA, 91754. A payment received at this address by 5 p.m. PT that otherwise meets the requirements of a conforming payment will be credited to your account that same day.

**How We Will Calculate Interest.** We use a method called "daily balance" (including new purchases). We calculate interest separately for each "Balance Subject to Interest Rate." These include for example, Purchases at the current rate, Balance Transfers at the current rate, Cash Advances at the current rate, and different promotional balances. Your monthly billing statement shows each "Balance Subject to Interest Rate."

To calculate interest, we first calculate a daily balance for each Balance Subject to Interest Rate. We start with the balance, for that Balance Subject to Interest Rate, as of the end of the previous day. We add any interest calculated on the previous day's balance. (This means interest is compounded daily). We add any new Purchases, Balance Transfers or Cash Advances to the appropriate balance, subtract any new payments or credits from the appropriate balance, and make other adjustments. A credit balance is treated as a balance of zero. We then multiply each daily balance by the applicable daily periodic rate. We do this for each day in the billing period. That gives us the daily interest. We add up all the daily interest for all of the daily balances to get the total interest for the billing period.

**Accrual of Interest and How to Avoid Paying Interest on Purchases.** Your due date is at least 23 days after the close of each billing cycle. On Purchases, interest begins to accrue as of the transaction date. However, you can avoid paying interest on Purchases in any given billing cycle if you pay your Statement Balance in full by the Payment Due Date. You may also avoid paying interest on Purchases if either Paragraph A or Paragraph B of this section applies to your account.

A. If you have Purchase balances with a 0% promotional APR, you can avoid paying interest on those Purchase balances during the promotional period, and the following Paragraph B will not apply to your account. (However, to avoid a late fee, pay at least your Minimum Payment Due.)
B. If you have Purchase balances with an APR that is greater than 0%, and you also have other types of promotional balances on your account, you still may be able to avoid paying interest on those balances without paying your Statement Balance in full. If this applies to your Account, you will see a Paragraph titled "Avoiding Interest on Purchases (Grace Period)" appearing directly below the Interest Charge Calculation section on the front of this Statement. This will show the amount you can pay by the Payment Due Date and still avoid interest charges on your Purchase balances. This amount may differ from your Statement Balance. It may differ because you currently have certain promotional APR

*Continued on page 5*

0ff9697 45

---

Make Changes to your contact information below

Name

Address

City                    State                    Zip

Home Phone              Work Phone

Email Address



balances, and the nonpayment of these balances will not affect your grace period on Purchases, provided you pay all other balances on your account. (However, to avoid a late fee, pay at least your Minimum Payment Due.)

For Balance Transfers, interest will accrue from the transaction date which generally will be the day the payee accepts the Check. For Cash Advances, interest will accrue from the transaction date which generally will be the day you take the Cash Advance. Please note that purchases of Cash Equivalents, which include money orders, travelers checks, foreign currency, lottery tickets, gambling chips and wire transfers, are treated as Cash Advances and do not have a grace period. See your Cardmember Agreement for more information.

**Minimum Interest Charge:** This fee, if imposed, appears in the Summary of Fees as a "Minimum Interest Charge" or "Minimum Charge."

**No Pre-Set Spending Limit:** "No Pre-Set Spending Limit" does not mean unlimited spending, it means we may permit you from time to time at our discretion to make certain charges that will cause your outstanding balance to exceed your revolving credit line. Any such charge will be considered on an individual basis and such evaluation will be based on your account spending and payment history as well as your experience with other creditors. If you exceed your revolving credit line, then you must pay, with your Minimum Payment Due, the amount by which your balance exceeds your revolving credit line, including amounts due to Purchases, Cash Advances, Interest charges, Fees, or other charges.

**Credit Bureau Disputes:** If you believe that an entry we have made on your credit bureau report is inaccurate or incomplete, please contact the reporting agency directly or contact us at Card Services, P.O. Box 8803 Wilmington, DE 19899-8801. Please include your name; your account number; the credit reporting agency where you received the bureau report; a description of the error; and why you believe it is an error. We will promptly investigate, notify you of our findings, and send an update to the credit bureaus if warranted within 30 days.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:

Card Services
P.O. Box 8802
Wilmington, DE 19899-8802.

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at:

Card Services
P.O. Box 8802
Wilmington, DE 19899-8802.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

Please refer to your Cardmember Agreement for additional information about the terms of your Account.

©2019 Barclays Bank Delaware, member FDIC



# Citi® Double Cash Card

**MATTHEW W TYSON**
Member Since 2015  Account number ending in: 2396
Billing Period: **09/10/19-10/08/19**

www.citicards.com
**Customer Service 1-855-473-4583**
TTY-hearing-impaired services only 1-800-325-2865
BOX 6500 SIOUX FALLS, SD 57117

## OCTOBER STATEMENT

| | |
|---|---|
| Minimum payment due: | **$114.00** |
| New balance as of 10/08/19: | **$7,587.68** |
| Payment due date: | **11/06/19** |

To avoid paying interest on purchases, you should pay $7,587.68 by the due date.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39 and your APRs may be increased up to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 22 year(s) | $16,668 |
| $257 | 3 year(s) | $9,252 (Savings=$7,416) |

For information about credit counseling services, call 1-877-337-8187.

## Account Summary

| | |
|---|---|
| Previous balance | $2,620.41 |
| Payments | -$15,339.30 |
| Credits | -$0.00 |
| Purchases | +$20,280.70 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$25.87 |
| **New balance** | **$7,587.68** |

## Credit Limit

| | |
|---|---|
| Credit limit | $22,000 |

Includes $2,600 cash advance limit

| | |
|---|---|
| Available credit | $14,412 |

Includes $2,600 available for cash advances



## CASH REWARDS SUMMARY

### Your Cash Rewards:
## $631.75

**» See page 2 for more information about your rewards**

**For Payments, send check to: CITI CARDS, PO BOX 78045, Phoenix, AZ, 85062-8045**



P.O. Box 6004
Sioux Falls, SD 57117-6004

Your Monthly Statement
is Enclosed

**Pay your bill from virtually anywhere**
**with the Citi Mobile® App and Citi® Online**



To download:
Text 'App15' to MyCiti (692484)
or go to your device's app store.
Or visit www.citicards.com

| | |
|---|---|
| Minimum payment due | **$114.00** |
| New balance | **$7,587.68** |
| Payment due date | **11/06/19** |
| Amount enclosed: $ | |

Account number ending in 2396
**Please make check payable to CITI CARDS.**

MATTHEW W TYSON
5511 OLYMPIAD DR
HOUSTON  TX  77041-5523

CITI CARDS
PO BOX 78045
Phoenix, AZ 85062-8045

Page 2 of 3

www.citicards.com

**Customer Service 1-855-473-4583**
TTY-hearing-impaired services only 1-800-325-2865

Page 2 of 3

MATTHEW W TYSON



## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

**Payments, Credits and Adjustments**

|  | 10/08 | PAYMENT THANK YOU | -$10,500.00 |
|  | 09/23 | ONLINE PAYMENT, THANK YOU | -$4,839.30 |

**Promo Purchase-Offer 4 (1.990%)**

| 09/09 | 09/10 | AIKEN REEVES & COMPAN 2813771010    TX | $61.00 |
| 09/09 | 09/10 | AIKEN REEVES & COMPAN 2813771010    TX | $149.42 |
| 09/09 | 09/10 | INT*IN *PREFERRED READ 832-9451057   TX | $11,330.00 |
| 09/13 | 09/13 | HOW MANY EXTENSION    5152023078    IA | $14.95 |
| 09/17 | 09/17 | VDP CANCUN DP CLT     6196832470    NV | $4,839.30 |
| 09/20 | 09/20 | AIKEN REEVES & COMPAN 2813771010    TX | $41.11 |
| 09/23 | 09/23 | AUCTIONS UNLIMITED    HOUSTON      TX | $152.00 |
| 09/23 | 09/23 | SQU*SQ *H & G WELDDING New Caney    TX | $1,800.00 |
| 09/26 | 09/26 | LL AUCTIONS          7132486186    TX | $154.44 |
| 09/27 | 09/27 | SPL*ESTATE LIQUIDATOR DEER PARK     TX | $29.10 |
| 10/02 | 10/02 | O'REILLY AUTO PARTS 55 HOUSTON     TX | $8.60 |
| 10/02 | 10/02 | O'REILLY AUTO PARTS 55 HOUSTON     TX | $30.25 |
| 10/02 | 10/02 | CORTES WORLD TRUCK PAR MISSOURI CITY TX | $102.53 |
| 10/03 | 10/03 | O'REILLY AUTO PARTS 55 HOUSTON     TX | $6.68 |
| 10/03 | 10/03 | WM SUPERCENTER #872   PEARLAND     TX | $17.80 |
| 10/03 | 10/03 | AIKEN REEVES & COMPAN 2813771010    TX | $18.67 |
| 10/03 | 10/03 | SUNBELT RENTALS #559  HOUSTON      TX | $49.80 |
| 10/03 | 10/03 | CRB TOWING           HOUSTON      TX | $715.05 |
| 10/03 | 10/03 | SQ    *SQ *E.D.S Houston    TX | $760.00 |

## Fees charged

| **Total fees charged in this billing period** | **$0.00** |
|---|---|

## Interest charged

| Date | Description | Amount |
|---|---|---|
| 10/08 | INTEREST CHARGED TO RTSALEOFFER | $25.87 |
| **Total interest charged in this billing period** | | **$25.87** |

### 2019 totals year-to-date

| Total fees charged in 2019 | **$12.27** |
|---|---|
| Total interest charged in 2019 | **$91.93** |

### Interest charge calculation

Days in billing cycle: **29**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 16.74% (V) | $0.00 (D) | $0.00 |
| RtSaleOffer4 | 1.99% | $16,369.47 (D) | $25.87 |
| (Promotional Rate Expires 02/03/20) | | | |
| ADVANCES | | | |
| Standard Adv | 26.99% (V) | $0.00 (D) | $0.00 |

---

### CASH REWARDS SUMMARY

**TOTAL CASH REWARDS BALANCE:**

# $631.75

| Previous Balance: | $275.55 |
|---|---|
| Earned this Period: | $356.20 |
| **Total Earned this Period:** | **$356.20** |
| **Redeemed this Period:** | **$0.00** |
| **Ending Rewards Balance:** | **$631.75** |

### THE TWO WAYS TO EARN!

**Cash Back on Purchases**

| Eligible Purchases: | $20,280.70 |
|---|---|
| Cash Back on Purchases Earned: | $202.81 |

**Cash Back on Payments**

| Eligible Payments: | $15,339.30 |
|---|---|
| Cash Back on Payments Earned: | $153.39 |

### PURCHASE TRACKER AND HOW CASH BACK ON PAYMENTS WORKS

1. Total Payment Made: $15,339.30
   *Note: payments are eligible up to the amount in your Purchase Tracker*
2. Purchase Tracker: $21,810.58
3. Eligible Payment: $15,339.30
4. Cash Back on Payments Earned: $153.39
5. Ending Purchase Tracker: $6,471.28

*Purchase Tracker - When you make a purchase, that amount goes into your Purchase Tracker. Balance transfers, cash advances, fees and interest are not included. Make an eligible payment and the Purchase Tracker gets reduced by that amount. When the Purchase Tracker reaches $0, you won't earn cash back on payments until more purchases are made. See Terms & Conditions for details.*

**Questions? Time to Redeem?**
Visit citi.com or call 1-855-473-4583
Bonus cash back may take 1-2 billing periods to appear on your statement.

**www.citicards.com**

MATTHEW W TYSON

**Customer Service 1-855-473-4583**
TTY-hearing-impaired services only 1-800-325-2865

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

©2018 Citibank, N.A.
Citi, Citi with Arc Design are registered service marks of Citigroup Inc.



**Discover it® Card**

Account number ending in 9083
Open Date: Aug 26, 2019- Close Date: Sep 25, 2019
Cardmember Since 2015

Page 1 of 4

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Payments and Credits | + | $0.00 |
| Purchases | + | $11,330.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $0.00 |
| Interest Charged | + | $0.00 |
| New Balance | | $11,330.00 |

See Interest Charge Calculation section following the Transactions section for detailed APR information

| | |
|---|---|
| Credit Line | $12,500 |
| Credit Line Available | $1,170 |
| Cash Advance Credit Line | $2,000 |
| Cash Advance Credit Line Available | $1,170 |

You may be able to avoid interest on Purchases.
See reverse for details.



**FICO**
**718**

Your FICO® Credit Score on 9/19/19

Track recent FICO® Scores on our mobile app or online

 **Please see Notice of Changes
to Your Payment Address**

## PAYMENT INFORMATION

| **New Balance** | **$11,330.00** |
|---|---|
| Minimum Payment Due | $227.00 |
| Payment Due Date | October 20, 2019 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00.

## REWARDS

| **Cashback Bonus®** | | Anniversary Month October |
|---|---|---|
| Opening Balance | $ | 0.78 |
| New Cashback Bonus This Period | | |
| Everywhere Else | + $ | 113.30 |
| Redeemed This Period | - $ | 0.00 |
| **Cashback Bonus Balance** | **$** | **114.08** |

To learn more, log in at **Discover.com**

---

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Make Check payable to Discover. Do Not Send Cash.
Please fold on the perforation below, detach and return with your payment.

| **Payment Coupon** Please do not fold, clip or staple. | **Pay Online** Discover.com | **Pay by Phone** 1-800-347-3085 |
|---|---|---|

| | |
|---|---|
| Account number ending in | 9083 |
| Minimum Payment Due | $227.00 |
| New Balance | $11,330.00 |
| **Payment Due Date** | **October 20, 2019** |
| **Amount enclosed** | $ |

MATTHEW W TYSON
5511 OLYMPIAD DR
HOUSTON TX 77041-5523



PO BOX 790213
ST. LOUIS, MO 63179-0213

Phone and Internet payments must be received before midnight ET on your due date to be credited as of the same day.
**Address, e-mail or telephone changed?** Note changes on reverse side.

000001986623519844893113300000100000022700

**Important Information**
See your Cardmember Agreement. Your Cardmember Agreement contains all the terms of your Account.

**Lost or stolen cards.** Report immediately! Call **1-800-347-3085.**

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us at Discover, PO Box 30421, Salt Lake City, UT 84130-0421, or submit the form provided at https://discover.com/billingerrornotice. You must contact us within 60 days after the error appeared on your statement. You must notify us of only the errors that relate to the dollar amount of a purchase or payment you make with your Account. You can notify us by phone, but if you do we are not required to investigate any potential errors, and you may have to pay the amount in question. The Billing Rights Notice further explains your rights. Please see your Cardmember Agreement or visit https://discover.com/billingrights for a copy of this Notice.

**Payments.** You may pay all or part of your Account balance at any time. However, you must pay at least the Minimum Payment Due by the Payment Due Date. Send only your allowable form of payment ("Payment") and the bottom portion of this statement in the envelope provided, after affixing postage. Payments sent without proper postage will be returned to the sender. If you pay by check, you authorize us to use information on your check to make an electronic fund transfer from your account at the financial institution indicated on your check or to process the payment as a check transaction. If a Payment is processed as an electronic fund transfer, the transfer will be for the amount of the check, funds may be withdrawn from your account as soon as the same day we receive your check, and you will not receive your check back.

**Please do not send cash.** Sending cash is not allowed. The processing of your allowable form of Payment may be delayed if you send cash or correspondence with your Payments, if you send the Payment to any other address, or if you use an envelope other than the one provided. Payments received at our processing facility by 5PM local time on any day will be credited to your Account as of that day. Payments received at our processing facility after 5PM local time will be credited to your Account as of the next day. If you have misplaced your envelope, send your Payment to Discover, PO Box 6103, Carol Stream, IL 60197-6103. Please allow 7-10 days for delivery. If your Payment is returned unpaid, we reserve the right to resubmit it as an electronic debit. Payments made online or by phone will be credited as of the day of receipt if made by Midnight ET on the Payment Due Date or 5PM ET on any other day.

You can also make a Payment or set up automatic payments by calling 1-800-347-3085. Automatic payments for the billing period shown on your statement will be deducted on the Payment Due Date shown on that statement, or the next automatic payment date referred to on your statement, unless you request a recurring payment date that occurs before your Payment Due Date. If your scheduled payment date falls on a weekend or bank holiday, your payment will be processed the business day prior to the weekend or bank holiday. In order to schedule monthly payments by telephone, you will need this statement and your bank account information. You will be asked to provide the last four (4) digits of the social security number of the primary borrower as your electronic signature. By providing those numbers, you will be agreeing to this authorization to allow us and your bank to deduct each payment you authorize, in the amount selected by you, from your bank account. You also authorize us to initiate debit or credit entries to your bank account, as applicable, to correct an error in the processing of such payment. You can cancel a scheduled payment by phone at 1-800-347-3085 or by mail at Discover, PO Box 30421, Salt Lake City, UT 84130-0421; payment cancellations must be received before 5 PM ET of the scheduled withdrawal date.

If your payments may vary in amount, we will tell you on each monthly billing statement when your payment will be made and how much it will be. You must ensure that sufficient funds are available in your bank account, and all transactions must comply with U.S. law.

You can set automatic payments for: (i) statement New Balance, (ii) statement Minimum Payment Due, (iii) statement Minimum Payment Due plus a fixed dollar amount, or (iv) other dollar amount. If your scheduled "Other dollar amount" payment is not enough to cover the Minimum Payment Due as listed on your monthly billing statement, your scheduled payment for that month will be increased to cover the Minimum Payment Due. If the scheduled payment is greater than the Minimum Payment Due, any excess will be applied in accordance with your Cardmember Agreement. If your scheduled payment is greater than the New Balance on your billing statement, that payment will be processed only for the amount of your New Balance. Your automatic payment amount may be less than the amount indicated on the billing statement based on credits or payments after the Close Date.

If you enroll by phone in our automatic payment service, please fill-in the following blanks below and retain the authorization for your records.

Amount: ☐ Full Pay_____ ☐ Min Pay_____ ☐ Min Pay+ $_____;
☐ Other Amount$_____; Bank Routing #:_____;
Bank Account #_____;
Monthly on the ☐ Payment Due Date
☐_____ Day of month (insert date)

**Credit Reporting.** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report. We normally report the status and payment history of your Account to credit reporting agencies each month. If you believe that our report is inaccurate or incomplete, please write us at this address: Discover, PO Box 15316, Wilmington, DE 19850-5316. Please include your name, address, home telephone number and Account number.

**Paying Interest.** Your due date is at least 25 days after the close of each billing period (at least 23 days for billing periods that begin in February). We will not charge you any interest on Purchases if you pay your entire balance by the due date each month. We will begin charging interest on Cash Advances and Balance Transfers as of the later of the Transaction Date or the first day of the billing period in which the transaction posted to your Account.

**How We Calculate Interest Charges.** We Use the Daily Balance Method (including current transactions) to calculate the Balance Subject to Interest Rate. For more information, please call us at 1-800-347-3085.

**Balance Subject to Interest Rate.** Your statement shows a Balance Subject to Interest Rate. It shows this for each transaction category. The Balance Subject to Interest Rate is the average of the daily balances during the billing period.

**Credit Balances.** If your Account has a credit balance, the amount is shown on the front of your billing statement. A credit balance is money that is owed to you. You may make charges against this amount if your Account is open. We will send you a refund of any remaining balance of $1.00 or more after 6 months, or as otherwise required by applicable law, or upon request made to the address in the Contact Us section on page 3 of your billing statement.

**Balance Transfers.** Balance Transfers are offered at our discretion and accrue interest at the standard purchase rate unless we tell you otherwise.

Discover may monitor and/or record telephone calls between you and Discover representatives for quality assurance purposes.

The Discover® card is issued by Discover Bank, Member FDIC. DIT23-26.0218

# CHANGE OF ADDRESS

If correct on front, do not use. Please print clearly in blue or black ink, in the space provided.

| | | |
|---|---|---|
| Street Address | | Home Phone |
| | | Work Phone |
| City | | Email |
| State, Zip | | |

To make changes to your address, email or telephone number, visit Discover.com

Continued on next page



**Discover it® Card**

Account number ending in 9083
Open Date: Aug 26, 2019 - Close Date: Sep 25, 2019
Page 3 of 4

# CONTACT US

|  Web Access your account securely at Discover.com |  Mobile Manage your account anytime, anywhere at m.Discover.com |  Phone 1-800-347-3085 TDD 1-800-347-7449 |  Inquiry Discover PO Box 30943 Salt Lake City UT 84130 |  Mail Payments Discover PO Box 6103 Carol Stream IL 60197-6103 |

## Transactions

|  | Trans. Date | Post Date | | | |
|---|---|---|---|---|---|
| **Travel/Entertainment** | Sep 9 | Sep 9 | IN *PREFERRED READY-MI 832-9451057 TX ANJ89U65 | $ | 11,330.00 |
| **Fees** | | | **TOTAL FEES FOR THIS PERIOD** | $ | 0.00 |
| **Interest Charged** | | | **TOTAL INTEREST FOR THIS PERIOD** | $ | 0.00 |

## 2019 Totals Year-to-Date

| | | |
|---|---|---|
| **TOTAL FEES CHARGED IN 2019** | $ | 0.00 |
| **TOTAL INTEREST CHARGED IN 2019** | $ | 0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

Current Billing Period: 31 days

| TYPE OF BALANCE | ANNUAL PERCENTAGE RATE (APR)* | PROMO APR EXPIRATION DATE** | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|---|
| **Purchases** | 24.99% V | N/A | $0.00 | $0.00 |
| **Cash Advances** | 26.99% V | N/A | $0.00 | $0.00 |

V=Variable Rate

\*   If your account is currently enrolled in a special program or is placed into one during the term of the offer, you will receive the benefit of the lower rate while the special program is in effect. This includes, if applicable, any lower rates as authorized under the Servicemembers Civil Relief Act.

\** This is the date your promotional rate expires and the remaining balance will be moved to your standard APR disclosed when you accepted the offer. Please note: Changing your payment due date may change your Promo APR Expiration Date.

\*** For more information, please call us at 1-800-347-2683.

## Information For You

 **Notice of Changes to Your Payment Address**
As of your billing cycle in October, your payment address will change.  The new address will be provided on the October billing statement.  At the time of your change, you should update your online banking information with your bank to include this new address.

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

## Information For You ... Continued

### FICO® Credit Score Terms

Your FICO® Credit Score, key factors, and other credit information use the FICO® Score 8 model. They are based on data from TransUnion® and may be different from other credit scores and other credit information provided by different bureaus. This information is intended for and only provided to Primary account holders who have an available score. Your score, key factors and other credit information are available on Discover.com and cardmembers are also provided a score on statements. Customers will see up to a year of recent scores online. Discover and other lenders may use different inputs, such as FICO® Credit Scores, other credit scores and more information in credit decisions. This benefit may change or end in the future. FICO is a registered trademark of the Fair Isaac Corporation in the United States and other countries.

If you prefer not to receive your FICO® Credit Score just call us at 1-800-DISCOVER (1-800-347-2683). Please give us two billing cycles to process your request.

Discover Financial Services and Fair Isaac are not credit repair organizations as defined under federal or state law, including the Credit Repair Organizations Act. Discover Financial Services and Fair Isaac do not provide "credit repair" services or assistance regarding "rebuilding" or "improving" your credit record, credit history or credit rating.

### Availability of FICO® Credit Score

As an active cardmember, you may see your FICO® Credit Score on your monthly statement or online. Reasons why you may not see your FICO® Credit Score include: if you opt out; if you have key information that is mismatched or missing, as one example, an address change that has not been updated with Discover or TransUnion®; if your credit history is too new; if your account status is abandoned, bankrupt, fraud, lost or stolen, closed, revoked, or charged off; if you have a foreign address. Your FICO® Score is disclosed on statements when your statement is available. You may not receive a statement if you have no account activity such as no purchase transactions, fees, interest, or payments for approximately 30 days.

## More from Discover

**Did you know that checking comes with cash back, too? Pinch me.**
Your credit card isn't the only thing that earns you cash back. Now you can earn 1% cash back on up to $3,000 in debit card purchases each month* with Discover Cashback Debit. Visit DiscoverBank.com/Debit to learn more.

| MWT Credit Card | Date | Description | Debits | Credits |
|---|---|---|---|---|
| CapOne Visa 9359 | 19-Sep-19 | ExxonMobil | $20.00 | |
| CapOne Visa 9359 | 19-Sep-19 | ExxonMobil | $20.23 | |
| CapOne Visa 9359 | 23-Sep-19 | Castro Graphics | $129.90 | |
| Citi DC M/C 2396 | 23-Sep-19 | H&G Welding | $1,800.00 | |
| CapOne Visa 9359 | 25-Sep-19 | Whitener Enterprises | $1,943.28 | |
| AmEx 71007 | 27-Sep-19 | RB Acutioneers - Util Truck | $3,204.71 | |
| Citi DC M/C 2396 | 2-Oct-19 | Cortes World Truck Parts | $102.53 | |
| Citi DC M/C 2396 | 2-Oct-19 | O'Reilly Auto Parts | $30.25 | |
| Citi DC M/C 2396 | 2-Oct-19 | O'Reilly Auto Parts | $8.60 | |
| Citi DC M/C 2396 | 3-Oct-19 | CRB Towing | $715.05 | |
| Citi DC M/C 2396 | 3-Oct-19 | EDS | $760.00 | |
| Citi DC M/C 2396 | 3-Oct-19 | O'Reilly Auto Parts | $6.68 | |
| Citi DC M/C 2396 | 3-Oct-19 | Sunbelt Rentals | $49.80 | |
| Citi DC M/C 2396 | 3-Oct-19 | Walmart | $17.80 | |
| Citi DC M/C 2396 | 6-Oct-19 | Harbor Freight Tools | $28.11 | |
| CapOne Visa 9359 | 8-Oct-19 | Cortes World Truck Parts | $481.90 | |
| Citi DC M/C 2396 | 8-Oct-19 | Interest Pro-rated | $157.20 | |
| Citi DC M/C 2396 | 9-Oct-19 | Walmart | $12.93 | |
| Citi DC M/C 2396 | 10-Oct-19 | Cortes World Truck Parts | $104.71 | |
| Citi DC M/C 2396 | 10-Oct-19 | O'Reilly Auto Parts | $95.60 | |
| Citi DC M/C 2396 | 10-Oct-19 | Sunbelt Rentals | $87.14 | |
| Citi DC M/C 2396 | 10-Oct-19 | Whitener Enterprises | $59.02 | |
| Citi DC M/C 2396 | 10-Oct-19 | Whitener Enterprises | $1,967.63 | |
| Citi DC M/C 2396 | 14-Oct-19 | ChecksForLess.com | $70.40 | |
| Citi DC M/C 2396 | 14-Oct-19 | Cortes World Truck Parts | $180.84 | |
| Citi DC M/C 2396 | 15-Oct-19 | Cortes World Truck Parts | $102.44 | |
| CapOne Visa 9359 | 17-Oct-19 | Interest Pro-rated | $8.53 | |
| Citi DC M/C 2396 | 17-Oct-19 | John S Pocock | $3,000.00 | |
| Citi DC M/C 2396 | 19-Oct-19 | Harbor Freight Tools | $259.79 | |
| AmEx 71007 | 24-Oct-19 | Payment - PRM Main Chase 6192 | | ($500.00) |
| Citi DC M/C 2396 | 31-Oct-19 | AutoZone | $102.29 | |
| Citi DC M/C 2396 | 31-Oct-19 | Progressive Truck Insurance | $3,000.00 | |
| AmEx 71007 | 1-Nov-19 | Cargo Container | $1,483.97 | |
| Citi DC M/C 2396 | 1-Nov-19 | Imperial Wrecker | $947.18 | |
| Citi DC M/C 2396 | 5-Nov-19 | Cortes World Truck Parts | $764.40 | |
| Citi DC M/C 2396 | 5-Nov-19 | CRB Towing | $1,005.21 | |
| AmEx 71007 | 8-Nov-19 | AMEX Interest Charge | $58.63 | |
| Citi DC M/C 2396 | 8-Nov-19 | Interest Pro-rated | $170.61 | |
| CapOne Visa 9359 | 16-Nov-19 | Interest Pro-rated | $8.82 | |
| AmEx 71007 | 22-Nov-19 | Payment - PRM Equip Chase 0766 | | ($500.00) |
| AmEx 71007 | 26-Nov-19 | Truckman Part - T102 engine rebuild | $770.33 | |
| Barclay M/C 4408 | 5-Dec-19 | Payment - PRM Equipment Acct | | ($105.00) |
| Chase Freedom Visa 7372 | 5-Dec-19 | Payment - PRM Equipment Acct | | ($100.00) |
| Citi DC M/C 2396 | 5-Dec-19 | Payment - PRM Equipment Acct | | ($350.00) |
| Citi DC M/C 2396 | 9-Dec-19 | Interest Pro-rated | $168.37 | |
| AmEx 71007 | 10-Dec-19 | AMEX Interest Charge | $91.52 | |
| CapOne Visa 9359 | 14-Dec-19 | Payment - PRM Equipment Acct | | ($250.00) |
| AmEx 71007 | 17-Dec-19 | Northern Tool - fuel meter | $109.32 | |
| AmEx 71007 | 17-Dec-19 | Robidoux Inc - compressor vibration pads | $19.38 | |
| CapOne Visa 9359 | 17-Dec-19 | Interest Pro-rated | $7.71 | |
| AmEx 71007 | 24-Dec-19 | AutoZone | $25.96 | |
| AmEx 71007 | 2-Jan-20 | Harbor Frieght - drill bits | $24.89 | |
| AmEx 71007 | 3-Jan-20 | Harbor Freight | $40.03 | |
| AmEx 71007 | 3-Jan-20 | Home Depot | $8.03 | |
| AmEx 71007 | 3-Jan-20 | Payment - PRM Equipment Acct | | ($140.00) |
| Barclay M/C 4408 | 3-Jan-20 | Payment - PRM Equipment Acct | | ($135.00) |
| Chase Freedom Visa 7372 | 3-Jan-20 | Payment - PRM Equipment Acct | | ($100.00) |
| Citi DC M/C 2396 | 3-Jan-20 | Payment - PRM Equipment Acct | | ($325.00) |
| AmEx 71007 | 6-Jan-20 | VistaPrint - Biz Cards | $36.80 | |

| | | | | |
|---|---|---|---|---|
| Citi DC M/C 2396 | 8-Jan-20 | Interest Pro-rated | $166.41 | |
| CapOne Visa 9359 | 9-Jan-20 | Payment - PRM Equipment Acct | | ($145.00) |
| AmEx 71007 | 10-Jan-20 | AMEX Interest Charge | $101.30 | |
| AmEx 71007 | 15-Jan-20 | Office Depot - QB Desktop Pro | $216.49 | |
| CapOne Visa 9359 | 17-Jan-20 | Interest Pro-rated | $7.48 | |
| AmEx 71007 | 20-Jan-20 | Home Depot | $39.50 | |
| AmEx 71007 | 21-Jan-20 | Home Depot | $31.45 | |
| AmEx 71007 | 24-Jan-20 | Home Depot | $27.20 | |
| AmEx 71007 | 1-Feb-20 | Payment - PRM Equipment Acct | | ($155.00) |
| Chase Freedom Visa 7372 | 2-Feb-20 | Payment - PRM Equipment Acct | | ($105.00) |
| Barclay M/C 4408 | 6-Feb-20 | Payment - PRM Equipment Acct | | ($145.00) |
| Citi DC M/C 2396 | 6-Feb-20 | Payment - PRM Equipment Acct | | ($321.00) |
| AmEx 71007 | 7-Feb-20 | AMEX Interest Charge | $97.85 | |
| Citi DC M/C 2396 | 10-Feb-20 | Interest Pro-rated | $164.48 | |
| CapOne Visa 9359 | 12-Feb-20 | Payment - PRM Equipment Acct | | ($145.00) |
| CapOne Visa 9359 | 17-Feb-20 | Interest Pro-rated | $6.98 | |
| AmEx 71007 | 28-Feb-20 | Payment - PRM Equipment Acct | | ($155.00) |
| Barclay M/C 4408 | 28-Feb-20 | Payment - PRM Equipment Acct | | ($145.00) |
| Citi DC M/C 2396 | 6-Mar-20 | Payment - PRM Equipment Acct | | ($318.00) |
| Chase Freedom Visa 7372 | 7-Mar-20 | Payment - PRM Equipment Acct | | ($105.00) |
| Citi DC M/C 2396 | 9-Mar-20 | Interest Pro-rated | $162.57 | |
| AmEx 71007 | 10-Mar-20 | AMEX Interest Charge | $109.85 | |
| CapOne Visa 9359 | 14-Mar-20 | Payment - PRM Equipment Acct | | ($145.00) |
| CapOne Visa 9359 | 17-Mar-20 | Interest Pro-rated | $6.07 | |
| AmEx 71007 | 2-Apr-20 | Payment - PRM Equipment Acct | | ($163.00) |
| Barclay M/C 4408 | 2-Apr-20 | Payment - PRM Equipment Acct | | ($136.00) |
| Chase Freedom Visa 7372 | 2-Apr-20 | Payment - PRM Equipment Acct | | ($102.00) |
| Citi DC M/C 2396 | 2-Apr-20 | Payment - PRM Equipment Acct | | ($471.08) |
| Citi DC M/C 2396 | 8-Apr-20 | Interest Pro-rated | $158.71 | |
| AmEx 71007 | 9-Apr-20 | AMEX Interest Charge | $97.75 | |
| CapOne Visa 9359 | 14-Apr-20 | Payment - PRM Equipment Acct | | ($144.00) |
| CapOne Visa 9359 | 17-Apr-20 | Interest Pro-rated | $6.00 | |
| CapOne Visa 9359 | 28-Apr-20 | AutoZone | $16.23 | |
| CapOne Visa 9359 | 28-Apr-20 | O'Reilly Auto Parts | $16.25 | |
| CapOne Visa 9359 | 1-May-20 | Shell Station - PRM Diesel Fuel Account | $203.10 | |
| Citi DC M/C 2396 | 8-May-20 | Interest Pro-rated | $160.69 | |
| AmEx 71007 | 10-May-20 | AMEX Interest Charge | $99.98 | |
| CapOne Visa 9359 | 16-May-20 | Interest Pro-rated | $6.63 | |
| CapOne Visa 9359 | 16-May-20 | O'Day HW | $27.56 | |
| CapOne Visa 9359 | 16-May-20 | O'Day HW | | ($12.11) |
| CapOne Visa 9359 | 25-May-20 | O'Day HW | | ($8.87) |
| AmEx 71007 | 4-Jun-20 | Payment - PRM Equipment Acct | | ($152.00) |
| Barclay M/C 4408 | 5-Jun-20 | Payment - PRM Equipment Acct | | ($130.00) |
| CapOne Visa 9359 | 5-Jun-20 | Tx SOS | $4.11 | |
| Citi DC M/C 2396 | 8-Jun-20 | Interest Pro-rated | $162.70 | |
| AmEx 71007 | 9-Jun-20 | AMEX Interest Charge | $95.88 | |
| CapOne Visa 9359 | 17-Jun-20 | Interest Pro-rated | $6.84 | |
| CapOne Visa 9359 | 2-Jul-20 | Tx SOS | $5.14 | |
| Citi DC M/C 2396 | 8-Jul-20 | Interest Pro-rated | $164.73 | |
| AmEx 71007 | 10-Jul-20 | AMEX Interest Charge | $97.90 | |
| CapOne Visa 9359 | 17-Jul-20 | Interest Pro-rated | $6.63 | |
| CapOne Visa 9359 | 22-Jul-20 | Tx SOS | $1.03 | |
| AmEx 71007 | 10-Aug-20 | AMEX Interest Charge | $97.04 | |
| Citi DC M/C 2396 | 10-Aug-20 | Interest Pro-rated | $166.79 | |
| CapOne Visa 9359 | 17-Aug-20 | Interest Pro-rated | $6.86 | |
| Citi DC M/C 2396 | 8-Sep-20 | Interest Pro-rated | $168.88 | |
| AmEx 71007 | 9-Sep-20 | AMEX Interest Charge | $92.99 | |
| CapOne Visa 9359 | 17-Sep-20 | Interest Pro-rated | $6.86 | |
| Citi DC M/C 2396 | 8-Oct-20 | Interest Pro-rated | $170.99 | |
| AmEx 71007 | 9-Oct-20 | AMEX Interest Charge | $73.86 | |

| | | | |
|---|---|---|---|
| CapOne Visa 9359 | 17-Oct-20 | Interest Pro-rated | $6.64 |
| Citi DC M/C 2396 | 9-Nov-20 | Interest Pro-rated | $173.12 |
| CapOne Visa 9359 | 19-Nov-20 | Interest Pro-rated | $7.30 |
| Citi DC M/C 2396 | 8-Dec-20 | Interest Pro-rated | $175.28 |
| CapOne Visa 9359 | 16-Dec-20 | Tx SOS | $1.03 |
| CapOne Visa 9359 | 19-Dec-20 | Interest Pro-rated | $6.86 |
| Citi DC M/C 2396 | 8-Jan-21 | Interest Pro-rated | $177.47 |
| CapOne Visa 9359 | 19-Jan-21 | Interest Pro-rated | $6.86 |
| Citi DC M/C 2396 | 8-Feb-21 | Interest Pro-rated | $179.69 |
| CapOne Visa 9359 | 17-Feb-21 | Interest Pro-rated | $6.20 |
| Citi DC M/C 2396 | 8-Mar-21 | Interest Pro-rated | $181.94 |
| CapOne Visa 9359 | 20-Mar-21 | Interest Pro-rated | $6.86 |
| Citi DC M/C 2396 | 8-Apr-21 | Interest Pro-rated | $184.21 |
| Citi DC M/C 2396 | 8-May-21 | Interest Pro-rated | $186.51 |

|  |  |
|---|---|
|  | $28,828.27   ($5,708.06) |
| **Remaining PRM Debt** | $23,120.21 |
| % Debt Remaining | 80.20% |

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEY FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **PREFERRED READY-MIX LLC,** | § | **CASE NO. 21-33369** |
| | § | |
| Debtor. | § | **Chapter 11** |

### AFFIDAVIT OF ROBERT FORAN

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

On this day appeared Robert Foran, who, upon being duly sworn, did attest to the following:

1.     My name is Robert Foran. I am over the age of 18 years, of sound mind, and am competent and otherwise qualified to make this Affidavit. I have personal knowledge of the matters stated herein and they are all true and correct to the best of my knowledge.

2.     I am the President of the Debtor in this case and have sufficient knowledge of this case and the Creditors.

3.     The Debtor objects to Proof of Claim No. 13 filed by Matthew Tyson as an unsecured claim. Debtor does not owe any amounts to Matthew Tyson as of the date of filing.

4.     Matthew Tyson embezzled money from the Debtor by diverting funds from the Debtor's account into Matthew Tyson's personal bank account.

Affidavit of Robert Foran
Page 1

# EXHIBIT "B"

5.      Matthew Tyson was removed as a member of Debtor entity due to breach of fiduciary duty, breaching verbal agreement or otherwise failing to carry out the obligations under the agreement.

6.      Matthew Tyson's actions caused Debtor to suffered harm and pecuniary loss in excess of any amounts claimed are owed by Debtor to Matthew Tyson.

Executed this 21 day of February, 2022.

_____
Robert Foran

Subscribed and sworn to before me on this 2/ *st* day of February, 2022

_____
Notary Public in and for the State of Texas

My Commission Expires: 6 / 6 / 24

JESSICA JIMENEZ
My Notary ID # 130685123
Expires June 6, 2024

Affidavit of Robert Foran
Page 2