United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 09, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 21-33369 |
| **PREFERRED READY-MIX LLC,** § | |
| § | |
| Debtor. § | |
| § | |
| § | **CHAPTER 11** |

## ORDER TERMINATING REPRESENTATION OF COUNSEL

On March 8, 2022, Jessica Hoff, counsel of record in this case, voluntarily relinquished her admission to practice law in the Southern District of Texas.[1] On December 14, 2021, this Court approved the application to employ of Joyce W. Lindauer Attorney, PLLC to serve as counsel of record for the debtor. As such, she will continue to represent the debtor.

**IT IS ORDERED** that representation by Jessica Hoff is terminated in this case, and all notices should be sent to Joyce W. Lindauer Attorney, PLLC as set forth on the docket in this case.

**SO ORDERED.**

SIGNED 03/09/2022

Jeffrey Norman
United States Bankruptcy Judge

---

[1] Case No. 21-33716