## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **PREFERRED READY-MIX, LLC** | § | **CASE NO. 21-33369** |
| | § | |
| Debtor. | § | **CHAPTER 11** |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on Robert Berleth's **MOTION TO INVOKE ADVERSARY RULES AND CONSOLIDATE OBJECTION TO APPLICATION FOR ALLOWANCE OF CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIM WITH ADVERSARY PROCEEDING NO. 22-03040** [Docket No. 142] has been scheduled for **April 22, 2022 at 11:00 AM** before the Honorable Jeffrey P. Norman, in Courtroom 403, 515 Rusk Street, Houston, Texas 77002**,** via GoToMeeting.

Instructions for Participation can be found at:

http://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman.

The GoToMeetMe link can be accessed here:

http://www.gotomeet.me/JudgeNorman.

You may also connect by phone at 1-832-917-1510; Conference Code No.: 174086.

Dated: March 21, 2022.

Respectfully Submitted,

**BARRON & NEWBURGER, P.C.**
5555 West Loop South, Suite 235
Houston, Texas 77401
Tel: (832) 271-4003
Fax: (512) 476-9253
phammer@bn-lawyers.com

By:     /s/ *Paul Hammer*
Paul J. Hammer (SBN 24089307)
Stephen W. Sather (SBN 17657520)
Greg Friedman (SBN 24116394)

**ATTORNEYS FOR ROBERT BERLETH**

1