United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 23, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PREFERRED READY-MIX, LLC | § | CASE NO. 21-33369 |
| | § | |
| Debtor. | § | CHAPTER 11 |

### ORDER GRANTING UNOPPOSED MOTION TO INVOKE ADVERSARY RULES AND CONSOLIDATE OBJECTION TO APPLICATION FOR ALLOWANCE OF CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIM WITH ADVERSARY PROCEEDING NUMBER 22-03040
### [DOCKET NO. 98 & 122]

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

CAME ON TO BE CONSIDERED Receiver's *Unopposed Motion to Invoke Adversary Rules and Consolidate Objection to Application for Allowance of Chapter 11 Administrative Expense Claim* (the "*Motion*"). The Court finds that such motion should be GRANTED.

IT IS THEREFORE ORDERED that: (1) the full adversary rules and procedures be invoked as to Debtor's Objection to Claim of Receiver (Docket Nos. 98 & 122) and (2) Debtor's Objection to Claim of Receiver filed in the main case be substantively consolidated with the Complaint filed in adversary no. 22-03040.

Signed: March 23, 2022

Jeffrey P. Norman
United States Bankruptcy Judge

Order Submitted By:

Paul Hammer
Barron & Newburger, P.C.
5555 West Loop South, Suite 235
Houston, Texas 77401

1