Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PREFERRED READY-MIX LLC, | § | CASE NO. 21-33369 |
| | § | |
| Debtor. | § | Chapter 11 |

**NOTICE OF EFFECTIVE DATE**

PLEASE TAKE NOTICE that on February 24, 2022, the Court confirmed the Debtor's First Amended Plan of Reorganization Under Subchapter V of Chapter 11 [Docket No. 102]. Allison Bynum has been appointed as the Plan Agent and is deemed to be the Debtor's sole representative in accordance with Section 1123 of the Bankruptcy Code relating to Receivables and shall have all powers, authority, and responsibilities specified in the Plan, including, without limitation, the powers of a trustee under Section 704 and 1106 of the Bankruptcy Code relating to Receivables only.

PLEASE TAKE FURTHER NOTICE that the Effective Date of the Plan occurred on March 26, 2022.

PLEASE TAKE FURTHER NOTICE that the deadline for professionals to file a final fee application with the Bankruptcy Court is May 25, 2022.

PLEASE TAKE FURTHER NOTICE that the deadline for any other person or entity who claims to hold an Administrative Expense Claim to file an application with the Bankruptcy Court is May 25, 2022.

Notice of Effective Date
Page  1

PLEASE TAKE FURTHER NOTICE that the deadline for any party authorized by the Bankruptcy Code to object to the allowance of prepetition Claims is May 25, 2022.

Dated:   March 29, 2022.

    Respectfully submitted,

    */s/ Joyce W. Lindauer*
    Joyce W. Lindauer
    State Bar No. 21555700
    Joyce W. Lindauer Attorney, PLLC
    1412 Main Street, Suite 500
    Dallas, Texas 75202
    Telephone: (972) 503-4033
    Facsimile: (972) 503-4034
    PROPOSED ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 29, 2022, a true and correct copy of the foregoing document was served via United States first class mail, postage prepaid, upon the parties on the attached service list.

    */s/ Joyce W. Lindauer*
    Joyce W. Lindauer

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 21-33369<br>Southern District of Texas<br>Houston<br>Tue Mar 29 16:57:58 CDT 2022 | Alisons Inc. LLC<br>c/o Brendon Singh<br>2502 La Branch St.<br>Houston, TX 77004-1028 | Preferred Ready-Mix LLC<br>8750 Scranton Street<br>Houston, TX 77075 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | AG Barn Management, LLC<br>PO Box 409<br>Mayfield, KY 42066-0030 | AT&T<br>208 S Akard Street<br>Dallas, TX 75202-4206 |
| Active Radiator<br>3675 Amber Street<br>Philadelphia, PA 19134-2730 | Alisons Inc<br>1220 Shotwell Street<br>Houston, TX 77020-7349 | Alisons Inc LLC<br>1220 Shotwell Street<br>Houston, TX 77020-7349 |
| Bank Direct Capital Finance<br>150 N Field Drive Ste 190<br>Lake Forest, IL 60045-2594 | (p)BLUEVINE ANDY SHAW<br>ATTN BLUEVINE/ANDY SHAW<br>401 WARREN ST SUITE 300<br>REDWOOD CITY CA 94063-1578 | Cameron Roesle<br>10457 Royal Andrews Drive<br>Conroe, TX 77303-2601 |
| Campbell Concrete & Materials LLC<br>16155 Park Row Suite 120<br>Houston, TX 77084-6971 | Cellco Partnership d/b/a Verizon Wireless<br>22001 Loudoun Country<br>Ashburn VA 20147-6122 | Cirro Energy<br>2745 Dallas Parkway Suite 200<br>Plano, TX 75093-8729 |
| Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 | Con-Tech Manufacturing Inc.<br>67079 170th Avenue<br>Dodge Center, MN 55927-7872 | Con-Tech Manufacturing, Inc.<br>65740 State Hwy 56<br>Dodge Center, MN 55927-7750 |
| Con-Tech Manufacturing, Inc.<br>c/o Marc L. Ellison<br>2211 Norfolk<br>Suite 510<br>Houston, TX 77098-4048 | Consolidated Recovery Group, LLC<br>262 Eastgate Drive, #431<br>Aiken, SC 29803-7698 | Deon Wallace<br>2911 Ashlyn Arbor Drive<br>Fresno, TX 77545-2152 |
| FundThrough USA Inc<br>260 Spadina Avenue<br>Toronto, ON, Canada m5t 2e4 | Gulfgate Dodge<br>7250 Gulf Fwy<br>Houston, TX 77017-1528 | (p)INTUIT INC C O CORPORATION SERVICE COMPANY<br>251 LITTLE FALLS DRIVE<br>WILMINGTON DE 19808-1674 |
| Jeff Kaiser, Esq.<br>2211 Norfolk Street Suite 528<br>Houston, TX 77098-4055 | Lopez Concrete Chipping<br>7802 Pecan Villas Drive<br>Houston, TX 77061-1632 | (p)MAI & NA PLLC<br>6588 CORPORATE DR<br>STE 188<br>HOUSTON TX 77036-3476 |
| Matthew Tyson<br>5511 Olympiad Drive<br>Houston, TX 77041-5523 | McNeilus Truck & Manufacturing Co.<br>Oshkosh Corporation<br>Attn:  Patrick T. Taverna<br>13712 Crayton Blvd.<br>Hagerstown, MD 21742-2386 | McNielius Truck & Manufacturing Company<br>14201 Collections Center Drive<br>Chicago, IL 60693-0001 |

```
Medellin Concrete Chipping Ser, Inc.    Ray Young Jr                        Rhino Ready Mix LLC
PO Box 225                              2832 S Bartell Dr                   6638 Madden Lane
South Houston, TX 77587-0225            APT 1                               Houston, TX 77048
                                        Houston, TX 77054-1453


Robert  Foran                           Robert W. Berleth, Receiver         Texas Truck Parts
9526 BonBrook Bend Lane                 9950 Cypresswood Drive Suite 200    2802 N Wayside Drive
Richmond, TX 77469-4730                 Houston, TX 77070-3413              Houston, TX 77020-5573


Texcon Ready Mix                        US Trustee                          Verizon Reveal
2078 FM 1314                            Office of the US Trustee            1095 Avenue of the Americas
Porter, TX 77365                        515 Rusk Ave                        New York, NY 10036-6704
                                        Ste 3516
                                        Houston, TX 77002-2604


WEX Bank                                Wayne Tyson                         Allison D Byman
Exxon Mobil                             19238 San Solomon Springs Court     Byman & Associates PLLC
Po Box 4337                             Cypress, TX 77433-3467              7924 Broadway
Carol Stream, IL 60197-4337                                                 Suite 104
                                                                            Pearland, TX 77581-7933


Cameron Rosele                          Joyce Williams Lindauer             Robert Berleth
PO Box 542069                           Joyce W. Lindauer Attorney, PLLC    P O Box 692293
C/O Derek Loetzerich                    1412 Main Street                    Houston, TX 77269-2293
Houston, TX 77254-2069                  Suite 500
                                        Dallas, TX 75202-4042


Wayne C. Tyson
Tran Singh LLP
2502 La Branch St.
Houston, TX 77004-1028
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
BlueVine Capital                        Intuit Quickbooks                   Mai & Na PLLC
401 Warren St.  Suite 300               2700 Coast Avenue                   6588 Corporate Drive Ste 188
Redwood City, CA 94063                  Mountain View, CA 94043             Houston, TX 77036
```

          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)AG Barn Management, LLC              (u)Con-Tech Manufacturing, Inc      (u)M & N Law Firm PLLC
```

| | | |
|---|---|---|
| (u)Texcon Ready Mix, Inc. , Tx | (u)Cemex Const Materials Houston, LLC TX | (du)M & N Law Firm PLLC |

(u)Ray Young, Jr
2832 S Bartell Dr
Apt 1
Houston77054

End of Label Matrix
Mailable recipients    45
Bypassed recipients     7
Total                  52