United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 28, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 21-33369 |
| **PREFERRED READY-MIX LLC,** § | |
| § | |
| Debtor. § | |
| § | |
| § | **CHAPTER 11** |

## ORDER DENYING MOTION TO EXTEND TIME FOR FILING OBJECTION

This matter is before the Court on the Motion to Extend Time for Filing Objection to Application for Reimbursement of Fees and Expenses Pursuant to 11 USC § 506(b) and Federal Rule of Bankruptcy Procedure 2016(a) (ECF No. 174) filed by debtor. The movant seeks an extension until April 28, 2022 to file its objection to Alison, LLC's motion for reimbursement (ECF No. 152). The movant failed to attach a proposed order to the instant motion as required by Bankruptcy Local Rule 9013-1(h). The Court urges counsel to review the Bankruptcy Local Rules and to comply with them in the future.[1]

Alison, LLC's application for reimbursement was filed on April 5, 2022. Pursuant to this Court's procedures posted on its website,[2] all motions must give 24 days' negative notice of any hearing. This procedure is based on the rules governing the computation of time for service in Federal Rule of Bankruptcy Procedure 9006. Therefore, the response deadline is April 29, 2022. The movant filed its objection on April 28, 2022 (ECF No. 173), making this motion moot.

**THEREFORE, IT IS ORDERED** that the Motion to Extend Time for Filing Objection to Application for Reimbursement of Fees and Expenses Pursuant to 11 USC § 506(b) and Federal Rule of Bankruptcy Procedure 2016(a) is denied as moot.

SIGNED 04/28/2022

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] Bankruptcy Local Rule 9013-1(h) provides: "Each motion, application, objection, and response filed with the court must be accompanied by a proposed order."

[2] The Court Procedures can be found at the following website: https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman.